**FILED**

FEB 2 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY                    )
INFORMATION CENTER, ET AL.,           )
                                      )
                                      )
        Plaintiffs,                   )

        v.                            Case: 1:12-cv-00327
                                      Assigned To : Jackson, Amy Berman
                                      Assign. Date : 2/29/2012
THE U.S. DEPARTMENT OF EDUCATION      Description. Admn. Agency Review
                                      ,
                                      )
        Defendant.                    )
                                      )

## CERTIFICATE UNDER LCVR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia Corporation with no parent company. No publicly held company owns more than 10% of stock in EPIC.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: _____
John Verdi, Esquire (DC Bar # 495764)
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140 (telephone)

Dated: February 29, 2012

2