**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
ELECTRONIC PRIVACY            )
INFORMATION CENTER            )
1718 Connecticut Ave., NW     )
Suite 200                     )
Washington, DC 20009          )
                              )
GRAYSON BARBER                )
68 Locust Lane                )
Princeton, NJ 08540           )
                              )
PABLO GARCIA MOLINA           )
Georgetown University         )
Law Center                    )
McDonough 514                 )
600 New Jersey Ave., NW       )
Washington, DC 20001          )
                              )
PETER NEUMANN                 )
SRI International             )
333 Ravenswood Ave., EL-243   )
Menlo Park, CA 94025          )
                              )
DEBORAH PEEL                  )
P.O. Box 248                  )
Austin, Texas 78767           )
                              )
          Plaintiff,          )
                              )
    v.                        ) Civil Action No. 12-0327 (ABJ)
                              )
THE U.S. DEPARTMENT           )
OF EDUCATION                  )
400 Maryland Avenue, S.W.     )
Washington, DC 20202          )
                              )
          Defendant.          )
_____)
```

**NOTICE OF APPEARANCE**

   The Clerk of the Court will please enter the appearance of

Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of

record for defendant in the above-captioned case.

                              Respectfully submitted,

                               /s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226