**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|
**ELECTRONIC PRIVACY**                         )
**INFORMATION CENTER**                      )
                                   )
       **Plaintiff,**                               )
                                   )
      **v.**                                          )   **Civil Action No. 1:12-cv-00327-ABJ**
                                   )
**US DEPARTMENT OF EDUCATION**   )
                                   )
       **Defendant.**                              )
_____)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for

Plaintiffs.

                                          Respectfully submitted,

                                          By:                _*Marc Rotenberg  /s/*_____
                                          Marc Rotenberg, Esquire (DC Bar # 422825)
                                          ELECTRONIC PRIVACY INFORMATION
                                          CENTER
                                          1718 Connecticut Avenue, N.W.
                                          Suite 200
                                          Washington, D.C. 20009
                                          (202) 483-1140 (telephone)
                                          (202) 483-1248 (facsimile)

Dated:  March 28, 2012

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2012, a true copy of the foregoing

Notice of Appearance was served via ECF on:

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
(202) 514-8780 (fax)
Marina.Braswell@usdoj.gov


_____*Marc Rotenberg /s/*_____
Marc Rotenberg