**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| **ELECTRONIC PRIVACY** | ) |
| **INFORMATION CENTER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:12-cv-00327-ABJ** |
| | ) |
| **US DEPARTMENT OF EDUCATION** | ) |
| | ) |
| **Defendant.** | ) |
| _____) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please withdraw the appearance of John Verdi, Esquire as counsel in this case for the

Electronic Privacy Information Center.

Respectfully submitted,

By:  _____*John Verdi  /s/*_____
John Verdi, Esquire (DC Bar # 495764)
ELECTRONIC PRIVACY INFORMATION
CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Dated:  March 28, 2012

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of March, 2012, a true copy of the foregoing

Notice of Withdrawal of Appearance was served via ECF on:

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
(202) 514-8780 (fax)
Marina.Braswell@usdoj.gov

_____*John Verdi /s/*_____
John Verdi