UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:12-cv-00327 (ABJ) ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

**JOINT REPORT OF THE PARTIES PURSUANT TO THE
COURT'S MINUTE ORDER DATED MAY 4, 2012**

This case is an "action for review on an administrative record." LCvR 16.3(b)(1). It is thus ordinarily exempt from Federal Rules of Civil Procedure 16(b) and 26(f), along with Local Rule 16.3. *See* LCvR 16.3(b). Nevertheless, the Court on May 4, 2012 ordered the parties to confer on the subjects set forth in Local Rule 16.3(c) and to propose a schedule. Accordingly, counsel for the parties met by telephone on May 16, 2012, and prepared the following report:

*(1)     Likelihood of Disposition by Dispositive Motion.*

This case presents two claims under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, et seq., challenging a final rule issued by the U.S. Department of Education on December 2, 2011. The parties anticipate that the case will be disposed of by dispositive motion on the basis of the administrative record. The parties do not anticipate discovery.

*(2)     Amendment of Pleadings, Joinder, Narrowing Issues.*

The parties do not intend to seek amendment of pleadings or joinder of parties. The parties agree that the narrowing of factual and legal issues is only possible in the context of summary judgment motions on the basis of the administrative record.

*(3)   Assignment to Magistrate Judge.*

The parties do not consent to trial before a magistrate judge, and they further believe that no referral is necessary in this case.

*(4)   Possibility of Settlement.*

The parties agree that there is no realistic possibility of settlement.

*(5)   Benefit from Alternative Dispute Resolution Procedures.*

The parties agree that this case would not benefit from alternative dispute resolution procedures.

*(6)   Resolution by Summary Judgment or Motion to Dismiss.*

As discussed above, this case will likely be disposed of by dispositive motion. Accordingly, the parties propose the following schedule:

| | |
|---|---|
| Filing of Administrative Record | June 29, 2012 |
| Defendant's Dispositive Motion | July 27, 2012 |
| Plaintiff's Opposition, and any Cross-Motion | August 27, 2012 |
| Defendant's Reply, and Opposition to any Cross-Motion | September 26, 2012 |
| Plaintiff's Reply in support of any Cross-Motion | October 10, 2012 |

*(7)   Stipulations Regarding Initial Disclosures.*

This case is exempt from initial disclosures.  *See* Fed. R. Civ. P. 26(a)(B)(i); LCvR 16.3(b)(1).

*(8)   Discovery.*

The parties anticipate no discovery in this case.

*(9)   Expert Witnesses.*

The parties anticipate no use of expert witnesses in this case.

*(10)   Class Actions.*

This case is not a class action.

*(11)   Bifurcation of Trial or Discovery.*

The parties agree that no bifurcation is appropriate or necessary here.

*(12)   Pretrial Conference.*

The parties agree that no pretrial conference date should be set because the case is likely to be resolved on the basis of dispositive motions.

*(13)   Firm Trial Date.*

The parties agree that no firm trial date should be set because the case is likely to be resolved on the basis of dispositive motions.

*(14)   Other Matters.*

The parties agree that no other matters need to be included in the scheduling order.

Accordingly, the parties request that the Court enter the attached proposed scheduling order in this case.

| | |
|---|---|
| Dated:  May 18, 2012 | Respectfully submitted, |
| | STUART F. DELERY<br>Acting Assistant Attorney General |
| | JOHN R. TYLER<br>Assistant Director |
| /s/ Marc Rotenberg<br>MARC ROTENBERG (DC Bar # 422825)<br>KHALIAH BARNES (member of MD Bar)<br>Electronic Privacy Information Center<br>1718 Connecticut Avenue, N.W., Suite 200<br>Washington, D.C.  20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br>Rotenberg@epic.org (email)<br><u>Attorneys for Plaintiff</u> | /s/ Galen N. Thorp<br>GALEN N. THORP (VA Bar # 75517)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Room 6140<br>Washington, D.C.  20530<br>Tel: (202) 514-4781   Fax: (202) 616-8460<br>E-mail: galen.thorp@usdoj.gov<br><u>Attorneys for Defendant</u> |