# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:12-cv-00327 (ABJ) ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

## **[PROPOSED] ORDER**

Upon Consideration of the proposed schedule in the parties' Joint Meet and Confer Statement, it is hereby

ORDERED that the proposed schedule is adopted for the above-captioned action:

| | |
|---|---|
| Defendant's Filing of the Complete Administrative Record: | June 29, 2012 |
| Defendant's Dispositive Motion: | July 27, 2012 |
| Plaintiffs' Opposition and any Cross-Motion: | August 27, 2012 |
| Defendant's Reply and Opposition to any Cross-Motion: | September 26, 2012 |
| Plaintiffs' Reply in Support of any Cross-Motion: | October 10, 2012 |

So ordered on this ___ day of May, 2012

_____
AMY BERMAN JACKSON
United States District Judge