UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION    )
CENTER, *et al.*,    )
    )
    Plaintiffs,    )
    )
    v.    )    Civil Action No. 1:12-cv-00327 (ABJ)
    )
THE UNITED STATES DEPARTMENT    )
OF EDUCATION,    )
    )
    Defendant.    )
    )

## CERTIFICATION OF ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, Tracey L. Sasser declares as follows:

1.    I am Tracey L. Sasser, Assistant General Counsel for the U.S. Department of Education.

Pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the

Secretary and the General Counsel of the United States Department of Education, I certify that

the annexed documents provided in electronic form constitute a true and complete copy of the

agency record underlying the Department of Education's decisions concerning the promulgation

of the Family Educational Rights and Privacy Act ("FERPA") regulations published at 76 Fed.

Reg. 75604 (Dec. 2, 2011).

2.    Privileged documents, including those reflecting internal agency deliberations, are not

part of this administrative record. *See, e.g.*, *Nat'l Courier Ass'n v. Bd. of Governors of Fed.*

*Reserve Sys.*, 516 F.2d 1229, 1241-42 (D.C. Cir. 1975); *Nat'l Ass'n of Chain Drug Stores v. U.S.*

*Dep't of Health & Human Servs.*, 631 F. Supp. 2d 23, 27-28 (D.D.C. 2009).

I certify under penalty of perjury that the foregoing is true and correct, and have caused the seal of the Department of Education to be affixed on this certification made on the 27th day of June, 2012.

Tracey L. Sasser
Assistant General Counsel
Office of the General Counsel
U.S. Department of Education