UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>THE UNITED STATES DEPARTMENT OF EDUCATION,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 1:12-cv-00327 (ABJ) |

**[PROPOSED] ORDER**

Upon Consideration of the Plaintiff's Motion to Supplement the Administrative Record and Consider Extra-record Evidence, it is hereby

ORDERED that the Defendant supplement the Administrative Record.

Plaintiff's Motion for this Court to Consider Extra-record Evidence is hereby

GRANTED.

So ordered on this ___ day of July, 2012

_____
AMY BERMAN JACKSON
United States District Judge