**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-00327 (ABJ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time Regarding

Dispositive Briefing Schedule, and good cause being shown, it is hereby

ORDERED that Defendant's motion is GRANTED;

And further ORDERED that the time for dispositive briefing is extended according to the

following schedule dependent upon the Court's decision on Plaintiffs' Motion to Supplement the

Administrative Record and Consider Extra-Record Evidence:

| | |
|---|---|
| Defendant's Dispositive Motion: | within 14 days of decision |
| Plaintiffs' Opposition and any Cross-Motion: | within 45 days of decision |
| Defendant's Reply and Opposition to any Cross-Motion: | within 75 days of decision |
| Plaintiffs' Reply in Support of any Cross-Motion: | within 89 days of decision |

So ordered on this ___ day of July, 2012

_____
AMY BERMAN JACKSON
United States District Judge