# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:12-cv-00327 (ABJ) ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Supplement the Administrative Record and Consider Extra-Record Evidence, and Defendant's Opposition thereto, it is hereby

ORDERED that Plaintiffs' motion is DENIED;

And further ORDERED that, pursuant to the joint stipulation of the parties, the administrative record in this case may be supplemented with the two exhibits attached to the Declaration of Kathleen M. Styles.

So ordered on this ___ day of August, 2012

_____
AMY BERMAN JACKSON
United States District Judge