
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION, )<br><br>Defendant. ) | Civil Action No. 1:12-cv-00327 (ABJ) |

## **[PROPOSED] ORDER**

Upon Consideration of the Plaintiffs' Reply Motion to Defendant's Opposition to Plaintiffs' Motion to Supplement the Administrative Record and Consider Extra-Record Evidence, it is hereby

ORDERED that Plaintiffs' motion is GRANTED;

And further ORDERED that, pursuant to the joint stipulation of the parties, the administrative record in this case may be supplemented with the two exhibits attached to the Declaration of Kathleen M. Styles.

So ordered on this ___ day of August, 2012

_____
AMY BERMAN JACKSON
United States District Judge