**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-00327 (ABJ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**JOINT STATUS REPORT FOR A BRIEFING SCHEDULE FOR THE FILING OF DISPOSITIVE MOTIONS**

On October 26, 2012, this Court ordered the parties in the above-captioned matter to "file a status report with a joint proposal, or separate proposals, for a briefing schedule for the filing of dispositive motions" by November 9, 2012. Accordingly, counsel for the parties met by telephone on October 29, 2012, and propose the following schedule:

| | |
|---|---|
| Defendant's Dispositive Motion | November 30, 2012 |
| Plaintiff's Opposition, and any Cross-Motion | January 4, 2013 |
| Defendant's Reply, and Opposition to any Cross-Motion | January 18, 2013 |
| Plaintiff's Reply in support of any Cross-Motion | February 1, 2013 |

Dated:  November 8, 2012                          Respectfully submitted,


STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Director

/s/ Galen N. Thorp_____          /s/_Marc Rotenberg_____
GALEN N. THORP (VA Bar # 75517)        MARC ROTENBERG (DC Bar # 422825)
Trial Attorney                                      KHALIAH BARNES (Member of the MD Bar)
United States Department of Justice             Electronic Privacy Information Center
Civil Division, Federal Programs Branch        1718 Connecticut Avenue, N.W., Suite 200
P.O. Box 883, Room 6140                        Washington, D.C.  20009
Washington, D.C.  20530                        (202) 483-1140 (telephone)
Tel: (202) 514-4781   Fax: (202) 616-8460      (202) 483-1248 (facsimile)
E-mail: galen.thorp@usdoj.gov                  rotenberg@epic.org (email)
Attorneys for Defendant                         Attorneys for Plaintiff