# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 1:12-cv-00327 (ABJ) |

## [PROPOSED] ORDER

Upon consideration of the proposed schedule in the parties' joint status report for a briefing schedule for the filing of dispositive motions, it is hereby

ORDERED that the proposed schedule is adopted for the above-captioned action:

| | |
|---|---|
| Defendant's Dispositive Motion | November 30, 2012 |
| Plaintiffs' Opposition and any Cross-Motion | January 4, 2013 |
| Defendant's Reply and Opposition to any Cross-Motion | January 18, 2013 |
| Plaintiffs' Reply in Support of any Cross-Motion | February 1, 2013 |

So ordered on this ___ day of November, 2012

_____
AMY BERMAN JACKSON
United States District Judge