UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-00327 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**INDEX OF EXHIBITS IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT**

<u>EXHIBITS REGARDING LEGISLATIVE HISTORY</u>

Senate Debate on Amendment No. 1289,
　120 Cong. Rec. 13951 (May 9, 1974)......................................................................................... A

Education Amendments of 1974, Conference Report,
　S. Rep. No. 93-1026 (July 22, 1974) (excerpts) ........................................................................ B

Education Amendments of 1974,
　Pub. L. No. 93-380, 88 Stat. 484 (Aug. 21, 1974) (excerpts)..................................................... C

White House Conf. on Library & Information Servs. (S.J. Res. 40), Conference Report,
　S. Rep. No. 93-1409 (Dec. 18, 1974)....................................................................................... D

Joint Resolution (S.J. Res. 40),
　Pub. L. No. 93-568, 88 Stat. 1855 (Dec. 31, 1974) ................................................................. E

Technical Amendments Related to the Education Amendments of 1978,
　H.R. Rep. No. 96-338 (July 13, 1979)...................................................................................... F

Higher Education Amendments of 1998, Conference Report,
　H.R. Rep. 105-750 (Sept. 25, 1998) ........................................................................................ G

EXHIBITS REGARDING PLAINTIFFS' STANDING

Declaration of Sean P. "Jack" Buckley (Nov. 29, 2012) ................................................................ H

    Exhibit 1 – DC Application for SLDS Grant (Mar. 15, 2007) (excerpts)
    Exhibit 2 – DC Application for SLDS Grant (Dec. 15, 2011) (excerpts)

2012 EPIC Brochure,
    http://epic.org/epic/EPIC-2012-Cloud-Brochure.pdf (created Jan. 5, 2012) ............................... I

Peter G. Neumann, SRI International Computer Science Laboratory,
    http://www.csl.sri.com/users/neumann (visited Nov. 14, 2012) (excerpts) ................................ J

Grayson Barber, Curriculum Vitae,
    http://graysonbarber.com/site/wp-content/uploads/2011/03/CV-June20121.pdf (created
    June 14, 2012) ........................................................................................................................ K

Deborah C. Peel, MD, Resume,
    http://www.linkedin.com/in/deborahcpeelmd (visited Nov. 14, 2012) ...................................... L

Pablo G. Molina, Resume,
    http://www.law.georgetown.edu/molina/resume.html (visited May 3, 2012, but not
    active when visited on Nov. 14, 2012) ................................................................................... M

Pablo Molina, Resume,
    http://www.linkedin.com/pub/pablo-molina/4/430/903 (visited Nov. 14, 2012) ...................... N