Public Law 93-380

August 21, 1974
[H. R. 69]

Education Amendments of 1974.
20 USC 821 note.

AN ACT

To extend and amend the Elementary and Secondary Education Act of 1965, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That this Act may be cited as the "Education Amendments of 1974".

TABLE OF CONTENTS

Sec. 2. General provisions.

TITLE I—AMENDMENTS TO THE ELEMENTARY AND SECONDARY EDUCATION ACT OF 1965

Sec. 101. Amendments to title I of the Elementary and Secondary Education Act of 1965—special educational programs and projects for educationally deprived children.
    (a)(1) Extension of the program.
    (2) Amendments relating to allocation of basic grants.
    (3) Amendment relating to incentive grants.
    (4) Amendments relating to special grants.
    (5) Amendments relating to applications.
    (6) Amendments relating to participation of children enrolled in private schools.
    (7) Amendments relating to adjustments where necessitated by appropriations.
    (8) Amendments relating to allocation of funds within the school district of a local educational agency and program evaluation.
    (9) Technical amendments.
    (10) Provision with respect to additional authorizations for certain local educational agencies.
    (b) Effective date.
Sec. 102. School library resources, textbooks, and other instructional materials.
Sec. 103. Supplementary educational centers and services; guidance, counseling, and testing.
Sec. 104. Strengthening State and local educational agencies.
Sec. 105. Bilingual educational programs.
Sec. 106. Statute of limitations.
Sec. 107. Dropout prevention projects.
Sec. 108. School nutrition and health services.
Sec. 109. Correction education services.
Sec. 110. Open meetings of educational agencies.
Sec. 111. Ethnic heritage studies centers.

TITLE II—EQUAL EDUCATIONAL OPPORTUNITIES AND THE TRANSPORTATION OF STUDENTS

Sec. 201. Short title.

PART A—EQUAL EDUCATIONAL OPPORTUNITIES

Subpart 1—Policy and Purpose

Sec. 202. Declaration of policy.
Sec. 203. Findings.

Subpart 2—Unlawful Practices

Sec. 204. Denial of equal educational opportunity prohibited.
Sec. 205. Balance not required.
Sec. 206. Assignment on neighborhood basis not a denial of equal educational opportunity.

Subpart 3—Enforcement

Sec. 207. Civil actions.
Sec. 208. Effect of certain population changes on certain actions.
Sec. 209. Jurisdiction of district courts.
Sec. 210. Intervention by Attorney General.
Sec. 211. Suits by the Attorney General.

EXHIBIT C

HeinOnline -- 88 Stat. 484 1974-1975

Subpart 4—Remedies

Sec. 213. Formulating remedies; applicability.
Sec. 214. Priority of remedies.
Sec. 215. Transportation of students.
Sec. 216. District lines.
Sec. 217. Voluntary adoption of remedies.
Sec. 218. Reopening proceedings.
Sec. 219. Limitation on orders.

Subpart 5—Definitions

Sec. 221. Definitions.

Subpart 6—Miscellaneous Provisions

Sec. 222. Repealer.
Sec. 223. Separability of provisions.

PART B—OTHER PROVISIONS RELATING TO THE ASSIGNMENT AND TRANSPORTATION OF STUDENTS

Sec. 251. Prohibition against assignment or transportation of students to overcome racial imbalance.
Sec. 252. Prohibition against use of appropriated funds for busing.
Sec. 253. Provision relating to court appeals.
Sec. 254. Provision requiring that rules of evidence be uniform.
Sec. 255. Application of proviso of section 407(a) of the Civil Rights Act of 1964 to the entire United States.
Sec. 256. Additional priority of remedies.
Sec. 257. Remedies with respect to school district lines.
Sec. 258. Prohibition of forced busing during the school year.
Sec. 259. Reasonable time for developing voluntary plan for desegregating schools.

TITLE III—FEDERAL IMPACT AID PROGRAMS

Sec. 301. Duration of payments under Public Law 815, Eighty-first Congress.
Sec. 302. Amendments to Public Law 815, Eighty-first Congress.
Sec. 303. Duration of payments under title I of Public Law 874, Eighty-first Congress except section 3 thereof.
Sec. 304. Amendments to Public Law 874, Eighty-first Congress for fiscal year 1975.
Sec. 305. Amendments to sections 3, 5, and 7 of Public Law 874, Eighty-first Congress.

