| 105TH CONGRESS<br>*2d Session* | HOUSE OF REPRESENTATIVES | REPORT<br>105–750 |
|---|---|---|

# HIGHER EDUCATION AMENDMENTS OF 1998

_____

## CONFERENCE REPORT

TO ACCOMPANY

## H.R. 6



SEPTEMBER 25, 1998.—Ordered to be printed

EXHIBIT

G

| 105TH CONGRESS<br>*2d Session* | HOUSE OF REPRESENTATIVES | REPORT<br>105–750 |
|---|---|---|

## HIGHER EDUCATION AMENDMENTS OF 1998

—————————

SEPTEMBER 25, 1998.—Ordered to be printed

—————————

Mr. GOODLING, from the committee of conference,
submitted the following

## CONFERENCE REPORT

[To accompany H.R. 6]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 6), to extend the authorization of programs under the Higher Education Act of 1965, and for other purposes, having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the Senate amendment, insert the following:

***SECTION 1. SHORT TITLE; TABLE OF CONTENTS.***

*(a) SHORT TITLE.—This Act may be cited as the "Higher Education Amendments of 1998".*

*(b) TABLE OF CONTENTS.—The table of contents is as follows:*

Sec. 1.  Short title; table of contents.
Sec. 2.  References.
Sec. 3.  General effective date.

### TITLE I—GENERAL PROVISIONS

Sec. 101.  Revision of title I.
Sec. 102.  Conforming amendments.

### TITLE II—TEACHER QUALITY

Sec. 201.  Teacher quality enhancement grants.

### TITLE III—INSTITUTIONAL AID

Sec. 301.  Transfers and redesignations.
Sec. 302.  Findings.
Sec. 303.  Strengthening institutions.
Sec. 304.  Strengthening HBCU's.
Sec. 305.  Endowment challenge grants.

51–117

2

Sec. 306. HBCU capital financing.
Sec. 307. Minority science and engineering improvement program.
Sec. 308. General provisions.

### TITLE IV—STUDENT ASSISTANCE

#### PART A—GRANTS TO STUDENTS

Sec. 401. Federal Pell Grants.
Sec. 402. Federal TRIO programs.
Sec. 403. Gear up program.
Sec. 404. Academic achievement incentive scholarships.
Sec. 405. Repeals.
Sec. 406. Federal supplemental educational opportunity grants.
Sec. 407. Leveraging educational assistance partnership program.
Sec. 408. Special programs for students whose families are engaged in migrant and
         seasonal farmwork.
Sec. 409. Robert C. Byrd Honors Scholarship Program.
Sec. 410. Child care access means parents in school.
Sec. 410A. Learning anytime anywhere partnerships.

#### PART B—FEDERAL FAMILY EDUCATION LOAN PROGRAM

Sec. 411. Limitation repealed.
Sec. 412. Advances to reserve funds.
Sec. 413. Guaranty agency reforms.
Sec. 414. Scope and duration of Federal loan insurance program.
Sec. 415. Limitations on individual federally insured loans and Federal loan insur-
         ance.
Sec. 416. Applicable interest rates.
Sec. 417. Federal payments to reduce student interest costs.
Sec. 418. Voluntary flexible agreements with guaranty agencies.
Sec. 419. Federal PLUS loans.
Sec. 420. Federal consolidation loans.
Sec. 421. Default reduction program.
Sec. 422. Requirements for disbursements of student loans.
Sec. 423. Unsubsidized loans.
Sec. 424. Loan forgiveness for teachers.
Sec. 425. Loan forgiveness for child care providers.
Sec. 426. Notice to Secretary and payment of loss.
Sec. 427. Legal powers and responsibilities.
Sec. 428. Student loan information by eligible lenders.
Sec. 429. Definitions.
Sec. 430. Delegation of functions.
Sec. 431. Discharge.
Sec. 432. Debt management options.
Sec. 433. Special allowances.
Sec. 434. Federal family education loan insurance fund.

#### PART C—FEDERAL WORK-STUDY PROGRAMS

Sec. 441. Authorization of appropriations; community services.
Sec. 442. Allocation of funds.
Sec. 443. Grants for Federal work-study programs.
Sec. 444. Flexible use of funds.
Sec. 445. Work colleges.