TITLE IV—CONSOLIDATION OF CERTAIN EDUCATION PROGRAMS

Sec. 401. Consolidation of library, and learning resources, educational innovation, and support programs.
Sec. 402. Consolidation of certain federally operated educational programs.
   (a) The Special Projects Act.
   (b) (1) Priorities and preferences under the Special Projects Act.
   (2) Apportionment of reserved funds.
   (3) Uses of reserved funds.
   (4) Limitation on duplicate appropriations.
   (c) (1) Effective date.
   (2) Amendments repealing section 306 of the Elementary and Secondary Education Act of 1965.
   (3) Amendments repealing section 809 of the Elementary and Secondary Education Act of 1965.
Sec. 403. Education for the use of the metric system of measurement.
Sec. 404. Gifted and talented children.
Sec. 405. Community schools.
Sec. 406. Career education.
Sec. 407. Consumers' education.
Sec. 408. Women's educational equity.
Sec. 409. Elementary and secondary school education in the arts.
Sec. 410. Effective date.

## TITLE V—EDUCATION ADMINISTRATION

Sec. 501. National center for education statistics.
Sec. 502. General provisions relating to officers in the education division.
Sec. 503. Amendments with respect to the Office of Education; regional offices.
Sec. 504. Amendments with respect to the education division.
Sec. 505. Amendment with respect to applicability, authorization of appropriations, and other general matters.
Sec. 506. Revision of appropriations and evaluations provisions.
Sec. 507. Applicability of part C.
Sec. 508. Publication of indexed compilation of innovative projects; review of applications.
Sec. 509. Amendments to section 431 of the General Education Provisions Act relating to rules, regulations, and other requirements of general applicability.
Sec. 510. Audits and recordkeeping.
Sec. 511. Simplified State application.
Sec. 512. Furnishing information.
Sec. 513. Protection of the rights and privacy of parents and students.
Sec. 514. Protection of pupil rights.
Sec. 515. Limitation on withholding of Federal funds.
Sec. 516. Appointment of members of and functioning of advisory councils.
Sec. 517. Other amendments relating to advisory councils.
Sec. 518. Relation to other laws.
Sec. 519. Office of Libraries and Learning Resources.

## TITLE VI—EXTENSION AND REVISION OF RELATED ELEMENTARY AND SECONDARY EDUCATION PROGRAMS

### Part A—Adult Education

Sec. 601. Definition of "community school program".
Sec. 602. Special projects reservation eliminated.
Sec. 603. New State plan requirements.
Sec. 604. Use of funds for special projects.
Sec. 605. Clearinghouse on adult education.
Sec. 606. State advisory councils.
Sec. 607. Amendments relating to bilingual education.
Sec. 608. Extension of authorizations of appropriations; technical amendments.
Sec. 609. Effective dates.

### Part B—Education of the Handicapped

Sec. 611. Short title.
Sec. 612. Bureau for the education and training of the handicapped.
Sec. 613. Advisory Committee.
Sec. 614. State entitlements.
Sec. 615. Additional State plan requirement.
Sec. 616. Regional education programs for deaf and other handicapped persons.
Sec. 617. Centers and services
Sec. 618. Personnel training.
Sec. 619. Research.
Sec. 620. Instructional media.
Sec. 621. Specific learning disabilities.

### Part C—Indian Education

Sec. 631. Extension of programs for the education of Indian children.
Sec. 632. Revision of programs relating to Indian education.

### Part D—Emergency School Aid

Sec. 641. Extension of the Emergency School Aid Act.
Sec. 642. Repeal of reservation for certain metropolitan projects.
Sec. 643. Amendment with respect to eligibility.
Sec. 644. Special projects for the teaching of mathematics.
Sec. 645. Amendment relating to nonprofit groups.
Sec. 646. Effective date.