#### PART D—WILLIAM D. FORD FEDERAL DIRECT LOAN PROGRAM

Sec. 451. Selection of institutions.
Sec. 452. Terms and conditions.
Sec. 453. Contracts.
Sec. 454. Funds for administrative expenses.
Sec. 455. Authority to sell loans.
Sec. 456. Loan cancellation for teachers.

#### PART E—FEDERAL PERKINS LOANS

Sec. 461. Authorization of appropriations.
Sec. 462. Allocation of funds.
Sec. 463. Agreements with institutions of higher education.
Sec. 464. Terms of loans.

3

Sec. 465. Cancellation for public service.
Sec. 466. Distribution of assets from student loan funds.
Sec. 467. Perkins Loan Revolving Fund.

PART F—NEED ANALYSIS

Sec. 471. Cost of attendance.
Sec. 472. Data elements.
Sec. 473. Family contribution for dependent students.
Sec. 474. Family contribution for independent students without dependents other
        than a spouse.
Sec. 475. Family contribution for independent students with dependents other than
        a spouse.
Sec. 476. Regulations; updated tables and amounts.
Sec. 477. Simplified needs test; zero expected family contribution.
Sec. 478. Discretion of student financial aid administrators.
Sec. 479. Treatment of other financial assistance.
Sec. 480. Clerical amendments.
Sec. 480A. Effective dates.

PART G—GENERAL PROVISIONS

Sec. 481. Master calendar.
Sec. 482. Forms and regulations.
Sec. 483. Student eligibility.
Sec. 484. State court judgments.
Sec. 485. Institutional refunds.
Sec. 486. Institutional and financial assistance information for students.
Sec. 487. National student loan data system.
Sec. 488. Distance education demonstration programs.
Sec. 489. Program participation agreements.
Sec. 490. Regulatory relief and improvement.
Sec. 490A. Garnishment requirements.
Sec. 490B. Administrative subpoena authority.
Sec. 490C. Advisory Committee on Student Financial Assistance.
Sec. 490D. Meetings and negotiated rulemaking.
Sec. 490E. Year 2000 requirements at the Department of Education.
Sec. 490F. Procedures for cancellations and deferments for eligible disabled veter-
        ans.

PART H—PROGRAM INTEGRITY

Sec. 491. State role and responsibilities.
Sec. 492. Accrediting agency recognition.
Sec. 493. Eligibility and certification procedures.
Sec. 494. Program review and data.
Sec. 495. Review of regulations.

TITLE V—DEVELOPING INSTITUTIONS

Sec. 501. Establishment of new title V.

TITLE VI—INTERNATIONAL EDUCATION PROGRAMS

Sec. 601. International and foreign language studies.
Sec. 602. Business and international education programs.
Sec. 603. Institute for International Public Policy.
Sec. 604. General provisions.

TITLE VII—GRADUATE AND POSTSECONDARY IMPROVEMENT PROGRAMS

Sec. 701. Revision of title VII.
Sec. 702. Repeals.

TITLE VIII—STUDIES, REPORTS, AND RELATED PROGRAMS

PART A—STUDIES

Sec. 801. Study of market mechanisms in Federal student loan programs.
Sec. 802. Study of the feasibility of alternative financial instruments for determining
        lender yields.
Sec. 803. Student-related debt study required.
Sec. 804. Study of transfer of credits.

4

Sec. 805. Study of opportunities for participation in athletics programs.
Sec. 806. Study of the effectiveness of cohort default rates for institutions with few student loan borrowers.

### PART B—ADVANCED PLACEMENT INCENTIVE PROGRAM

Sec. 810. Advanced placement incentive program.

### PART C—COMMUNITY SCHOLARSHIP MOBILIZATION

Sec. 811. Short title.
Sec. 812. Findings.
Sec. 813. Definitions.
Sec. 814. Purpose; endowment grant authority.
Sec. 815. Grant agreement and requirements.
Sec. 816. Authorization of appropriations.

### PART D—GRANTS TO STATES FOR WORKPLACE AND COMMUNITY TRANSITION TRAINING FOR INCARCERATED YOUTH OFFENDERS

Sec. 821. Grants to States for workplace and community transition training for incarcerated youth offenders.

### PART E—GRANTS TO COMBAT VIOLENT CRIMES AGAINST WOMEN ON CAMPUSES

Sec. 826. Grants to combat violent crimes against women on campuses.
Sec. 827. Study of institutional procedures to report sexual assaults.