Case 1:12-cv-00327-ABJ Document 18-4 Filed 11/30/12 Page 4 of 9
88 STAT.] PUBLIC LAW 93-380—AUG. 21, 1974 487

PART E—NATIONAL DEFENSE EDUCATION

Sec. 651. Extension of title III.

TITLE VII—NATIONAL READING IMPROVEMENT PROGRAM

Sec. 701. Statement of purpose.

PART A—READING IMPROVEMENT PROJECTS

Sec. 705. Projects authorized.

PART B—STATE READING IMPROVEMENT PROGRAMS

Sec. 711. Statement of purpose.
Sec. 712. Applicability and effective date.
Sec. 713. Allotments to States.
Sec. 714. Agreements with State educational agencies.

PART C—OTHER READING IMPROVEMENT PROGRAMS

Sec. 721. Special emphasis projects.
Sec. 722. Reading training on public television.
Sec. 723. Reading academies.

PART D—GENERAL PROVISIONS

Sec. 731. Evaluation.
Sec. 732. Authorization of appropriations.

TITLE VIII—MISCELLANEOUS PROVISIONS

PART A—POLICY STATEMENTS AND WHITE HOUSE CONFERENCE ON EDUCATION

Sec. 801. National policy with respect to equal educational opportunity.
Sec. 802. Policy with respect to advance funding of education programs.
Sec. 803. Policy of the United States with respect to museums as educational institutions.
Sec. 804. White House Conference on Education.

PART B—EDUCATIONAL STUDIES AND SURVEYS

Sec. 821. Study of purposes and effectiveness of compensatory education programs.
Sec. 822. Survey and study for updating number of children counted.
Sec. 823. Study of the measure of poverty used under title I of the Elementary and Secondary Education Act of 1965.
Sec. 824. Study of late funding of elementary and secondary education programs.
Sec. 825. Safe school study.
Sec. 826. Study of athletic injuries.

PART C—AMENDMENTS TO THE HIGHER EDUCATION ACT OF 1965

Sec. 831. Community service and continuing education amendments.
Sec. 832. Developing institutions amendment.
Sec. 833. Bilingual education amendments.
Sec. 834. Veterans cost of instruction payments amendments.
Sec. 835. Teacher corps amendments.
Sec. 836. Amendment to title IX respecting training in the legal profession.
Sec. 837. Community college and occupational education amendment.

PART D—OTHER MISCELLANEOUS PROVISIONS

Sec. 841. Amendments to the Library Services and Construction Act and the Vocational Education Act of 1963 relating to bilingual education and vocational training.
Sec. 842. Assistance to States for State equalization plans.
Sec. 843. Treatment of Puerto Rico as a State.
Sec. 844. Provision relating to sex discrimination.
Sec. 845. Extension of advisory councils.
Sec. 846. Separability.

## GENERAL PROVISIONS

Definitions.

SEC. 2. (a) As used in this Act—
(1) the term "Secretary" means the Secretary of Health, Education, and Welfare;
(2) the term "Assistant Secretary" means the Assistant Secretary of Health, Education, and Welfare for Education; and
(3) the term "Commissioner" means the Commissioner of Education;

unless the context of such use requires another meaning.

(b) Unless otherwise specified, the redesignation of a title, part, section, subsection, or other designation by any amendment in this Act shall include the redesignation of all references to such title, part, section, subsection, or other designation in any Act or regulation, however styled.

Effective dates.
20 USC 241b note.

(c)(1) Unless otherwise specified, each provision of this Act and each amendment made by this Act shall be effective on and after the sixtieth day after the enactment of this Act.

(2) In any case where the effective date for an amendment made by this Act is expressly stated to be effective after June 30, 1973, or on July 1, 1973, such amendment shall be deemed to have been enacted on June 30, 1973.