### PART F—IMPROVING UNITED STATES UNDERSTANDING OF SCIENCE, ENGINEERING, AND TECHNOLOGY IN EAST ASIA

Sec. 831. Improving United States understanding of science, engineering, and technology in East Asia.

### PART G—OLYMPIC SCHOLARSHIPS

Sec. 836. Extension of authorization.

### PART H—UNDERGROUND RAILROAD

Sec. 841. Underground Railroad educational and cultural program.

### PART I—SUMMER TRAVEL AND WORK PROGRAMS

Sec. 846. Authority to administer summer travel and work programs.

### PART J—WEB-BASED EDUCATION COMMISSION

Sec. 851. Short title; definitions.
Sec. 852. Establishment of Web-Based Education Commission.
Sec. 853. Duties of the Commission.
Sec. 854. Powers of the Commission.
Sec. 855. Commission personnel matters.
Sec. 856. Termination of the Commission.
Sec. 857. Authorization of appropriations.

### PART K—MISCELLANEOUS

Sec. 861. Education-welfare study.
Sec. 862. Release of conditions, covenants, and reversionary interests, Guam Community College conveyance, Barrigada, Guam.
Sec. 863. Sense of Congress regarding good character.
Sec. 864. Educational merchandise licensing codes of conduct.

## TITLE IX—AMENDMENTS TO OTHER LAWS

### PART A—EXTENSION AND REVISION OF INDIAN HIGHER EDUCATION PROGRAMS

Sec. 901. Tribally controlled colleges and universities.
Sec. 902. Reauthorization of Navajo Community College Act.

### PART B—EDUCATION OF THE DEAF

Sec. 911. Short title.
Sec. 912. Elementary and secondary education programs.
Sec. 913. Agreement with Gallaudet University.
Sec. 914. Agreement for the National Technical Institute for the Deaf.

5

*Sec. 915. Definitions.*
*Sec. 916. Gifts.*
*Sec. 917. Reports.*
*Sec. 918. Monitoring, evaluation, and reporting.*
*Sec. 919. Federal endowment programs.*
*Sec. 920. Scholarship program.*
*Sec. 921. Oversight and effect of agreements.*
*Sec. 922. International students.*
*Sec. 923. Research priorities.*
*Sec. 924. National Study on the Education of the Deaf.*
*Sec. 925. Authorization of appropriations.*

### PART C—UNITED STATES INSTITUTE OF PEACE

*Sec. 931. Authorities of the United States Institute of Peace.*

### PART D—VOLUNTARY RETIREMENT INCENTIVE PLANS

*Sec. 941. Voluntary retirement incentive plans.*

### PART E—GENERAL EDUCATION PROVISIONS ACT AMENDMENT

*Sec. 951. Amendment to Family Educational Rights and Privacy Act of 1974.*
*Sec. 952. Alcohol or drug possession disclosure.*

### PART F—LIAISON FOR PROPRIETARY INSTITUTIONS OF HIGHER EDUCATION

*Sec. 961. Liaison for proprietary institutions of higher education.*

### PART G—AMENDMENTS TO OTHER STATUTES

*Sec. 971. Nondischargability of certain claims for educational benefits provided to obtain higher education.*
*Sec. 972. GNMA guarantee fee.*

### PART H—REPEALS

*Sec. 981. Repeals.*
*Sec. 982. Repeals of previous higher education amendments provisions.*

### SEC. 2. REFERENCES.

*Except as otherwise expressly provided, whenever in this Act an amendment or repeal is expressed in terms of an amendment to, or repeal of, a section or other provision, the reference shall be considered to be made to a section or other provision of the Higher Education Act of 1965 (20 U.S.C. 1001 et seq.).*

### SEC. 3. GENERAL EFFECTIVE DATE.

*Except as otherwise provided in this Act or the amendments made by this Act, the amendments made by this Act shall take effect on October 1, 1998.*

# TITLE I—GENERAL PROVISIONS

### SEC. 101. REVISION OF TITLE I.

*(a) GENERAL PROVISIONS.—Title I (20 U.S.C. 1001 et seq.) is amended to read as follows:*

265

*Age Discrimination in Employment Act of 1967 prior to the date of enactment of this Act.*