## TITLE I—AMENDMENTS TO THE ELEMENTARY AND SECONDARY EDUCATION ACT OF 1965

AMENDMENTS TO TITLE I OF THE ELEMENTARY AND SECONDARY EDUCATION ACT OF 1965—SPECIAL EDUCATIONAL PROGRAMS AND PROJECTS FOR EDUCATIONALLY DEPRIVED CHILDREN

20 USC 241b.

SEC. 101. (a)(1) Section 102 of title I of the Elementary and Secondary Education Act of 1965 is amended to read as follows:

### "DURATION OF ASSISTANCE

"SEC. 102. During the period beginning July 1, 1973, and ending June 30, 1978, the Commissioner shall, in accordance with the provisions of this title, make payments to State educational agencies for grants made on the basis of entitlements created under this title.".

20 USC 241c.

(2)(A)(i)(I) Such title I is amended by inserting immediately after the heading of part A the following new heading:
"Subpart 1—Grants to Local Educational Agencies".

Appropriation.
20 USC 241c.

(II) Section 103(a) of such title I is amended to read as follows:
"SEC. 103. (a)(1) There is authorized to be appropriated for each fiscal year for the purpose of this paragraph 1 per centum of the amount appropriated for such year for payments to States under 

Post, p. 500.

section 143(a) (other than payments under such section to jurisdictions excluded from the term 'State' by this subsection, and payments 

Post, p. 494.

pursuant to section 124), and there shall be authorized to be appropriated such additional sums as will assure at least the same level of funding under this title as in fiscal year 1973 for Guam, American Samoa, the Virgin Islands, the Trust Territory of the Pacific Islands, and to the Secretary of the Interior for payments pursuant to paragraphs (1) and (2) of subsection (d). The amount appropriated pursuant to this paragraph shall be allotted by the Commissioner (A) among Guam, American Samoa, the Virgin Islands, and the Trust Territory of the Pacific Islands according to their respective need for grants under this part, and (B) to the Secretary of the Interior in the

Case 1:12-cv-00327-ABJ Document 18-4 Filed 11/30/12 Page 6 of 9

"(4) State assurances with respect to the administration of such a program; and

"(5) any other methods for seeking Federal funds from the Commissioner of Education;

under which an agency, institution, organization, or other organized entity may become the recipient of Federal funds.".

(b) (1) The amendments made by subsection (a) shall be effective on and after July 1, 1974. *Effective date. 20 USC 1232c note.*

(2) Nothing in the amendment made by subsection (a) shall be construed to affect the applicability of chapter 5 of title 5, United States Code, to the Office of Education or actions by the Commissioner. *20 USC 1232c note. 5 USC 500.*

### FURNISHING INFORMATION

SEC. 512. (a) Part C of the General Education Provisions Act is further amended by adding at the end thereof the following new section:

#### "RESPONSIBILITY OF STATES TO FURNISH INFORMATION

"SEC. 437. (a) The Commissioner shall require that each State submit to him, within sixty days after the end of any fiscal year, a report on the uses of Federal funds in that State under any applicable program for which the State is responsible for administration. Such report shall— *Report to Commissioner. 20 USC 1232f.*

"(1) list all grants and contracts made under such program to the local educational agencies and other public and private agencies and institutions within such State during such year;

"(2) include the total amount of funds available to the State under each such program for such fiscal year and specify from which appropriation Act or Acts these funds were available;

"(3) with respect to the second preceding fiscal year, include a compilation of reports from local educational agencies and other public and private agencies and institutions within such State which sets forth the amount of such Federal funds received by each such agency and the purposes for which such funds were expended;

"(4) with respect to such second preceding fiscal year, include a statistical report on the individuals served or affected by programs, projects, or activities assisted with such Federal funds; and

"(5) be made readily available by the State to local educational agencies and other public and private agencies and institutions within the State, and to the public.

"(b) On or before October 15 of each year, the Commissioner shall submit to the Committee on Labor and Public Welfare of the Senate and to the Committee on Education and Labor of the House of Representatives an analysis of these reports and a compilation of statistical data derived therefrom.". *Report analysis and statistical data, submittal to congressional committees.*

(b) The amendment made by subsection (a) shall be effective upon enactment of this Act. *Effective date. 20 USC 1232f note.*

### PROTECTION OF THE RIGHTS AND PRIVACY OF PARENTS AND STUDENTS

SEC. 513. (a) Part C of the General Education Provisions Act is further amended by adding at the end thereof the following new section: *Family Educational Rights and Privacy Act of 1974.*