## PART E—GENERAL EDUCATION PROVISIONS ACT AMENDMENT

***SEC. 951. AMENDMENT TO FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974***

*Section 444(b) of the General Education Provisions Act (20 U.S.C. 1232g(b)), also know as the Family Educational Rights and Privacy Act of 1974, is amended—*

*(1) in paragraph (1), by amending subparagraph (C) to read as follows:*

*"(C)(i) authorized representatives of (I) the Comptroller General of the United States, (II) the Secretary, or (III) State educational authorities, under the conditions set forth in paragraph (3), or (ii) authorized representatives of the Attorney General for law enforcement purposes under the same conditions as apply to the Secretary under paragraph (3);"; and*

*(2) in paragraph (6)—*

*(A) by inserting "(A)" after "(6)";*

*(B) in subparagraph (A), as designated by subparagraph (A) of this paragraph—*

*(i) by striking "the results" and inserting "or a nonforcible sex offense, the final results"; and*

*(ii) by striking "such crime" each place the term appears and inserting "such crime or offense"; and*

*(C) adding at the end thereof the following:*

*"(B) Nothing in this section shall be construed to prohibit an institution of postsecondary education from disclosing the final results of any disciplinary proceeding conducted by such institution against a student who is an alleged perpetrator of any crime of violence (as that term is defined in section 16 of title 18, United States Code), or a nonforcible sex offense, if the institution determines as a result of that disciplinary proceeding that the student committed a violation of the institution's rules or policies with respect to such crime or offense.*

*"(C) For the purpose of this paragraph, the final results of any disciplinary proceeding—*

*"(i) shall include only the name of the student, the violation committed, and any sanction imposed by the institution on that student; and*

*"(ii) may include the name of any other student, such as a victim or witness, only with the written consent of that other student.".*

***SEC. 952. ALCOHOL OR DRUG POSSESSION DISCLOSURE.***

*Section 444 of the General Education Provisions Act (20 U.S.C. 1232g) is amended by adding at the end the following:*

*"(i) DRUG AND ALCOHOL VIOLATION DISCLOSURES.—*

*"(1) IN GENERAL.—Nothing in this Act or the Higher Education Act of 1965 shall be construed to prohibit an institution of higher education from disclosing, to a parent or legal guardian of a student, information regarding any violation of any*

266

Federal, State, or local law, or of any rule or policy of the institution, governing the use or possession of alcohol or a controlled substance, regardless of whether that information is contained in the student's education records, if—

"(A) the student is under the age of 21; and

"(B) the institution determines that the student has committed a disciplinary violation with respect to such use or possession.

"(2) STATE LAW REGARDING DISCLOSURE.—Nothing in paragraph (1) shall be construed to supersede any provision of State law that prohibits an institution of higher education from making the disclosure described in subsection (a).".

## PART F—LIAISON FOR PROPRIETARY INSTITUTIONS OF HIGHER EDUCATION

### SEC. 961. LIAISON FOR PROPRIETARY INSTITUTIONS OF HIGHER EDUCATION.

Title II of the Department of Education Organization Act (20 U.S.C. 3411 et seq.) is amended by adding at the end the following:

### "SEC. 219. LIAISON FOR PROPRIETARY INSTITUTIONS OF HIGHER EDUCATION.

"(a) ESTABLISHMENT.—There shall be in the Department a Liaison for Proprietary Institutions of Higher Education, who shall be an officer of the Department appointed by the Secretary.

"(b) APPOINTMENT.—The Secretary shall appoint, not later than 6 months after the date of enactment of the Higher Education Amendments of 1998 a Liaison for Proprietary Institutions of Higher Education who shall be a person who—

"(1) has attained a certificate or degree from a proprietary institution of higher education; or

"(2) has been employed in a proprietary institution setting for not less than 5 years.

"(c) DUTIES.—The Liaison for Proprietary Institutions of Higher Education shall—

"(1) serve as the principal advisor to the Secretary on matters affecting proprietary institutions of higher education;

"(2) provide guidance to programs within the Department that involve functions affecting proprietary institutions of higher education; and

"(3) work with the Federal Interagency Committee on Education to improve the coordination of—

"(A) the outreach programs in the numerous Federal departments and agencies that administer education and job training programs;

"(B) collaborative business and education partnerships; and

"(C) education programs located in, and involving, rural areas.".