#### "PROTECTION OF THE RIGHTS AND PRIVACY OF PARENTS AND STUDENTS

"SEC. 438. (a) (1) No funds shall be made available under any applicable program to any State or local educational agency, any institution of higher education, any community college, any school, agency *20 USC 1232g.*

offering a preschool program, or any other educational institution which has a policy of denying, or which effectively prevents, the parents of students attending any school of such agency, or attending such institution of higher education, community college, school, preschool, or other educational institution, the right to inspect and review any and all official records, files, and data directly related to their children, including all material that is incorporated into each student's cumulative record folder, and intended for school use or to be available to parties outside the school or school system, and specifically including, but not necessarily limited to, identifying data, academic work completed, level of achievement (grades, standardized achievement test scores), attendance data, scores on standardized intelligence, aptitude, and psychological tests, interest inventory results, health data, family background information, teacher or counselor ratings and observations, and verified reports of serious or recurrent behavior patterns. Where such records or data include information on more than one student, the parents of any student shall be entitled to receive, or be informed of, that part of such record or data as pertains to their child. Each recipient shall establish appropriate procedures for the granting of a request by parents for access to their child's school records within a reasonable period of time, but in no case more than forty-five days after the request has been made.

*Hearing.* "(2) Parents shall have an opportunity for a hearing to challenge the content of their child's school records, to insure that the records are not inaccurate, misleading, or otherwise in violation of the privacy or other rights of students, and to provide an opportunity for the correction or deletion of any such inaccurate, misleading, or otherwise inappropriate data contained therein.

*Release of records, parental consent requirement.* "(b)(1) No funds shall be made available under any applicable program to any State or local educational agency, any institution of higher education, any community college, any school, agency offering a preschool program, or any other educational institution which has a policy of permitting the release of personally identifiable records or files (or personal information contained therein) of students without the written consent of their parents to any individual, agency, or organization, other than to the following—

   "(A) other school officials, including teachers within the educational institution or local educational agency who have legitimate educational interests;

   "(B) officials of other schools or school systems in which the student intends to enroll, upon condition that the student's parents be notified of the transfer, receive a copy of the record if desired, and have an opportunity for a hearing to challenge the content of the record;

   "(C) authorized representatives of (i) the Comptroller General of the United States, (ii) the Secretary, (iii) an administrative head of an education agency (as defined in section 409 of this Act), or (iv) State educational authorities, under the conditions set forth in paragraph (3) of this subsection; and

   "(D) in connection with a student's application for, or receipt of, financial aid.

"(2) No funds shall be made available under any applicable program to any State or local educational agency, any institution of higher education, any community college, any school, agency offering a preschool program, or any other educational institution which has a policy or practice of furnishing, in any form, any personally identifiable information contained in personal school records, to any persons other than those listed in subsection (b)(1) unless—

"(A) there is written consent from the student's parents specifying records to be released, the reasons for such release, and to whom, and with a copy of the records to be released to the student's parents and the student if desired by the parents, or

"(B) such information is furnished in compliance with judicial order, or pursuant to any lawfully issued subpoena, upon condition that parents and the students are notified of all such orders or subpoenas in advance of the compliance therewith by the educational institution or agency.

"(3) Nothing contained in this section shall preclude authorized representatives of (A) the Comptroller General of the United States, (B) the Secretary, (C) an administrative head of an education agency or (D) State educational authorities from having access to student or other records which may be necessary in connection with the audit and evaluation of Federally-supported education program, or in connection with the enforcement of the Federal legal requirements which relate to such programs: *Provided,* That, except when collection of personally identifiable data is specifically authorized by Federal law, any data collected by such officials with respect to individual students shall not include information (including social security numbers) which would permit the personal identification of such students or their parents after the data so obtained has been collected. <span style="float:right">Records, accessibility for audit.</span>

"(4)(A) With respect to subsections (c)(1) and (c)(2) and (c)(3), all persons, agencies, or organizations desiring access to the records of a student shall be required to sign a written form which shall be kept permanently with the file of the student, but only for inspection by the parents or student, indicating specifically the legitimate educational or other interest that each person, agency, or organization has in seeking this information. Such form shall be available to parents and to the school official responsible for record maintenance as a means of auditing the operation of the system. <span style="float:right">Written request.</span>

"(B) With respect to this subsection, personal information shall only be transferred to a third party on the condition that such party will not permit any other party to have access to such information without the written consent of the parents of the student.