267

## *PART G—AMENDMENTS TO OTHER STATUTES*

#### *SEC. 971. NONDISCHAREABILITY OF CERTAIN CLAIMS FOR EDU-CATIONAL BENEFITS PROVIDED TO OBTAIN HIGHER EDU-CATION.*

*(a) AMENDMENT.—Section 523(a)(8) of title 11, United States Code, is amended by striking "unless—" and all that follows through "(B) excepting such debt" and inserting "unless excepting such debt".*

*(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall apply only with respect to cases commenced under title 11, United States Code, after the date of enactment of this Act.*

#### *SEC. 972. GNMA GUARANTEE FEE.*

*(a) IN GENERAL.—Section 306(g)(3)(A) of the National Housing Act (12 U.S.C. 1721(g)(3)(A)) is amended by striking "No fee or charge" and all that follows through "States)" and inserting "The Association shall assess and collect a fee in an amount equal to 9 basis points".*

*(b) EFFECTIVE DATE.—The amendment made by this section shall take effect on October 1, 2004.*

## *PART H—REPEALS*

#### *SEC. 981. REPEALS.*

*Section 4122 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7132) is repealed.*

And the Senate agree to the same.

For consideration of the House bill (except sec. 464), and the Senate amendment (except secs. 484 and 799C), and modifications committed to conference:

BILL GOODLING,
HOWARD "BUCK" MCKEON,
TOM PETRI,
LINDSEY GRAHAM,
MARK SOUDER,
JOHN E. PETERSON,
W.L. CLAY,
DALE E. KILDEE,
M.G. MARTINEZ,
ROBERT E. ANDREWS,

268

For consideration of sec. 464 of the House bill, and secs. 484 and 799C of the Senate amendment, and modifications committed to conference:

BILL GOODLING,
JAMES TALENT,
E. CLAY SHAW, Jr.,
DAVE CAMP,
W.L. CLAY,
SANDER LEVIN,
*Managers on the Part of the House.*

JIM JEFFORDS,
DAN COATS,
JUDD GREGG,
BILL FRIST,
MIKE DEWINE,
MIKE ENZI,
TIM HUTCHINSON,
SUSAN COLLINS,
JOHN WARNER,
MITCH MCCONNELL,
TED KENNEDY,
CHRIS DODD,
TOM HARKIN,
BARBARA A. MIKULSKI,
JEFF BINGAMAN,
PATTY MURRAY,
JACK REED,
*Managers on the Part of the Senate.*

## JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF CONFERENCE

The managers on the part of the House and the Senate at the conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 6), to extend the authorization of programs under the Higher Education Act of 1965, and for other purposes, submit the following joint statement to the House and the Senate in explanation of the effect of the action agreed upon by the managers and recommended in the accompanying conference report:

The Senate amendment struck all of the House bill after the enacting clause and inserted a substitute text.

The House recedes from its disagreement to the amendment of the Senate with an amendment that is a substitute for the House bill and the Senate amendment. The differences between the House bill, the Senate amendment, and the substitute agreed to in conference are noted below, except for clerical corrections, conforming changes made necessary by agreements reached by the conferees, and minor drafting and clerical changes.

Both bills provide that this Act may be cited as the "Higher Education Amendments of 1998", and both bills provide that all references to "the Act" are references to the Higher Education Act of 1965.

The House bill, but not the Senate bill, contains a provision that, except as otherwise provided, the amendments made by the Higher Education Amendments of 1998 shall take effect on October 1, 1998.

The Senate recedes.

### TITLE I—GENERAL PROVISIONS

#### TRANSFER OF PROVISIONS

Both bills repeal title I of current law and transfer provisions of the current title XII to title I.

#### PART A—DEFINITIONS

#### INSTITUTION OF HIGHER EDUCATION

The House bill transfers all definitions from the current section 1201 and section 481(a), (b), and (c) to title I. The general definition of "institution of higher education" currently contained in section 1201(a) is rewritten without substantive changes. Section 481 (a), (b), and (c) are also rewritten with only minor changes.

The Senate bill simply redesignates section 1201 as section 101, makes minor changes to section 481(a), and no changes to section 481 (b) and (c).

407

EFFECTIVE DATE

Title X of the House bill is effective on the date of enactment of this Act, and shall not apply with respect to any cause of action arising under the ADEA prior to that date.

The Senate bill did not contain a similar provision.

CONFERENCE AGREEMENT

The conference agreement follows the House bill.