"(c) The Secretary shall adopt appropriate regulations to protect the rights of privacy of students and their families in connection with any surveys or data-gathering activities conducted, assisted, or authorized by the Secretary or an administrative head of an education agency. Regulations established under this subsection shall include provisions controlling the use, dissemination, and protection of such data. No survey or data-gathering activities shall be conducted by the Secretary, or an administrative head of an education agency under an applicable program, unless such activities are authorized by law. <span style="float:right">Surveys.</span>

"(d) For the purposes of this section, whenever a student has attained eighteen years of age, or is attending an institution of postsecondary education the permission or consent required of and the rights accorded to the parents of the student shall thereafter only be required of and accorded to the student.

"(e) No funds shall be made available under any applicable program unless the recipient of such funds informs the parents of students, or the students, if they are eighteen years of age or older, or are attending an institution of postsecondary education, of the rights accorded them by this section.

"(f) The Secretary, or an administrative head of an education agency, shall take appropriate actions to enforce provisions of this section and to deal with violations of this section, according to the provisions of this Act, except that action to terminate assistance may

be taken only if the Secretary finds there has been a failure to comply with the provisions of this section, and he has determined that compliance cannot be secured by voluntary means.

"(g) The Secretary shall establish or designate an office and review board within the Department of Health, Education, and Welfare for the purpose of investigating, processing, reviewing, and adjudicating violations of the provisions of this section and complaints which may be filed concerning alleged violations of this section, according to the procedures contained in sections 434 and 437 of this Act.".

*Ante,* pp. 568-571.

Effective date.
20 USC 1232g note.

(b)(1)(i) The provisions of this section shall become effective ninety days after the date of enactment of section 438 of the General Education Provisions Act.

20 USC 1232g note.

(2)(i) This section may be cited as the "Family Educational Rights and Privacy Act of 1974".

PROTECTION OF PUPIL RIGHTS

*Ante,* p. 571.

SEC. 514. (a) Part C of the General Education Provisions Act is further amended by adding after section 438 the following new section:

"PROTECTION OF PUPIL RIGHTS

20 USC 1232h.

"SEC. 439. All instructional material, including teacher's manuals, films, tapes, or other supplementary instructional material which will be used in connection with any research or experimentation program or project shall be available for inspection by the parents or guardians of the children engaged in such program or project. For the purpose of this section 'research or experimentation program or project' means any program or project in any applicable program designed to explore or develop new or unproven teaching methods or techniques.".

*Definition.*

Effective date.
20 USC 1232h note.

(b) The amendment made by subsection (a) shall be effective upon enactment of this Act.

LIMITATION ON WITHHOLDING OF FEDERAL FUNDS

*Supra.*

SEC. 515. (a) Part C of the General Education Provisions Act is further amended by adding after section 439 the following new section:

"LIMITATION ON WITHHOLDING OF FEDERAL FUNDS

20 USC 1232i.
*Ante,* p. 572.

"SEC. 440. Except as provided in section 438(b)(1)(D) of this Act, the refusal of a State or local educational agency or institution of higher education, community college, school, agency offering a preschool program, or other educational institution to provide personally identifiable data on students or their families, as a part of any applicable program, to any Federal office, agency, department, or other third party, on the grounds that it constitutes a violation of the right to privacy and confidentiality of students or their parents, shall not constitute sufficient grounds for the suspension or termination of Federal assistance. Such a refusal shall also not constitute sufficient grounds for a denial of, a refusal to consider, or a delay in the consideration of, funding for such a recipient in succeeding fiscal years. In the case of any dispute arising under this section, reasonable notice and opportunity for a hearing shall be afforded the applicant.".

Effective date.
20 USC 1232i note.

(b) The amendment made by subsection (a) shall be effective upon enactment of this Act.