PART E—GEPA

AMENDMENT TO FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974

The House bill, but not the Senate bill, amends the General Education Provisions Act by allowing institutions of higher education to disclose disciplinary records of students who have admitted or been found guilty of a crime of violence where the records directly relate to such misconduct.

The Senate recedes with an amendment to provide for public disclosure of the results of campus disciplinary proceedings against students who are alleged perpetrators of crimes of violence or a nonforcible sex offense, without the student's consent, if the student is determined, as a result of that proceeding, to have committed a disciplinary violation in connection with the crime. The information that could be disclosed to the public would include only the name of the student determined to have committed the violation, the violation committed, and any sanction imposed by the institution. The information disclosed could include the name of any other student (such as a victim or witness) only with the written consent of that other student. A parallel reference to a nonforcible sex offense would be added to section 444(b)(6), regarding the release of disciplinary proceeding results to the alleged victim. In addition, authorized representatives of the Attorney General would be exempted from the general prohibition against the release of education records. Such exemption would be provided only for law enforcement purposes.

ALCOHOL OR DRUG POSSESSION DISCLOSURE

The Senate bill, but not the House bill, provides an assurance that the Higher Education Act shall not be construed to prohibit an institution of higher education from disclosing information regarding violations of law regarding alcohol and drugs to the parents of under-age students.

The House recedes with an amendment to add "or legal guardian" after "parent", to include violations of any rule or policy of the institution if the institution has determined the student has committed a disciplinary violation, and to include language regarding State law regarding disclosure.

408

PART F—LIAISON FOR PROPRIETARY INSTITUTIONS OF HIGHER
EDUCATION

The Senate bill, but not the House bill, amends the Department of Education Organization Act to establish a Liaison for Proprietary Institutions of Higher Education.

The House recedes.

PART G—OFFSETS

DISCHARGE OF STUDENT LOAN DEBT IN BANKRUPTCY

The conferees, in the effort to ensure the budget neutrality of this bill, adopted a provision eliminating the current bankruptcy discharge for student borrowers after they have been in repayment for seven years. The conferees note that this change does not affect the current provisions allowing any student borrower to discharge a student loan during bankruptcy if they can prove undue economic hardship. The conferees also note the availability of various options to increase the affordability of student loan debt, including deferment, forbearance, cancellation and extended, graduated, income-contingent and income-sensitive repayment options.

GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FEE

The conferees, in the effort to ensure the budget neutrality of this bill, adopted a provision increasing the Government National Mortgage Association's (Ginnie Mae) guarantee fee from six basis points to nine basis points in fiscal years 2005, 2006, and 2007. Although this fee increase is outside of our committees' jurisdiction, it is the understanding of the conferees that it can be implemented in a way which does not adversely affect low-income homebuyers.

PART H—REPEALS

The House bill, but not the Senate bill, repeals Section 4122 of the Elementary and Secondary Education Act of 1965 (20 USC 7132) which provides grants for drug and violence prevention programs-model programs on safety and illegal use of drugs and alcohol.

The Senate recedes. A new program which is similar to the ESEA program is established in Title 1 of this Act.

> For consideration of the House bill (except sec. 464), and the Senate amendment (except secs. 484 and 799C), and modifications committed to conference:
>
> BILL GOODLING,
> HOWARD "BUCK" MCKEON,
> TOM PETRI,
> LINDSEY GRAHAM,
> MARK SOUDER,
> JOHN E. PETERSON,
> W.L. CLAY,
> DALE E. KILDEE,
> M.G. MARTINEZ,
> ROBERT E. ANDREWS,

409

For consideration of sec. 464 of the House bill, and secs. 484 and 799C of the Senate amendment, and modifications committed to conference:

BILL GOODLING,
JAMES TALENT,
E. CLAY SHAW, Jr.,
DAVE CAMP,
W.L. CLAY,
SANDER LEVIN,
*Managers on the Part of the House.*

JIM JEFFORDS,
DAN COATS,
JUDD GREGG,
BILL FRIST,
MIKE DEWINE,
MIKE ENZI,
TIM HUTCHINSON
SUSAN COLLINS,
JOHN WARNER,
MITCH MCCONNELL,
TED KENNEDY,
CHRIS DODD,
TOM HARKIN,
BARBARA A. MIKULSKI,
JEFF BINGAMAN,
PATTY MURRAY,
JACK REED,
*Managers on the Part of the Senate.*

○