**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-00327 (ABJ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) ) | |

---

**DECLARATION OF JACK BUCKLEY**

---

I, Sean P. "Jack" Buckley, to the best of my knowledge and belief, and pursuant to 28

U.S.C. § 1746, do hereby declare as follows:

1.      I am the Commissioner of the National Center for Education Statistics, which is part of

the Institute of Education Sciences of the U.S. Department of Education ("Department"), a

position which I have held since January 2011.   Before serving in this position, I was an

associate professor of applied statistics at New York University.

2.      In my capacity as the Commissioner of the National Center for Education Statistics, I am

responsible for, among other duties, collecting, analyzing, and reporting statistics on the

condition of all aspects of education in the United States, operating the Statewide Longitudinal



EXHIBIT

**H**

Data System (SLDS) Grant Program, supporting international assessments, and carrying out the

National Assessment of Educational Progress, also known as the Nation's Report Card.

3.      The statements contained in this declaration are based on my own personal

knowledge and records and information provided to the Department and made available to me in

my official capacity.

4.      The purpose of this declaration is to provide facts relevant to plaintiffs' standing to bring

this suit.

**Statewide Longitudinal Data System Grant Program**

5.      Before 2002, few states had longitudinal data systems.  Most state educational authorities

asked for and received aggregate statistics instead of student-level data from their school districts

or other educational agencies or institutions.

6.      In November 2005, the Department made its first awards under its SLDS Grant Program,

providing grants to 14 states.

7.      In June 2007, grants were awarded to 12 additional states and the District of Columbia

("DC").

8.      In March 2009, 27 states received grants.

9.      In May 2010, 20 states received grants.

10.     In May 2012, 21 states, the District of Columbia, Puerto Rico, and the Virgin Islands

received grants.  Based on the five rounds of funding, all states except Alabama, Wyoming, and

New Mexico have received at least one SLDS grant.

11.     These SLDS grants have assisted states in creating SLDS that meet or exceed the

standards set out in federal law.  In addition, the SLDS Grant Program offers support resources to

help SLDS operators with various issues related to SLDS, such as data governance,

interoperability, data sharing, external evaluations, and research.

**District of Columbia Grants**

12.     On March 15, 2007, the District of Columbia submitted an application for a grant under

the Department's SLDS Grant Program.  *See* Exhibit 1 (excerpts from DC's application).

13.     In its application, DC explained that it had no longitudinal data system, nor the ability to

"track[] individual student movement across publicly funded education programs in the District

of Columbia."  *See id.*, Abstract.

14.     DC's then-current system for identifying students in the D.C. Public School system did

not ensure that the unique identifier followed the student through the system.  *See id.*, Project

Narrative at 3.

15.     Charter schools were not required to report student-level data.  *See id.* at 3-4.

16.     There was no system for tracking students at the postsecondary level.  Instead, DC was

"investigating an automated, electronic follow-up system . . . which would allow for tracking the

movement of DC students into postsecondary education and the labor market."  *See id.* at 5.

17.     DC tracked the postsecondary success of DC students using directory information

through an agreement with the nonprofit National Student Clearinghouse.  *See id.* at 2.

18.     The Department provided DC a grant of $5,738,500 to develop an SLDS system.  The

start date for this grant was August 1, 2007.

19.     DC's efforts faced many setbacks, including a vendor's non-performance on a contract

issue related to the grant, technological infrastructure problems, administrative barriers, legal

obstacles, and a high staff turnover rate.

20.     On December 15, 2011, DC submitted an application for another SLDS grant.  *See*

Exhibit 2 (excerpts from DC's application).

21.     DC explained that its Statewide Longitudinal Education Data System ("SLED"), currently

included only pre-kindergarten through twelfth grade ("P-12") information.  *See id.* at e14.

22.     The grant application describes plans to link SLED to "postsecondary and workforce

legacy databases" to create "P-20W SLED."  *Id.* at e20.

23.     This plan would involve linking SLED to three existing postsecondary databases:  DC

OneApp, which includes information from DC residents who apply for DC's three higher

education grant programs, *see* https://dconeapp.dc.gov; AspirePath, which includes information

on adult literacy students at DC's community college; and the Banner student database used by

DC's community college and public university and other postsecondary institutions.  Exhibit 1 at

e21-22.

24.     The application proposed to begin implementation and training on the new connections in

September 2013.  *Id.* at e32.

25.     The Department will provide DC another grant of $4,000,000 to develop an SLDS

system.  The start date of this grant is February 1, 2013.

26.     According to information provided to the Department, Georgetown University's only

agreement to provide student information to DC concerns the undergraduate students from DC

who receive financial assistance through DC's Higher Education Financial Services office.

27.     No information provided to the Department suggests that DC's SLED will be backfilled

with advanced degree data from Georgetown University or other institutions for years prior to the

one in which postsecondary information begins to be linked to the system.  Such backfills seldom

occur because such data is unlikely to be correlated with the advanced degree recipient's records

as a primary, secondary or undergraduate student, making the information much less useful.

\*      \*      \*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 29th day of November, 2012

_____
Jack Buckley
Commissioner
National Center for Education Statistics
U.S. Department of Education

# U.S. Department of Education

### Washington, D.C. 20202-5335



# APPLICATION FOR GRANTS UNDER THE

### STATEWIDE LONGITUDINAL DATA SYSTEMS
### CFDA # 84.372A
### PR/Award # R372A070021
### Grants.gov Tracking#: GRANT00234047

Closing Date: MAR 15, 2007

**EXHIBIT**
**1**

# **Table of Contents**

## Forms

*1. Application for Federal Assistance (SF-424)* _____ e1

*2. Standard Budget Sheet (ED 524)* _____ e6

*3. SF 424B - Assurances Non-Construction Programs* _____ e8

*4. Disclosure of Lobbying Activities* _____ e10

*5. ED 80-0013 Certification* _____ e12

*6. Dept of Education Supplemental Information for SF-424* _____ e13

## Narratives

*1. Project Narrative - (Abstract Narrative...)* _____ e14

   *Attachment - 1* _____ e15

*2. Project Narrative - (Project Narrative...)* _____ e16

   *Attachment - 1* _____ e17

*3. Project Narrative - (Other Narrative...)* _____ e37

   *Attachment - 1* _____ e38

   *Attachment - 2* _____ e42

   *Attachment - 3* _____ e43

   *Attachment - 4* _____ e55

*4. Budget Narrative - (Budget Narrative...)* _____ e87

   *Attachment - 1* _____ e88

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

# Project Abstract

## Developing, Implementing and Sustaining a Statewide Longitudinal Data System for the District of Columbia

Upon assuming office in January, Mayor Adrian Fenty identified education as the top priority of his administration. He joins the District's State Education Agency, the administrators of its multiple LEAs, its university and foundation partners, all of whom have since stressed accountability, transparency, and data-driven decision-making as key tenets of their approach to improving educational outcomes for the District's children. Such an approach relies on a system of comprehensive, accurate, and accessible data, protected by explicit confidentiality measures.

As of today, however, such a data system does not exist. At the most basic level, there is no effective mechanism for tracking individual student movement across publicly funded education programs in the District of Columbia. This inability to follow students as they transfer—or fail to transfer—between schools hamstrings effective drop-out prevention programs, opens the door to gaps in service delivery, and prevents appropriate allocation of resources, among other things. Beyond the important but basic issue of tracking student movement there is an unmet need to collect and analyze data to determine program effectiveness. Currently there is no easy way to analyze which teacher preparation programs yield the best student outcomes, which curricular reforms lead to increased achievement, or what combination of interventions particular groups of students are enrolled in. Without a unified system that houses comprehensive and accurate data, we risk duplication and gaps in services, non-compliance with federal and local regulations and grant agreements, and a general lack of strategic decision-making.

In the short term, our goals for a student data system are to 1) to effectively track student movement within and across the 56 LEAs in the District of Columbia and 2) to link student achievement outcomes to particular schools, teachers, and programs.

Our ultimate vision is to create a system that tracks students from early childhood through post-secondary and that provides information on the variety of publicly-funded education-related services children are receiving. Such a system would encompass both school-specific information and out-of-school activities and services. This information would allow us to catalogue the array of government-related inputs a child is receiving and better understand the impacts of these various interventions. A longitudinal student data system represents the backbone of this long-term vision.

The District of Columbia has laid some groundwork for this vision, including analyzing the current system and process for creating statewide unique permanent student identifiers, a steering committee comprised of all key stakeholders, a financial commitment from the city government, and the commitment of outside resources eager to provide technical assistance and capacity for data analysis. At the same time, the development of a longitudinal data system in the District is in its infancy, with respect to the development of both the technical systems, and importantly, the policies and governance necessary to have a fully functional system that meets the vision described above. The District stands to gain significantly, therefore, from the financial and technical support offered from the Institute of Education Sciences.

**Developing, Implementing and Sustaining a Statewide Longitudinal Data System for the District of Columbia**

## Contents

Abstract

Page

I.     Need for the Project                                    1
       State Governance Context                                2
       Status of Statewide Data System                         3
       Current Capacity for Change                             6

II.    Project Design                                          8
       Governance and Policy                                   9
       Technical Grant Requirements                           11
       Technical Design                                       13

III.   Project Personnel                                      14

IV.    Resources                                              17

V.     Management Plan                                        17

VI.    Resumes of Key Personnel

VII.   Budget Narrative

Appendices

A -    Timeline
B -    Architectural Diagram
       Survey of Charter LEA Student Information Systems
       Data Warehouse Questions from Steering Committee
       Letters of Support

District of Columbia Longitudinal Data Systems Proposal

# PROJECT NARRATIVE

## I. Need for the Project

The need in the District of Columbia for a statewide longitudinal data system manifests itself clearly and persistently, across the range of stakeholders.

*Parents who move their child from a DC district school to a public charter school down the road wonder why the records are not automatically transferred and why the student does not receive the related services in the child's IEP (Individualized Education Program).*

*A fifth grade teacher wishes he could access individual student achievement data in a timely and user-friendly manner to help him target student strengths and weaknesses, improve the quality of classroom instruction, and ultimately see increased student achievement.*

*The annual report of the State Advisory Panel on Special Education recommends requiring standardized reporting measures of all LEAs (DCPS and public charter schools) and private placements in order to create a full picture of the status of special education services and special education populations supported by the District of Columbia.*

*The DC Children and Youth Investment Trust Corporation, which supports out-of-school time (OST) programs, wants access to data to help understand in what ways OST programs help improve academic and social outcomes for DC children and youth, which youth might need more focused outreach to connect with OST enrichment, and what types of programming have the strongest influence on helping meet citywide youth outcomes.*

*The University of the District of Columbia needs data about incoming students, 70% of whom hail from the District. Information about the characteristics of the high schools they come from, their standardized test scores, their English language learner status, and special needs they bring to the postsecondary experience would help to tailor recruitment efforts and shape programs that address K-12 cumulative deficiencies and gaps in academic and vocational preparation.*

*In a jurisdiction with so many charter schools, policy makers, parents, the general public, researchers, and the press are eager to evaluate the impact that charter schools and DCPS schools have on students' academic performance over time. The sort of "snapshot" data we have is almost worthless, because it says nothing about how the schools are doing with their students over time — the real measure of a school's performance.*

*Representatives of the Reconnecting Disconnected Youth Task Force want to identify and determine the magnitude of youth who are disconnected from education and in need of appropriate intervention services. The Task Force wants to be able to identify dropouts, determine whether they have been involved with other youth serving agencies, and tailor interventions to support their success in school and life endeavors.*

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

The inadequacy of data creates a vicious cycle where lack of regular, usable reports to stakeholders results in diminished commitment to maintaining an accurate data system, in turn lessening the ability to produce useful reports. This information-poor environment exists against a backdrop of unacceptably low levels of student achievement where the majority of District schools fail to meet Adequately Yearly Progress (AYP) requirements of the No Child Left Behind (NCLB) law.

State Governance Context

The District of Columbia is the nation's only state education agency (SEA) comprised exclusively of urban local education agencies (LEAs). Within a compact geographic area there are currently 56 LEAs – including the District of Columbia Public Schools (DCPS), which operates over 150 schools, and 55 public charter LEAs, which operate a total of 71 charter schools. The District currently has two chartering authorities: the Board of Education (BOE) and the Public Charter School Board (PCSB). These traditional and public charter schools are characterized by different forms of governance, with DCPS currently overseen by a Board of Education, and the charter LEAs accountable to their own Boards of Trustees and to their respective chartering authorities.

The D.C. Board of Education is currently the State Education Agency (the SEA Officer is the superintendent of the DC Public schools) recognized by the U.S. Department of Education for setting standards, administering assessments for all LEAs, defining and determining AYP, certifying teachers, and reporting all information required by the No Child Left Behind Act of 2001. They also manage a number of federal funding streams.

The State Education Office (SEO), in the Executive Office of the Mayor, provides key inputs that determine the structure of funding public schools by recommending changes to the Uniform Per Student Funding Formula (UPSFF) and supervising annual enrollment audits of all LEAs; manages nutrition services supported by the U.S. Department of Agriculture; accredits local postsecondary institutions; coordinates the Citywide Literacy Initiative; implements the GEAR-UP college-access program; and conducts general research on education to support local decision-making and policy development. The SEO is responsible for Higher Education Financial Services (HEFS), the District's higher education financial aid grants, supported with Congressional funds. The SEO houses the State Higher Education Executive Office, which collaborates with public higher education institutions to improve and promote college access for residents in the District of Columbia. The SEO also manages DC SchoolSearch, a web-based portal to a range of educational programs and information, including early childhood centers, public school profiles and postsecondary institutions.

These responsibilities require the SEO to capture school and student demographic data from the LEAs as well as postsecondary institutions and adult education providers. The SEO has also been tasked by the Council of the District of Columbia with creating a statewide student tracking system. HEFS is deeply involved in tracking student postsecondary education participation, attrition and retention nationally and does this through an agreement with the National Student Clearinghouse.

District of Columbia Longitudinal Data Systems Proposal

The University of the District of Columbia (UDC) is the District's public postsecondary institution. UDC is currently the SEA for Adult and Family Education and monitors the participation and outcomes of participants of DC literacy programs offering Adult Basic Education (ABE), GED, English as a Second Language (ESL), and External Diploma Programs (EDP).

Status of the Current Statewide Data System

The District of Columbia's mix of publicly funded options—including the DCPS and public charter options described above, along with a smaller voucher program—creates a wide variety of preK-12 choices for the District's 75,088 public school students. These students and their parents take full advantage of these choices, with high levels of mobility across and among these public school options. In addition, there is significant interstate mobility within the greater DC metropolitan area with students moving across jurisdictions within the District of Columbia, Maryland and Virginia. Given this scenario and the complex governance structure described above, tracking student mobility across schools is difficult.

That said, DC has established the most fundamental element of a student data system through the establishment of a statewide system for assigning **unique permanent student identifiers**. In its SEA capacity, DCPS currently issues unique student identifiers for all LEAs through the DC Student Tracking and Reporting System (DC STARS). Such a process is, of course, critical to ensuring that students receive the services they are due and that LEAs are appropriately compensated and incentivized for providing services. It also lays the groundwork for the kind of input analysis a more robust data warehouse would allow. At present there are insufficient data policies to ensure that the unique identifier for a student follows him/her within and between LEAs. There are also insufficient data policies to ensure that no student is assigned more than one "unique" student identifier. We believe, however, these issues are correctable within the current framework of DC STARS.

In addition to unique student identifiers, the District of Columbia recognizes the importance of establishing statewide **unique permanent teacher identifiers** in order to create a data environment that will allow value-added analysis. While teacher mobility within and across LEAs is less than that of students, it is significant; but as of now, we have no effective way to track it. We are currently exploring the necessary policy and legislative changes that would allow for and support the assignment of unique identifiers to all incoming and existing teachers across DCPS and public charter schools.

An important gap in our current data system relates to the data reporting requirements of charter schools. By law, the public charter schools created by both boards are entirely independent of the District of Columbia Public Schools (DCPS) and the District of Columbia government. Charter schools are exempt from any statutes, policies, rules, and regulations established by DCPS or by any District government entity. Charter schools must, of course, comply with the requirements, including data reporting, of NCLB and other federal programs in which they participate. As it currently stands, however, the charter schools respond to state level and other local data requests on a voluntary basis. The Mayor is preparing to introduce legislation that

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

would establish reporting requirements for charters to ensure their student level data is fed into the statewide warehouse.

Following is a summary of existing legacy systems and data initiatives in place across the District of Columbia.

- **DC STARS**, referenced above as the system that generates unique student identifiers, is a web-based school intranet system designed to track and collect data on all students. It serves as the student information system for DCPS schools and programs and a number of public charter LEAs. The system contains demographic and personal information on students, along with emergency information on parents and guardians. Given the competing student information systems (SIS) of DCPS and most charter schools, there tends to be a "loss in translation" with respect to the unique student identifier (i.e., students with multiple identifiers or with "bad" numbers that have insufficient or inappropriate digits). Without an established system for SISs to communicate with a central data warehouse, these errors are likely to persist.

- **ENCORE** is a system peripheral to STARS for all DCPS students who are in or referred for special education. The use of this system was mandated by the Court as part of a consent decree. It is our hope that the establishment of a robust data warehouse, linked to a strong SIS, will eliminate the need for this separate system.

- DCPS is also in the initial stages of implementing a web-based instructional management system, **SchoolNet**. SchoolNet was designed to merge DCPS SIS data, standardized test information and benchmark tests. It is designed to help the school system, educators, and students achieve AYP goals, narrow student achievement gaps, enhance teacher proficiency, and accelerate learning. The plan is for schools to capture instructional and assessment data on their students, allowing for determination of individual student performance trends, monitoring of student attendance, and alignment and delivery of the curriculum. A suite of reporting functions provide the capacity to generate detailed profiles on each student. The system also has modules to support professional development, HQET mandates, and parental outreach.

- DCPS is also implementing **ThinkLink**, a research-based predictive benchmark assessment series that matches diagnostic assessments to the state's high-stakes test. DCPS will soon launch a new system for automated report cards for elementary schools. This new system was created outside DC STARS and thus does not link to the SIS.

- All Public Charter School Board LEAs use **OLAMS** (OnLine Attendance Management Software) to report their attendance. OLAMS is a web-based application, which was custom developed for the Public Charter School Board. OLAMS was developed by CSE Inc. of Richmond, VA and is powered by an Oracle database.

- The charter LEAs that do not participate in DC STARS have invested in their own information systems to record additional information about student demographics and performance. (See the Table in Appendix B for a list of Student Information Systems in

PR/Award # R372A070021

use at DC public charter schools.) The most prevalent SIS among the charter schools is **Power School**, a student information system that allows teachers, administrators, staff, parents and students to communicate on a secure web-based network. The system monitors attendance, grades and, if desired, student performance on high stakes exams. Power School is used by 10 LEAs (representing 18 schools). In addition to several other SISs, some charter school LEAs use Excel and other primitive means to track information.

- The State Office of Career and Technical Education within the K-12 SEA is investigating an automated, electronic follow-up system, much like those of Florida and Texas, which would allow for tracking the movement of DC students into postsecondary education and the labor market. The accountability provisions of the Carl D. Perkins Act require each state to gather such follow-up information, which also contributes greatly to program planning and development.

- **LACES** (Literacy, Adult, and Community Education System) is the citywide application and database used to collect and report on all adult literacy students by the SEA at the University of the District of Columbia. LACES features include the production of all special reports required by the federal government.

*  *  *

Across this array of legacy systems and those in development, there are silos of information and distinct reporting structures that do not interface nor provide an accurate picture of the overall status of young people in our publicly-supported institutions and programs over time. As a result, in what might appear to be a data-rich environment, the District of Columbia faces an information-poor reality. Amidst this array of data systems, the District of Columbia continues to lack:

1. A near real-time citywide student tracking system to provide an accurate understanding of the magnitude of student enrollment, mobility and truancy, and to establish an early warning system for when and where within our public education systems young people are enrolled, in attendance, absent, and at risk of dropping out and falling through the cracks of our youth-serving systems.
2. A data collection system with the ability to track a student's academic progress over time and into the postsecondary years.
3. The ability to link student information systems that include student achievement data, including courses taken, grades and schools attended, to other critical education inputs, such as teacher data, staff development, facilities, curricula, or specialized school programs.

As a result, we cannot provide policymakers, administrators, teachers, parents or advocates with critical information about the value-added contribution to student achievement of specific teachers, schools or programs; the preparation, success and progress of our students as they transition from secondary to postsecondary education; or the effect of interventions to address and improve the achievement levels of our students.

District of Columbia Longitudinal Data Systems Proposal

Nor can we implement policies designed to target interventions and resources to the site of student learning and service delivery. This situation is both costly to the individual LEAs—each of which is creating its individual solutions to data-driven management of school curriculum, classrooms and student performance—and costly to the state, which is limited in its capacity to effectively plan, manage and provide proper support and oversight of LEAs. The impact on students and student achievement is incalculable.

Current Capacity for Change

Against this backdrop, there is great capacity and potential to develop a well-designed, comprehensive statewide longitudinal data system that can follow individual students' performance over time, transmit student information both within and (in time) between states, and provide educators and education researchers with the data needed to improve outcomes for students. By using a data warehouse to standardize, cleanse and extract the needed information to a central repository for reporting and analysis, these legacy systems could be integrated, or in some cases, eliminated. With the Office of the Chief Technology Officer's (OCTO) technical capacity, the national environment highlighting the importance of statewide longitudinal data systems, the transformative changes underway within District Government, and the manageable size, but high profile of Washington DC's public school systems, we have a significant opportunity to streamline the management and planning of public education in the District and improve outcomes through the use of excellent information.

A number of factors support these assertions and our ability to implement and sustain a statewide longitudinal data system.

1. <u>The political will is strong</u>.

The District of Columbia's new Mayor, Adrian Fenty, aggressively supports school reform, has appointed a deputy mayor for education, and has made accountability, transparency, and data-driven decision-making key tenets of his Administration's approach to improving educational outcomes for the District's children. Accelerating the implementation of a unified student tracking and data sharing system is one of the central commitments of his 100-day action plan and a critical longer-term goal. This political will can be leveraged to conduct the necessary business process analyses, to create a robust architecture and a governance structure, and to create a longitudinal data system that works for teachers, principals, researchers and federal reporting requirements. This level of commitment is required if there is to be change in the business practices of our multiple LEAs and other children and youth-serving agencies in order to achieve true integration of their multiple data systems to track the progress of individual students throughout their education—from PK through postsecondary education and adult endeavors.

2. <u>The proposed statewide longitudinal data system will have support and ensured sustainability through established structures and financial commitments.</u>

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

The required transition plans for the new SEA will encompass a strong data collecting, research and analysis unit capable of sustaining, in partnership with the government's Office of the Chief Technology Officer (OCTO), a longitudinal data and reporting system. We also benefit from District government's experience, spearheaded by OCTO, in the development of and plans for nine services modernization programs (SMPs), which provide a broader infrastructure of support for the longitudinal education data system.

The plan for the Education SMP (EdSMP) is to link clusters of education agencies. Through EdSMP, the statewide longitudinal education data warehouse can be linked to other agency clusters, such as those providing human, health and juvenile justice services. Opportunities will exist for exchange of a range of useful data to inform critical programmatic and policy issues and to address the needs of our children and youth. The partnership of the Office of the Chief Technology Officer with different government agencies has demonstrated that our local government can undertake modernization projects successfully that help to resolve real public problems and create efficiencies. For these reasons, the proposed statewide longitudinal data system is assured support and sustainability.

Although the District's FY 2008 budget will not be finalized until June 2007, we have a commitment from the Mayor's office to increase the budget over the $2 million we already have committed to the project for FY 2009 and 2010. In addition, through private grants, we are receiving technical assistance in the area of SEA best practices and implementation plans using data for accountability; and support to the project manager of EdSMP to ensure the timely roll-out of this work.

3.  <u>There is significant interest on the part of key players in supporting policy oriented research</u>.

Thanks to our status as the nation's capital, we have access to numerous national resources that can provide expertise and support. The Urban Institute's National Center for Analysis of Longitudinal Date in Education Research (CALDER) has expressed strong interest in providing data analysis once a data warehouse is established, and the Council of Chief State School Officers has offered access to its numerous information management consortia and data partnerships. These organizations provide ready access to experts and the lessons acquired by states that have gone before us in establishing statewide longitudinal data systems.

We are also in preliminary discussions with the American Institutes for Research (AIR), George Washington University, and a number of local universities and non-profit research organizations about the creation of an independent Consortium on DC School Research with support from national and local foundations and businesses. The Consortium, inspired by one that has functioned for more then 15 years in Chicago, will carry out an ongoing, multi-year research and technical assistance agenda on a variety of local education policies and practices in order to improve outcomes for DC public school students. The research and services provided by the Consortium will promote a non-partisan, solution-oriented approach to school improvement based on rigorous research and solid data analysis. The Consortium will be a complement, advisor to and data consumer of the statewide longitudinal data system. (See AIR letter of support in Attachment B.)

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

4. <u>Controls are in place and in development to ensure conformance with all privacy regulations.</u>

In order to improve the design and delivery of services—and ultimately improve outcomes for children—it is important for different entities to share data related to service delivery. Too often a child is being served by multiple programs that are unaware of each other, resulting in duplication and/or gaps. At the same time, it is crucial that personal information be respected and protected. As part of the development of EdSMP, the Office of the Attorney General (OAG) is taking a careful look at the necessary protections required when sharing data between agencies, based on local and federal guidelines, including FERPA. To the extent that agencies identify a need to share data for the purpose of improving services, the OAG will support the development of MOUs that explicitly set the parameters for such sharing, within legal parameters.

Furthermore, AIR has offered the use of their IRB process to ensure the appropriate standards for any research conducted with data from the longitudinal warehouse.

## II.    Project Design

The D.C. Longitudinal Data System will have four critical steps that must occur in order to resolve the technological, planning, and governance deficiencies currently hampering progress in the District:

1. We must refine, implement, and monitor a series of data policies that ensures the use and portability of unique student identifiers no matter which LEA a student chooses to attend in the District of Columbia.
2. Once those policies are in place and implemented, the SEA can put into practice a data warehouse solution to integrate the student information systems of the District's component LEAs. This will allow the SEA and LEAs to track mobility, truancy, and improve allocation of resources from a holistic perspective.
3. Once the student information systems have been integrated into the data warehouse, the District can link assessment and evaluation systems to the warehouse to conduct longitudinal analyses for program evaluation and value-added study.
4. Once the student information systems and assessment and evaluation systems have been integrated, the state would expand the linkages with the other systems to start populating the data warehouse with for example, special education, free and reduced lunch, OST data, and begin critical linkages to align Pk-12 data with postsecondary education..

The SMPs described earlier organize District government systems into functionally logical clusters of applications that serve multiple agencies and the public. The nine SMP clusters are administrative services, customer service, enforcement services, education (EdSMP), financial, human, motor, property, and transportation services. For each cluster, the SMP automates business processes and integrates related applications so that their functions and data are accessible through a single access point. When all nine SMPs are complete, residents and city management will be able, for the first time, to view data and access services without having to know which agency is responsible for the information or service. SMPs also leverage and

District of Columbia Longitudinal Data Systems Proposal

support Office of the Chief Technology Officer (OCTO) common services that conform to the District's enterprise architecture, meet various standards for technical capability (e.g., high availability, scalability, open standards, security, and manageability), and enable all District cluster and enterprise stakeholders to share information and collaborate effectively.

The District of Columbia's first step in developing EdSMP and the statewide longitudinal data system begins with a thorough analysis of what systems and business processes we have in place. We know from experience that the technology piece of the system is the easier part; altering business processes and changing work culture is more difficult. This analysis, funded by D.C. government, currently out for bid and slated to begin in April 2007, smoothes the way for business process reengineering.

The statewide longitudinal data system project has multiple goals:

1. To level the playing field for all LEAs by providing technical assistance and support to improve teaching and increase student achievement. We will do this by assisting teachers and administrators through training, access and encouragement in using available data.
2. To provide maximum transparency and accountability by creating data and reports that are useful and accessible to a variety of users—policymakers, parents, advocates, teachers, administrators, funders, etc.
3. To meet NCLB and other federal reporting requirements accurately, smoothly and productively.
4. To provide a secure and flexible longitudinal view of statewide student, teacher and school performance data for state, LEA and school-based purposes.

<u>Governance and Policy</u>

The D.C. Longitudinal Data System will use the same governance structure as EdSMP in order to ensure continuity between the projects. In July 2007, the principle stakeholders were convened for the purpose of reviewing the concept, technical perspectives and planned stages of EdSMP; discussing the development of a comprehensive citywide education data warehouse; addressing questions and concerns of stakeholders; determining level of interest and buy-in among stakeholders; and determining next steps. Principle Stakeholders (or their designees) included:

- Superintendent, District of Columbia Public Schools and Chief State School Officer
- State Education Officer
- Executive Director, Public Charter School Board
- Director, Office of Early Childhood Development, Dept. of Human Services
- Chair, Committee on Education, Libraries and Recreation, Council of the District of Columbia
- President, University of the District of Columbia
- Chief Technology Officer
- Executive Director, Board of Education
- Deputy Mayor for Children, Youth, Families and Elders

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

The Stakeholder group in turn identified their respective IT and policy representatives to form a Steering Committee. This Steering Committee first met October 2006 and since January 2007 has been meeting monthly. By agreement, the Steering Committee has expanded to a wider group of agencies and organizations including: the Deputy Mayor for Education, the Department of Youth Rehabilitation Services, the Department of Health, the Public Library, the Children & Youth Investment Trust, the Department of Employment Services, the Consortium of Universities, and others. The Steering Committee will be key to a collaborative partnership that can solve the business problems of creating a successful statewide longitudinal data system.

In addition, we have convened a multi-sector group of organizations, which we refer to as the Public School Information Group. This group represents, public, independent, Catholic, Private Scholarship (voucher) schools, advocates, and community based organizations that sponsor parent and call centers—each with some responsibility for providing information on schools to parents and the public. The goal of the group is to develop strategies to provide and improve the availability of school information: (a) that is useful, timely, accurate, non-biased, accessible to diverse constituents, and provided in multiple mediums; and (b) that does so in an economical, collaborative, not overly burdensome fashion for stakeholders involved. This group's input will be invaluable in helping design our data system to tailor its usefulness for education consumers and the public.

We are also in the process of creating teacher and school administrator advisory committees that will help us make the best system decisions for these users. Our vision is that the members of this committee will become advocates in the schools for using the system when it is up and running.

The contract for the services modernization (SMP) initiation process is to be awarded in April 2007. Through this discovery process, the business and architectural analyses of education stakeholders will be provided. Specifically, the contractors will: (a) survey industry best practices, successful methodologies in use at other municipalities, (b) perform an in-depth investigation by coordinating interviews with dozens of stakeholders, city-wide service developers, District enterprise architects and others, (c) incorporate interview feedback and best practices insight into a service delivery analysis process that can then be applied to the project, (d) develop an investigative process that identifies opportunities for the project to fully leverage/supplement initiatives underway at other city-wide development activities (such as the Human Services Modernization Program, which includes a data warehouse), (e) develop and establish an architectural framework that will roll-up cleanly into the larger enterprise architecture, and (f) develop a business plan that serves as a roadmap for implementation. The plan will include a clear return on investment (ROI) case, identify risks and risk mitigation, and include an analysis focused on identifying the right set of commercial off-the-shelf (COTS) and Enterprise Resource Planning (ERP) products necessary to support multi-agency service fulfillment and complex business processes. While this process may produce some results for recommendations broader than the longitudinal data warehouse, the process will also include analyses and recommendations for the data warehouse and associated systems.

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

Although the formal discovery process has not yet begun, we have initiated one component—a charter school SIS capacity study designed to provide an analysis of the data collection and reporting systems used by the charter school LEAs. We are also building a Multi-Year Enrollment Audit Data base, which has uncovered procedural problems in the assignment and use of the unique student identifier for which remedies are being identified, and which provides enrollment trend data over a six year period. We are initiating policies to link the unique student identifier on the HEFS scholarship application, which will provide the ability to match student records between preK-12 and higher education systems for our public high school graduates who participate in this program.

Technical Grant Requirements

The following addresses each of the technical grant requirements as planned within the proposed system:

1.  Unique permanent student identifier—DC Public Schools (DCPS) already has the technical capability to assign the identifier through DC STARS. The charter LEAs also use DC STARS to create an identifier and then use that number in their respective student information systems (SIS). We currently lack an automated link to charter school systems. When the total enrollment across all LEAs is viewed, duplicates exist (i.e., students with more than one ID) in the system. We encounter this problem consistently, so we know the business process is not working as well as it could. If we keep this process, we need a business process reengineering for the creation of the identifier. The decision about whether we will continue to use DC STARS as the generator of the unique identifier for all LEAs will be determined based on further study. Advisors have suggested that we consider a system such as the one Washington State has created. We are following up on that now.

2.  Enterprise-wide data architecture—The EdSMP discovery process is designed to ensure that all information needs are analyzed and considered, at classroom, school, LEA, DC-wide and federal levels. All data elements required for ED*Facts* will be included. The data warehouse will allow for longitudinal analysis of student, teacher, and school achievements, including following individual students' progress over time. Our plan is to link the DCPS student information system, the special education system, early childhood system, adult and family literacy systems, distance learning system, post-secondary systems, the charter schools' various systems and other systems from service organizations that serve D.C. learners. The data model and data dictionary will be created during the discovery and design phases. The access policy, other business rules and quality assurance procedures will be developed during the design phase.

3.  Protecting security, confidentiality and integrity of data—An upfront analysis of user groups and roles during the discovery process will lead us to our security design. We will identify the different roles needed and define access rights to the data according to FERPA working with the American Institutes for Research. Business intelligence software will allow us to set access to information by role, even restricting viewer access by report—one viewer with more access might be able to see all of the data on a report, but another viewer with restricted access would be able to see only a portion

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

of the data. Most reports will consist of aggregated data without identifiable individuals. If individual teachers, for example, want to use a data mart to see information about their students, they will be given access to a more granular level of information, but only for their students.

We will be able to run audit reports to see who is accessing what data. Data warehouse and data mart servers will be protected by the DC government firewall.

We will use SchoolNet or a similar program to provide teachers and administrators with access to the data they need to make daily decisions. We will probably use a more sophisticated business intelligence software for other researchers, such as those at our local universities.

4.   Automated reporting—Using business intelligence software, we will be able to create some reports automatically, including those needed to meet local and federal reporting requirements. We will be able to report all ED*Facts* data groups after three years. Our foundation and consortium partners are advising us on ways to automate this reporting.

5.   Data warehouse—This will be the cornerstone of our architecture, which we plan to make accessible to the SEA, teachers, schools, and researchers through data marts. The education data warehouse will link DC STARS, charter LEAs' SIS systems, OLAMs, the human services data warehouse, nutrition systems, higher education information, adult literacy information, and other databases.

6.   Exchanging student data—We will use the Schools Interoperability Framework Specification to ensure that we can exchange data with institutions in other states. In the first year, we are committed to working with counties in Virginia and Maryland. Exchanging information with those local counties will be extremely valuable, since many students move among these adjacent areas.

7.   Data Marts—Our plans include data marts as a means for providing data, reports and ad hoc analyses for teachers, administrators and District officials. We will probably use SchoolNet for teachers and principals, and other business intelligence software—most likely Business Object's WebIntelligence program. This product is currently used successfully by four DC agencies to access the human services data warehouse.

8.   Evaluation of education-related programs—Our architecture will include tying in systems that track early childhood programs, nutrition services, GEAR UP (to prepare middle school students for college), out-of-school time programs and others. We will provide data warehouse access to the organizations that sponsor these programs and systems, so that they can analyze their programs' performance.

9.   Governance structure—Our steering committee is already formed, has had several meetings, has agreed on the need for a statewide longitudinal data system, and is committed to working together to create it. If the Mayor's school legislation passes, the SEA will assume day-to-day responsibility for the data warehouse, including access and maintenance. The steering committee will continue to meet on a monthly basis to provide feedback and guidance on the system.

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

10. <u>Communication infrastructure</u>—We plan to use BaseCamp (free on the internet) to communicate with and among stakeholders. Additionally, our project managers will devise a communication plan in the first three months of the project.

11. <u>Facilitating analyses</u>—Once our security and confidentiality safeguards are in place, and our data-sharing agreements have been signed, access to the system will be a matter of routine. UDC and the SEA will take the lead on analyzing data at the state level. The SEO has already hired a data analyst for this purpose.

12. <u>Ongoing training</u>—After the grant period, the SEA will provide a trainer for this purpose. Additionally, we will create web-based training modules, according to individual users' role, schedule and pace. This is included in our budget planning.

13. <u>Evaluation procedures</u>—We will hire an independent consultant to serve as an evaluator. The evaluator will work with the project team to identify specific evaluation criteria. The evaluator will be invited to attend all grant-related meetings over the grant-funded period. The evaluator will deliver an annual formative evaluation report on the project as well as a final summative report.

14. <u>Long-term plan</u>—Our 2008 budget request to DC Government includes the necessary staff, money and technical resources to operate the system and provide assistance to users over the next 10 years. Federal funds are needed to jump start the process and ensure that we do not need to create the system on a shoestring budget. We already have a small budget dedicated to this project, but it is not enough to realize the entire vision we have for the project.

15. <u>Our data system will meet the Education Data Exchange Network and NCLB reporting requirements.</u> We will use data element definitions as set forth in the NCES Handbooks Online.

The steering committee has developed a preliminary outline of the questions they would like a data warehouse to answer. Please see Appendix B for the outline.

<u>Technical Design</u>

D.C. has an award-winning enterprise architecture with well-defined standards and methodologies for implementing data warehouses. Our architectural approach assumes the re-use of patterns in areas such as data warehousing. The Project will build upon the best practices as developed by the Human Services Modernization Program (HSMP) and other technology projects for data warehousing, SOA, ETL, etc. Our proposed architecture is attached (Appendix B).

During the discovery process, we will verify our architectural assumptions, including whether this pattern is applicable for education business needs. Some refactoring of this architecture will probably be necessary after the discovery process to align with stakeholder needs.

Our current plan is to create a traditional enterprise data warehouse. Source information will be transferred from the various systems to a data warehouse using a standard ETL process. The ETL system will also perform data validation, accuracy, type conversion and business rule application. Information from the data warehouse will be transferred to data marts, designed to

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

serve different users' needs. We will probably use a star schema to reduce the burden on servers and reduce users' wait time.

To develop our enterprise level data model, we will create a data committee, with members from the same organizations on the steering committee. While the steering committee serves as the body for advice and direction, this committee will be made up of the people who will roll up their sleeves and do the work of making sure we have common metadata terms, a quality assurance policy for data, and all policies and procedures related to data.

## III.    Project Personnel

### Laura Ellen Brown, Ph.D.   Director EdSMP, Office of the Chief Technology Officer (b)(4)

Dr. Brown will represent the Office of the Chief Technology Officer (OCTO) and provide continuous monitoring of project performance. Dr. Brown will develop feedback procedures with the project's stakeholders, arrange for informational sessions as necessary and provide problem analysis and resolution assistance. She will be assigned to the project (b)(4) time.

Dr. Brown currently directs the development of the District EdSMP (Education System Modernization Project), one of seven clusters through which the District is modernizing its information systems to serve multiple agencies and the public. Over the past five years at OCTO, Dr. Brown has managed a $5 million budget, directed procurement, and provided oversight to technology projects and information architecture, and supervised employees and contractors.

Dr. Brown is PMP certified by the Project Management Institute.

### Glenda L. Partee, Ph.D.  Special Assistant for Policy, State Education Office (b)(4)

Dr. Partee will serve as the State point of contact for the DC Longitudinal Data System Grant for the State Education Office and will ensure the continuous engagement and collaboration of the project stakeholders as the data system is developed. Dr. Partee will provide (b)(4) of her time to provide Grant oversight on behalf of the DC Government and ensure timely reports to the Institute of Education Sciences on all aspects of the performance of the Grant.

Dr. Partee currently serves as Special Assistant for Policy in the District's State Education Office, where she has managed the initial stages of the development of the EdSMP (Education System Modernization Project). She manages the D.C. Government's Education Center and D.C. School Search, web-based information sources on education and schools in the District. In the area of data systems development, Dr. Partee convenes stakeholder groups, including the SEO's Data Super Team. Over her extensive professional career, Dr. Partee served as President of the American Youth Policy Forum, Assistant Director of the Council of Chief State School Officers and Director, Special Projects for the National Association for Equal Opportunity in Higher Education.

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

**Bryan J. Kirk, Program Manager, District of Columbia Office of the Chief Technology Officer (** [b)(4] **).**

Mr. Kirk currently serves as a Program Manager within the D.C. Administrative Services Modernization Program (ASMP). He led data cleansing and change control management efforts for the District of Columbia Government's PeopleSoft 8.8 HRMS implementation and worked with development teams across three functional areas (Benefits Administration, Time and Labor, and North American Payroll) to ensure that existing data errors were resolved either programmatically or manually, helped to analyze and identify existing errors that impacted each implementation, and managed change control processes using Merant PVCS Tracker.

Mr. Kirk will lead the requirements team and the data quality effort.

**Dileep S. Rajan, Research & Analysis, State Education Office, (** [b)(4] **)** will provide daily support to the project and manage the contracting and procurement processes as well as convene and manage meetings of stakeholders.

Mr. Rajan serves as SEO liaison to the D.C. Office of the Chief Technology Officer on data management and currently serves as manager of the Multi-year Enrollment Audit database, chairs the Data Super Team and is Program Manager, Public School Enrollment and Residency Verification Audit and is COTR, Nonpublic Special Education Cost Analysis

**Bryan C. Richardson, principle, Urban Policy Development Consulting Services, (** [b)(4] **)** will provide advisory and analysis services to the D.C. Longitudinal Data System project to develop "Stat" accountability processes and performance measurement systems.

Mr. Richardson provides assessment, analysis, and implementation assistance for public sector management reform and culture change, as well as, assisting school systems in the procurement, roll-out, and day to day implementation of assessment data collection systems, data warehouses, and longitudinal data systems to support student achievement.

**Deborah A. Gist, State Education Officer, State Education Office, (** [b)(4] **)** Ms. Gist will further the mission of the DC Longitudinal Data system through proven management, strategic planning, training and development skills. An innovative problem solver, effective motivator and well-organized professional with excellent communication skills and successful experience supervising and working with diverse groups, Ms. Gist will ensure that the appropriate agencies work effectively together to develop the desired data warehouse.

Appointed in 2004 as the State Education Officer responsible for enhancing state-level educational services and opportunities for all District residents through research, effective policy, and programs that ensure the equitable distribution and availability of administrative, financial and nutrition resources. Ms. Gist leads an agency staff of 80 and manages a budget of $100 million of locally approved funds plus additional federal grants and appropriations.

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

## Technical Advisory Team

The development of the DC Longitudinal Data System will require extensive assistance from technical experts. The following are staff of the DC Office of the Chief Technical Officer who will support the development of the DC Longitudinal Data System:

**Robert A. LeGrande, II,** (b)(4) ) Interim Chief Technology Officer, provides executive leadership to refine OCTO's role in supporting the District's agencies and maintaining world class standards, infrastructure, systems, architecture, applications and programs. He maintains relationships with Regional, National and International partners in technology to support and extend the District's agenda of leveraging its position as technology leader for the ultimate benefit of its citizenry. Robert LeGrande, II is a resourceful IT professional with over 20 years of diverse experience in managing people, projects and systems for optimum results. He possesses hands on leadership capabilities in operations and financial management, customer negotiations, program management, program design and implementation, as well as marketing and sales.

**Gregory R. Barlow, Chief Information Officer, District of Columbia Public Schools (DCPS),** (b)(4) ) will serve as the Point of Contact for DCPS on the DC Longitudinal Data System. Mr. Barlow will ensure coordination and integration of DCPS data systems within the new warehouse data system.

Mr. Barlow is responsible for all aspects of the Office of Information Technology for DCPS. This Office has an operating budget averaging over $13 million annually, 55 employees not including 35 vacancies, over 15,000 computers, 165 sites, and 70,000 internal users. Mr. Barlow has extensive achievements in the public sector (K-12 education) and in both international and domestic business in the following areas of expertise: computer information systems, business management, project management, consulting, and accounting. He has demonstrated skills in corporate and team management, strategic planning, infrastructure and computer systems design, network operating systems, WAN connectivity, system security, client/server and web applications, finance, accounting, budgeting, and employee relations to increase results, profits, and productivity.

**Jamey Harvey,** ((b)(4) ) Deputy Director of OCTO, in charge of Citywide Integration and Development. Mr. Harvey manages OCTO's $40 million application budget and 120 contractors and full time employees and is accountable for delivery and oversight of all new application projects for the District government. He created and implemented DC's award winning Service Oriented Architecture (SOA) infrastructure for citywide software applications and web-services and saved the District $30M+ by negotiating and deploying District-wide licenses for EAI, Portal and Business Intelligence platforms. He created, and implemented program to initiate and oversee development, integration, and deployment for applications such as public safety, education, and property services.

**Orlando M. Bullock II,** ((b)(4) ) Business Intelligence project manager for the HSMP Program, Office of the Chief Technology Officer, DC government. Mr. Bullock has Extensive project management experience in full lifecycle software development, project planning, function point analysis, budgeting, project deliverables, and resource utilization and experience in and technical

knowledge of object-oriented software development; enterprise architecture development; data modeling; distributed, embedded, and web services-oriented applications development; systems integration; OLTP and OLAP development; enterprise data warehouse development; enterprise information portals; and enterprise business intelligence reporting.

**Laureen Weeden,** (b)(4) ) Business Intelligence Lead, DC Office of the Chief Technology Officer, Human Services Modernization Program (HSMP). Ms. Weeden has over ten years of experience in the development of data warehousing and in designing, programming and developing solutions for data entry and data analysis and performance measurement projects.

## IV. Resources

The District of Columbia government has already begun to invest in this project. Almost $500,000 was put into the capital budget for FY 2007 and another $1 million for each of FYs 2009 and 2010 for a total of about $2.5 million to support the development of EdSMP. Mayor Fenty has committed his support for the creation of a comprehensive data warehouse, and when the FY 2008 budget is completed this summer, we are confident it will include additional multi-year funding for the project development and sustainability.

In addition, FY 06 Congressional funds for quality improvements in charter LEAs have been used to support the Charter School SIS Capacity Study. We are using private funds to provide technical assistance and support to staff as we think through and research the necessary components of a statewide longitudinal data system. For the last year, the SEO has systematically worked to develop capacity (through staff, equipment and professional development) to propel the development of a longitudinal data system. The project has a dedicated, full-time staff person functioning as a liaison to OCTO and creating critical databases on enrollment trend data statewide. The Director of the SEO's Policy, Research and Analysis department has worked to develop the governance structure for EdSMP and the internal knowledge it will require among her staff. Funds from the federal grant from the Institute for Education Sciences will be used to support the development of the statewide data warehouse and datamarts and will help to leverage other funds. Since the longitudinal data system will be a part of EdSMP, an ongoing initiative of District government, its sustainability will be assured.

## V. Management Plan

The main collaborators for this project are SEA (D.C. Board of Education), OCTO and the SEO (which has been instructed by the District's Council to develop a citywide data system for education). OCTO and SEO are both providing management-level employees to direct and oversee this project. The OCTO Director is PMP-certified by the Project Management Institute; she will provide daily management of resources assigned to the grant. The SEO Director has managed the initial stages of the development of the EdSMP (Education System Modernization Project) and has extensive experience in project management.

Each phase of the project life cycle will be closely monitored by the project Directors as well as by a centralized Project Management Office (PMO) in the Office of the Chief Technology Officer. The team will follow a continuous process improvement policy as they seek root causes to project problems and develop solutions.

District of Columbia Longitudinal Data Systems Proposal

Much of the project will be implemented by contracted technical consultants. Project staff are skilled in the mechanics of coordination of government agencies and the task of forging collaboration for the greater good. Also, the internal technical assistance team members have extensive experience in engineering data warehouses, most with hands-on experience with the District's SMP operations.

Contracted consultants will assist in the extensive programming and design work that will be required. A consultant will be engaged to conduct project evaluation.

During the three-year implementation, the project directors will be responsible for managing project plan changes, updating the schedule, and communicating project information to staff and stakeholders. The project directors will use the project plan in Appendix A to ensure that team members perform the defined tasks.

The stakeholder committee will meet on a monthly basis to provide guidance and feedback to the project team. Additionally, teacher and administrator advisory groups will provide requirements for user reports.

Throughout, we will continue efforts already begun with the Public School Information group, which has a vested interest in public access to better, user-friendly and more timely information on publicly-financed education in the District. We will also continue our work with the DCPS IT department and Public Charter School Board to create a culture of data use and a respect for clean, useful data at the school level for ultimate use by the statewide system. We are working on the development of new businesses practices (school, LEA and state) to achieve this goal. This effort will be ongoing.

Please note that we plan to move forward on our general plan (starting with our discovery process in April), whether or not we get the grant. Without grant funding, we will have to scale back on our efforts, including the School Implementation Plan below.

Implementation Analysis

Given our concentrated urban environment and our unique District/State position, our effort must be (a) external facing to support state-level functions such as compliance, monitoring, training and high-end data reporting; and (b) internal, conscious of the needs and supports required of the LEAs and schools. Our efforts will support this range of interests.

To better understand the LEA perspective, our workgroup conducted a review of urban school systems that have integrated data driven decision making into their day to day work. Based on this research, our team has begun to form an implementation framework to plan how we will operationalize the longitudinal data system once it is implemented.

We learned that enterprise data analysis and reporting tools are not technology projects—they are culture change projects. We saw and heard repeatedly that if we did not plan to put the system to work in a way that was real to the day-to-day realities of everyone in the state, LEA,

PR/Award # R372A070021

District of Columbia Longitudinal Data Systems Proposal

and school, we would be wasting time and money. The following implementation framework details how we plan to strategically manage the system once it is in place.

Our research has shown that NCLB data is most useful in supporting decisions about how resources (such as time, teachers, professional development opportunities, supports and interventions) are allocated. State and LEA level data help executive leadership answer fundamental questions such as:

(1) Which schools are meeting and not meeting AYP?
(2) To what grade levels, schools, programs, or student groups do we need to concentrate resources to address achievement gaps?
(3) In what areas of professional development should the LEA concentrate to correct a system-wide weakness?
(4) How can schools and LEAs assess interim progress toward achievement goals?

We learned that these data must be the central components of yearly performance reviews and planning processes. With these data, the state can engage in a yearly planning process with the LEAs. Takeaways from these planning processes help to inform budgets and resources to support strategies most linked to the strengths and weaknesses shown in the NCLB reports.

We know that longitudinal data sets add value at the school level, at the LEA level and at the state level. At the school level, examination of cohort data and longitudinal achievement data can help principals spot multi-year trends. Principals use these data to quantify the "value added" teachers or programs provide. This can be useful in targeting professional development and evaluating performance. Teachers also use these data for improvements in targeting instruction and planning.

At the LEA level, longitudinal data is critical in helping the executive leadership understand the patterns and consequences of child mobility within the district, for evaluating school level grade formations (e.g. Middle schools vs. K-8), and for tracking the performance of class cohorts as they move through the system.

At the state level, we learned that it is nearly impossible to track the unique identifier of a student as they move from kindergarten through post-secondary education without an enterprise level data system that retains sole authority in designating unique identifiers. This is a particular challenge to the District of Columbia where students have the choice to attend 56 LEAs in a city populated by 551,000 residents. Further, DC students have the option to attend public universities in any state of their choice for in-state rates. Tracking students at the post-secondary level, will require DC to coordinate unique identifiers with every state students may attend.

Our research at the state level also revealed that this statewide system will be required if the SEA is to ever measure and compare the performance of its many charter LEA programs to one another and to the District of Columbia Public Schools. Without this single comparison point of data, the state will never gain an objective understanding of what programs improve student achievement and which do not.

# Project Narrative

## Other Narrative

Attachment 1:
Title: Pages: Uploaded File: **9586-Mandatory_Appendix_A_-_Timeline.pdf**

Attachment 2:
Title: Pages: Uploaded File: **5851-Appendix_B_-_Survey_of_Charter_LEA_SIS.pdf**

Attachment 3:
Title: Pages: Uploaded File: **6080-Appendix_B.pdf**

Attachment 4:
Title: Pages: Uploaded File: **8556-Project_Personnel_Resumes.pdf**

| ID | ❶ | ❶ | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|---|---|
| 1 | | | **Project Management** | **909.13 days** | **Tue 3/6/07** | **Tue 9/7/10** | | |
| 2 | ⟨⟩ | | **Weekly project meeting** | **909.13 days** | **Tue 3/6/07** | **Tue 9/7/10** | | |
| 186 | ⟨⟩ | | **Steering Committee Meeting** | **884.25 days** | **Tue 3/27/07** | **Tue 8/24/10** | | |
| 228 | ▤ | | **Discovery Requisition** | **26 days** | **Tue 3/13/07** | **Tue 4/17/07** | | |
| 229 | | | Send out RFQ | 2 wks | Tue 3/13/07 | Mon 3/26/07 | | |
| 230 | | | Review Proposals | 3 days | Tue 3/27/07 | Thu 3/29/07 | 229 | |
| 231 | | | Inteview Qualified Candidates | 1 wk | Fri 3/30/07 | Thu 4/5/07 | 230 | |
| 232 | | | Program Evaluation | 3 days | Fri 4/6/07 | Tue 4/10/07 | 231 | |
| 233 | | | OCP Evaluation | 1 wk | Wed 4/11/07 | Tue 4/17/07 | 232 | |
| 234 | | | OCP Makes Award | 0 days | Tue 4/17/07 | Tue 4/17/07 | 233 | |
| 235 | ▤ | | Create Project Charter | 4 wks | Mon 3/26/07 | Fri 4/20/07 | | |
| 236 | | | **Discovery Process** | **111 days** | **Wed 4/18/07** | **Fri 9/21/07** | **228** | |
| 237 | | | **Document Business Processes** | **53 days** | **Wed 4/18/07** | **Fri 6/29/07** | | |
| 238 | | | DCPS | 4 wks | Wed 4/18/07 | Tue 5/15/07 | 234 | |
| 239 | | | Charter Schools | 4 wks | Wed 5/2/07 | Tue 5/29/07 | 238FS-2 wks | |
| 240 | | | SEO | 3 days | Fri 5/18/07 | Tue 5/22/07 | 239FS-8 days | |
| 241 | | | SEA | 2 wks | Wed 5/30/07 | Tue 6/12/07 | 239 | |
| 242 | | | HSMP (review) | 3 days | Fri 6/1/07 | Tue 6/5/07 | 241FS-8 days | |
| 243 | | | Other Stakeholders | 4 wks | Mon 6/4/07 | Fri 6/29/07 | 241FS-7 days | |
| 244 | | | **Document Data Information** | **64 days** | **Mon 5/14/07** | **Fri 8/10/07** | **237FS-7 wks** | |
| 245 | | | DCPS | 1 mon | Mon 5/14/07 | Fri 6/8/07 | 234 | |
| 246 | | | Charter Schools | 1 mon | Fri 5/25/07 | Thu 6/21/07 | 245FS-11 day | |
| 247 | | | SEO | 2 wks | Fri 6/15/07 | Thu 6/28/07 | 246FS-1 wk | |
| 248 | | | SEA | 4 wks | Fri 6/22/07 | Fri 7/20/07 | 247FS-1 wk | |
| 249 | | | HSMP (review) | 1 wk | Mon 7/16/07 | Fri 7/20/07 | 248FS-1 wk | |
| 250 | | | Other Stakeholders | 4 wks | Mon 7/16/07 | Fri 8/10/07 | 248FS-1 wk | |
| 251 | | | **Document Applications** | **66 days** | **Fri 6/15/07** | **Tue 9/18/07** | **244FS-8 wks** | |
| 252 | | | DCPS | 1 mon | Fri 6/15/07 | Fri 7/13/07 | 234 | |
| 253 | | | Charter Schools | 1 mon | Fri 6/29/07 | Fri 7/27/07 | 252FS-2 wks | |
| 254 | | | SEO | 3 days | Mon 7/30/07 | Wed 8/1/07 | 253 | |
| 255 | | | SEA | 2 wks | Thu 8/2/07 | Wed 8/15/07 | 254 | |
| 256 | | | HSMP (review) | 3 days | Thu 8/16/07 | Mon 8/20/07 | 255 | |
| 257 | | | Other Stakeholders | 4 wks | Tue 8/21/07 | Tue 9/18/07 | 256 | |
| 258 | | | **Document Technology** | **43 days** | **Tue 7/24/07** | **Fri 9/21/07** | **251FS-2 mor** | |

| ID | ❶ | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|---|
| 259 | | DCPS | 1 mon | Tue 7/24/07 | Mon 8/20/07 | 234 | |
| 260 | | Charter Schools | 1 mon | Tue 8/7/07 | Tue 9/4/07 | 259FS-2 wks | |
| 261 | | SEO | 3 days | Tue 8/21/07 | Thu 8/23/07 | 260FS-2 wks | |
| 262 | | SEA | 1 mon | Fri 8/10/07 | Fri 9/7/07 | 261FS-2 wks | |
| 263 | | HSMP (review) | 3 days | Mon 9/10/07 | Wed 9/12/07 | 262 | |
| 264 | | Other Stakeholders | 1 mon | Fri 8/24/07 | Fri 9/21/07 | 262FS-2 wks | |
| 265 | | Discovery Complete | 0 days | Fri 9/21/07 | Fri 9/21/07 | 264 | |
| 266 | | **Design & Development Requisition** | **20 days** | **Fri 9/21/07** | **Mon 10/22/07** | **236** | |
| 267 | | Send out RFQ | 1 mon | Mon 9/24/07 | Mon 10/22/07 | | |
| 268 | | Review Proposals | 3 days | Mon 9/24/07 | Wed 9/26/07 | | |
| 269 | | Inteview Qualified Candidates | 1 wk | Mon 9/24/07 | Fri 9/28/07 | | |
| 270 | | Program Evaluation | 3 days | Mon 9/24/07 | Wed 9/26/07 | | |
| 271 | | OCP Evaluation | 2 wks | Mon 9/24/07 | Fri 10/5/07 | | |
| 272 | | OCP Makes Award | 0 days | Fri 9/21/07 | Fri 9/21/07 | | |
| 273 | | Gather Requirements | 5 mons | Wed 4/18/07 | Thu 9/6/07 | 234 | |
| 274 | | **Design Phase** | **189 days** | **Mon 8/13/07** | **Thu 5/8/08** | | |
| 275 | | Data Dictionary | 6 mons | Mon 8/13/07 | Fri 2/1/08 | 244 | |
| 276 | | Data Access and Use Policy | 5 mons | Mon 8/13/07 | Fri 1/4/08 | 244 | |
| 277 | | DWH Conceptual Model | 3 mons | Mon 9/24/07 | Wed 12/19/07 | 258 | |
| 278 | | DWH Logical Model | 3 mons | Tue 10/23/07 | Thu 1/17/08 | 277FS-2 mon | |
| 279 | | Datamarts High Level Design | 3 mons | Mon 8/13/07 | Tue 11/6/07 | 244 | |
| 280 | | Datamarts Detailed Specifications | 6 mons | Wed 11/7/07 | Fri 4/25/08 | 279 | |
| 281 | | DWH Physical Model | 5 mons | Thu 12/20/07 | Thu 5/8/08 | 277 | |
| 282 | | Data Loading Plan | 5 mons | Thu 12/20/07 | Thu 5/8/08 | 277 | |
| 283 | | Define Data Cleansing Rules | 3 mons | Thu 12/20/07 | Thu 3/13/08 | 244,277 | |
| 284 | | **H/W S/W Procurement** | **20 days** | **Thu 5/8/08** | **Thu 6/5/08** | **281** | |
| 285 | | Send out RFQ | 1 mon | Fri 5/9/08 | Thu 6/5/08 | | |
| 286 | | Review Proposals | 1 wk | Fri 5/9/08 | Thu 5/15/08 | | |
| 287 | | Program Evaluation | 3 days | Fri 5/9/08 | Tue 5/13/08 | | |
| 288 | | OCP Evaluation | 2 wks | Fri 5/9/08 | Thu 5/22/08 | | |
| 289 | | OCP Makes Award | 0 days | Thu 5/8/08 | Thu 5/8/08 | | |
| 290 | | Data Sharing Agreements | 52 wks | Mon 3/5/07 | Mon 3/10/08 | | |
| 291 | | **Create Security Policies/Procedures** | **115 days** | **Mon 9/24/07** | **Thu 3/6/08** | **265** | |
| 292 | | Establish Security Policies | 8 wks | Mon 9/24/07 | Tue 11/20/07 | | |

PR/Award # R372A070021

| ID | ❶ | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|---|
| 293 | | Create Security Management Procedu | 8 wks | Wed 11/21/07 | Thu 1/17/08 | 292 | |
| 294 | | Create Active Directory Structures | 3 wks | Fri 1/18/08 | Thu 2/7/08 | 293 | |
| 295 | | Load Security Data | 1 wk | Fri 2/8/08 | Thu 2/14/08 | 294 | |
| 296 | | Test Security Procedures | 3 wks | Fri 2/15/08 | Thu 3/6/08 | 295 | |
| 297 | | **Development (phase I)** | **190 days** | **Fri 5/9/08** | **Thu 1/29/09** | **274** | |
| 298 | | Install Hardware | 2 wks | Fri 6/6/08 | Thu 6/19/08 | 284 | |
| 299 | | Install Software | 2 wks | Fri 6/20/08 | Thu 7/3/08 | 284,298 | |
| 300 | | Create Databases and ETL repository | 4 wks | Fri 7/4/08 | Thu 7/31/08 | 299 | |
| 301 | | Create data templates for LEAs to ma | 4 wks | Fri 8/1/08 | Thu 8/28/08 | 300 | |
| 302 | | Configure Data Extraction Tools for e | 8 wks | Fri 8/29/08 | Thu 10/23/08 | 301 | |
| 303 | | Develop Data Staging and ETL Proce | 6 wks | Fri 10/24/08 | Thu 12/4/08 | 302 | |
| 304 | | Develop Reports Based on business re | 4 wks | Fri 12/5/08 | Thu 1/1/09 | 274,303 | |
| 305 | | Implement Statewide Unique Identifie | 3 wks | Fri 5/9/08 | Thu 5/29/08 | 274 | |
| 306 | | User interface for SEA users | 8 wks | Fri 12/5/08 | Thu 1/29/09 | 303 | |
| 307 | | **QA/Testing (phase I)** | **117 days** | **Fri 4/24/09** | **Mon 10/5/09** | **297FS+12 w|** | |
| 308 | | Move to QA Environment | 3 days | Fri 4/24/09 | Tue 4/28/09 | | |
| 309 | | System Testing | 4 days | Wed 4/29/09 | Mon 5/4/09 | 308 | |
| 310 | | Perform Data Quality Assurance with | 12 wks | Tue 5/5/09 | Mon 7/27/09 | 309 | |
| 311 | | Preliminary review of data extract for | 3 wks | Tue 7/28/09 | Mon 8/17/09 | 310 | |
| 312 | | Refine Extract based on findings | 3 wks | Tue 8/18/09 | Mon 9/7/09 | 311 | |
| 313 | | Once correct, load data extract into da | 2 wks | Tue 9/8/09 | Mon 9/21/09 | 312 | |
| 314 | | Review and fix data error warnings | 2 wks | Tue 9/22/09 | Mon 10/5/09 | 313 | |
| 315 | | Execute ETL Process Multiple Times | 4 wks | Tue 5/5/09 | Mon 6/1/09 | 309 | |
| 316 | | **Implementation (phase I)** | **114 days** | **Mon 5/4/09** | **Fri 10/9/09** | **309** | |
| 317 | | Move to Production Environment | 4 days | Tue 10/6/09 | Fri 10/9/09 | 307 | |
| 318 | | Go live | 0 days | Mon 5/4/09 | Mon 5/4/09 | | |
| 319 | | **Training** | **4 days** | **Mon 3/5/07** | **Thu 3/8/07** | | |
| 320 | | Vendor trains IT Staff on ETL | 4 days | Mon 3/5/07 | Thu 3/8/07 | | |
| 321 | | User acceptance testing | 4 days | Fri 3/9/07 | Wed 3/14/07 | 320 | |
| 322 | | **Development (phase II)** | **230 days** | **Tue 5/5/09** | **Mon 3/22/10** | **318** | |
| 323 | | Special Ed (Encore ) | 4 wks | Tue 5/5/09 | Mon 6/1/09 | | |
| 324 | | Charter attendance (OLAMs ) | 4 wks | Tue 6/2/09 | Mon 6/29/09 | 323 | |
| 325 | | Free & Reduced Meals (FARMS, Wi | 3 wks | Tue 6/30/09 | Mon 7/20/09 | 324 | |
| 326 | | Early Care & Education Administratic | 2 wks | Tue 7/21/09 | Mon 8/3/09 | 325 | |

PR/Award # R372A070021

| ID | ❶ | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|----|---|-----------|----------|-------|--------|--------------|----------------|
| 327 | | Food Programs Reporting System (FF | 1 wk | Tue 8/4/09 | Mon 8/10/09 | 326 | |
| 328 | | Nutrition Services (DCAP) | 1 wk | Tue 8/11/09 | Mon 8/17/09 | 327 | |
| 329 | | Assessment (SchoolNet & others) | 4 wks | Tue 8/18/09 | Mon 9/14/09 | 328 | |
| 330 | | Thinklink | 3 wks | Tue 9/15/09 | Mon 10/5/09 | 329 | |
| 331 | | Adult Education (LACES) | 2 wks | Tue 10/6/09 | Mon 10/19/09 | 330 | |
| 332 | | University of the District of Columbia | 4 wks | Tue 10/20/09 | Mon 11/16/09 | 331 | |
| 333 | | Facilities (Millenium) | 2 wks | Tue 11/17/09 | Mon 11/30/09 | 332 | |
| 334 | | Higher Education (OneApp) | 2 wks | Tue 12/1/09 | Mon 12/14/09 | 333 | |
| 335 | | Commodity Ordering (ECOS) | 2 wks | Tue 12/15/09 | Mon 12/28/09 | 334 | |
| 336 | | Integrate HSMP DWH | 12 wks | Tue 12/29/09 | Mon 3/22/10 | 335 | |
| 337 | | User interface for administrators, teac | 3 wks | Tue 3/2/10 | Mon 3/22/10 | 336FS-3 wks. | |
| 338 | | Create Promotional Materials | 7 wks | Tue 12/1/09 | Mon 1/18/10 | 307FS+8 wks | |
| 339 | | **QA/Testing (phase II)** | **41 days** | **Tue 3/23/10** | **Tue 5/18/10** | **322** | |
| 340 | | Move to QA Environment | 1 wk | Tue 3/23/10 | Mon 3/29/10 | | |
| 341 | | System Testing | 1 wk | Tue 3/30/10 | Mon 4/5/10 | 340 | |
| 342 | | Perform Data Quality Assurance | 3 days | Tue 4/6/10 | Thu 4/8/10 | 341 | |
| 343 | | Preliminary review of data extract for | 3 days | Fri 4/9/10 | Tue 4/13/10 | 342 | |
| 344 | | Refine Extract based on findings | 1 wk | Wed 4/14/10 | Tue 4/20/10 | 343 | |
| 345 | | Once correct, load data extract into da | 1 wk | Wed 4/21/10 | Tue 4/27/10 | 344 | |
| 346 | | Review and fix data error warnings | 1 wk | Wed 4/28/10 | Tue 5/4/10 | 345 | |
| 347 | | Execute ETL Process Multiple Times | 2 wks | Wed 5/5/10 | Tue 5/18/10 | 346 | |
| 348 | | **Implementation (phase II)** | **20 days** | **Tue 5/18/10** | **Tue 6/15/10** | **339** | |
| 349 | | Move to Production Environment | 4 days | Wed 5/19/10 | Mon 5/24/10 | | |
| 350 | | Go live | 0 days | Tue 5/18/10 | Tue 5/18/10 | | |
| 351 | | User acceptance testing | 4 wks | Wed 5/19/10 | Tue 6/15/10 | | |
| 352 | | **Training** | **195 days** | **Tue 10/6/09** | **Mon 7/5/10** | **291** | |
| 353 | | Develop End User Training Strategy a | 9 mons | Tue 10/6/09 | Mon 6/14/10 | 307 | |
| 354 | | Train Power Users | 2 wks | Tue 5/25/10 | Mon 6/7/10 | 353FS-4 wks. | |
| 355 | | Train the Trainers | 4 wks | Tue 6/8/10 | Mon 7/5/10 | 354 | |
| 356 | | Rollout | 0 days | Mon 7/5/10 | Mon 7/5/10 | 352 | |
| 357 | | Project Closeout | 1 mon | Tue 7/6/10 | Mon 8/2/10 | 356 | |

PR/Award # R372A070021

Appendix B

**Data Warehouse Questions from Steering Committee**

This document reflects the EdSMP steering committee's initial thinking regarding the kinds of questions we hope to answer through the early functionality of a longitudinal student data system. This list is not exhaustive, but it provides a sense of what value we believe we will get from a robust data system.

Responses to all of these questions should allow for disaggregation by gender, race/ethnicity, special needs, ELL status, grade, school, LEA, performance level, status as ward of the District, zip code.

I. Student Performance and Trends

    A. CAS scores by
        1. school
        2. grade/class/teacher
        3. sector (DCPS/Charters/private scholarship)
        4. courses taken

    B. SAT/ACT/AP/IB scores by (the above)

II. Attendance

    A. Attendance rates (daily, monthly, yearly)
    B. Truancy rates
    C. Expulsion rates

III. Discipline

    A. Suspensions by school and level of offence
    B. Suspension results (e.g., to YSA; Choice/Alternative school)

IV. Graduation and School Leavers

    A. What students are exiting our systems and why?
        1. Drop-out
        2. Transfer
        3. Graduation

V. Student Enrollment

    A. How many students each year:
        1. Enter the system(s)
        2. Move to the next grade level
        3. Drop out
        4. Graduate
        5. Are suspended/expelled

Appendix B

    B. What are the enrollment trends?
1. How has the number of special education students changed? (see C below)
2. How has the number of males/females changed?
3. Are there different levels of participation by grade/level, outcomes and group (e.g., race, gender, special needs, etc.)?
4. What are the trends for different schools and systems?
5. What has been the impact of charters on school enrollment; Private scholarships on school enrollment?

    C. Special Education
1. Demographics
2. Placement (school; private placements)
3. Level of service
4. Type of disability
5. Costs for services
6. Medicaid
7. IEP (current; date of; content of)
8. Transportation

    D. Student Record History
1. Courses
2. Grades
3. School
4. Term/grade/teacher

## VI.  Student Mobility

A. What is the mobility of students?  What are the trends by category?
1. Intra-district systems
2. Inter-district systems
3. Inter-state – out and incoming

## VII.  School Information

A. School Type (DCPS, PCSB, BOE-PCS, etc.)
B. AYP
C. Number of teachers and staff
D. Budget/school finances
E. Enrollment
F. Federal and Private Funding
G. Measures of school effectiveness
H. Facilities Information
I. School comparisons
J. User evaluations
K. Culture/safety

Appendix B

VIII. <u>Teacher Information</u>
    A.      Certification
    B.      Years of service (at school/system/general)
    C.      Linked to student data
    D.      Retention
    E.      Mobility

IX. <u>What are the characteristics of students in alternative education settings?</u>
    A.  Completion rates
    B.  Grades
    C.  CAS Performance
    D.  College/work access
    E.  Effectiveness (measures of)
    F.  Involvement with juvenile justice and other youth serving systems

X. <u>College Access</u>
    A.  High School Graduates who go on to college, work and military
    B.  College preparation and career preparation (AP/IB classes and enrollment; career major)
    C.  College going rates
    D.  Which PSE attended
    E.  Retention in PSE
    F.  Years to PSE graduation

XI. <u>Adult Education/Literacy</u>
    A.    school/program
    B.    grade/class/teacher
    C.    courses taken
    D.    certification/GED achieved

Appendix B

## EDSMP Architecture



# U.S. Department of Education

### Washington, D.C. 20202-5335



# APPLICATION FOR GRANTS
# UNDER THE

**Statewide, Longitudinal Data Systems**

**CFDA # 84.372A**

**PR/Award # R372A120032**

**Gramts.gov Tracking#: GRANT11026493**

OMB No. , Expiration Date:

Closing Date: Dec 15, 2011

EXHIBIT
2

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. Assurances Non-Construction Programs (SF 424B)* | e6 |
| *3. Disclosure Of Lobbying Activities (SF-LLL)* | e8 |
| *4. Grants.gov Lobbying Form* | e9 |
| *5. Dept of Education Supplemental Information for SF-424* | e10 |
| *6. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1235-OSSESLDSAbstractFinal)* | e12 |
| *7. Project Narrative Form* | e13 |
| *Attachment - 1 (1240-SLDS Project Narrative Final 121511)* | e14 |
| *8. Other Narrative Form* | e53 |
| *Attachment - 1 (1236-Appendix A SLDS Final 121511)* | e54 |
| *Attachment - 2 (1237-Appendix B Letters of Support )* | e64 |
| *Attachment - 3 (1238-Appendix C- Resumes)* | e96 |
| *Attachment - 4 (1239-Appendix D Acronym List 121511 Sheet1)* | e145 |
| *9. Budget Narrative Form* | e147 |
| *Attachment - 1 (1234-OSSE SLDS Budget Narrative)* | e148 |
| *10. Form ED_524_Budget_1_2-V1.2.pdf* | e163 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

**District of Columbia**
**Office of the State Superintendent of Education (OSSE)**
**Statewide Longitudinal Data Systems (SLDS)**
**P-20W SLED Postsecondary and Workforce**
**Project Narrative**

## I.      Need For The Project:

The District of Columbia Public School's graduation rate has historically been below the national average. More disturbing is the fact that 96 percent of high school graduates from the District of Columbia Public Schools (DCPS) and District of Columbia Public Charter Schools (DCPCS) are currently in at least one non-credit developmental course (Reading, Writing, or Math). Research from the Lumina Foundation funded Achieving the Dream project has found that urban community colleges only graduate 46 percent of high school graduates who do not require any developmental education course within eight years of enrollment. Further, of those who need at least one developmental course, this number falls to a graduation rate of 28 percent within eight years of enrollment. Finally, data on entrance into the workforce is based mostly on low samples of self-reporting.

Understanding the data characteristics of postsecondary and workforce students using analytics backed up by hard data can support better decisions as to what practices lead to more positive student outcomes. Such a comprehensive and secure data system which ensures the integrity of the underlying data is a critical need in the District of Columbia. Such a data warehouse with associated analytics is critical to supporting a continuous improvement decision making process on policy from the instructor level to the legislative level.

Across this array of legacy systems and those in development, there are silos of information and distinct reporting structures that do not interface nor provide an accurate picture of the overall status of young people in our publicly-supported institutions of higher learning and community based organizations over time. As a result, a critical need in what might appear to be a data-rich environment, the District of Columbia faces an information-poor reality. Amidst this array of data systems, the District of Columbia continues to lack a comprehensive data system that follows a student through postsecondary education into and through the workforce.

The Office of the State Superintendent of Education (OSSE), which is the District of Columbia's State Education Agency (SEA), has been in the process of implementing a pre-kindergarten – 12th grade (P-12) Statewide Longitudinal Education Data (SLED) system over the past three years. This is a systemic attempt to address these critical data and data analytic issues facing the P-12 District of Columbia educational system. *The P-12 SLED system is proposed to become the pre-kindergarten through postsecondary and workforce (P-20W) SLED system.* The P-20W SLED system will be the main repository of current and historical education data relating to students and educators in publicly funded schools in the District of Columbia. The SLED solution, which has already captured student data back to 2000, is intended to enable the sharing of critical information spanning a student's lifelong public education experience in District of

Columbia, from Pre-Kindergarten through Grade 12, post-secondary education, adult education and culminating in employment.

The primary objectives of the P-20W SLED system will be to enable improved tracking of student mobility and growth over a student's entire lifespan in the District of Columbia public education institutions and agencies (e.g. LEAs, colleges, universities, workforce training CBOs, early childhood CBOs, college access CBOs), and to provide the data needed for better planning, trend analysis, performance projections, program evaluation, and stakeholder empowerment.

Under this proposal postsecondary and workforce data systems would be integrated with the current P-12 SLED system. This integration of data systems will address the State's currently unmet need to link key postsecondary education and workforce outcome data points to support a systemic Pre-Kindergarten–grade 20 and the workplace transition (P-20W). This integration will also promote a continuous improvement process with analytics to be managed by OSSE along with its key postsecondary and workforce stakeholder institutions through the to be developed data governance process. This proposal would include important external evaluation support from the American Institute for Research (AIR) to identify and address the six questions posed in this proposal and identify new questions to be asked. This will give OSSE and its key institutional stakeholders a focus on sound data analytics to best use the data to address how to improve student outcome.  This system linking the P-12 SLED system and the postsecondary and workforce legacy databases will create a much needed comprehensive P-20W data system.

As a lead up to this SLDS application OSSE set up a series of focus groups with postsecondary institutions, workforce providers, community based organizations and consumer interests to understand what critical questions they want answered if a P-20W integrated data system with associated analytics were created. OSSE also consulted with the proposed external evaluator American Institute for Research (AIR) for their perspective on the important questions to be answered by this SLDS application. This diverse advisory group proposed the following six critical questions identified to address the need to make continuous improvement decisions P-20W to help improve student outcomes using hard data and data analytics:

1. What length of time does it take for graduation and completion by program?
2. What percentage of high school graduates end up in developmental classes?
3. What is the transfer rate out of postsecondary to other postsecondary institutions?
4. What is the transition rate of students who leave postsecondary for the workforce?
5. What is the persistence rate for postsecondary and workforce students?
6. What are the postsecondary and workforce training program graduation and completion rates?

The OSSE along with the external evaluator (AIR) will work closely with the OSSE, postsecondary and workforce advisory to identify the next steps in identifying additional critical questions needed to be answered by this proposal by conducting a second stakeholder needs assessment. OSSE will engage stakeholders to do three things:

1. Uncover additional needs for information that the system will then be designed to address;
2. Refine the data solutions by interviewing early users to uncover strengths and weaknesses and unintended consequences in the system as it is rolled out;
3. Work with users to identify next steps in creating a maximally useful and useable system.

While the current P-12 SLED system implemented to date is a great start, it is clear to all key institutional stakeholders that the District of Columbia will not be able to get the answers to the questions above unless it can also link up data from postsecondary and the workforce providers as well as student employment following postsecondary. In order to make this integrated system work, the OSSE, postsecondary and workforce focus group helped outline nine goals based on the needs outlined above to address to get the necessary data and data analytics to answer the required six questions identified above and any additional questions identified in the future. The nine goals identified by the focus group are as follows:

*The first goal of the proposal* based on the OSSE, postsecondary and workforce advisory input will be to address the need for answers to connect with common student identifiers the current P-12 SLED system to the diverse postsecondary and workforce student data systems to create a P-20W integrated system to catalogue the data needed to answer the above six questions and any other questions which surface during the three year implementation of this proposal. This goal will entail the need to build out the District of Columbia SLED system from a P–12 data system to a P-20W data system. This goal needs to include but not be limited to the following America Competes Act (See Appendix A, Figure 1) postsecondary and workforce adult education data elements:

1. Unique student identifier P-20W;
2. Student level enrollment, demographic and program participation information;
3. Student level exit, transfer, dropout, or continuation to postsecondary institution information;
4. Ability to communicate with postsecondary data systems;
5. State data audit system assessing data quality, validity, and reliability;
6. Yearly individual student test records;
7. Information on students not tested by grade and by subject;
8. Teacher identifier with ability to match teachers to students;
9. Student level transcript information to include courses completed and grades earned;
10. Student level college readiness test scores;
11. Data on student transitions to secondary to postsecondary including information on remedial coursework; and
12. Additional data necessary to address preparation/alignment for student success in postsecondary education.

*The second goal of the proposal* based on the OSSE, postsecondary and workforce advisory input will be to address the need for early warning indicators to identify students at risk of failure

PR/Award # R372A120032
Page e16

at any point along the P-20W spectrum.  Key institutional stakeholders have expressed the need for a full set of data indicators on academic persistence and performance will be gathered from the linked P-20W SLED. An additional need is for a research effort that will analyze the connections between events, student characteristics, and academic performance (e.g. truancy, mobility, course completion).

This will be done by emphasizing early warning indicators in a priority research focus utilizing P-20W SLED data and collaborating with research institutions to ensure analysis of risk factors identified by the District of Columbia's P-20W data. Several models of early warning indicators will be produced for testing under this proposal. The refined models need to be made available to all stakeholders through the P-20W SLED dashboards and reports.

The OSSE (SEA) needs to engage stakeholders in the process of the early warning indicator development, which will:

1.      Inform policymakers on the results of these efforts;
2.      Collaborate with stakeholders and pilot schools to develop training materials; and
3.      Ensure a support system is available for educators with assistance on how to utilize the early warning indicators.

This will help ensure sustainability in the utilization of the early warning indicators long after the grant is completed and therefore raise student outcomes in perpetuity.

*The third goal* based on the OSSE, postsecondary and workforce advisory input will be the need to develop a system and process to ensure the integrity of the data. A system of data review will be developed and implemented by the Project Director, OSSE's Director of Data Management and the planned data governance team. Once this system is in place each significant key stakeholder postsecondary and workforce institution, will receive daily data error reports (i.e. missing demographic or other America COMPETES Act data elements).

This goal is critical to the execution of this grant proposal. Only complete high quality data will ensure accurate and substantive analytics as the project looks to see which educational practices are working and which are not. Based on this data the six basic analytic questions being asked above and whatever new questions that are identified by the external evaluator (AIR), key stakeholder institutions and policy makers can address.

*The fourth goal* based on the OSSE, postsecondary and workforce advisory input will be to address the need to use analytics with hard student outcome data from P-12, postsecondary and workforce to support continuous improvement to improve student outcomes.  Consistent with the America Competes Act (Appendix A Figure 1), funds from this SLDS proposal will be used to fund the analysis of data drawn from public schools, public charter schools and their respective P-12 teachers from postsecondary and workforce data sent through governance protocols (See Appendix A Figure 6 -10 Governance Logic Models). The SLED system needs to yield important information effective at achieving changes in institutional and legislative policy regarding the following key institutional stakeholder identified issues:

1. High School graduation rates;
2. Rates of enrollment into a two year, four year and adult career and technical education or literacy workforce postsecondary programs;
3. Rates of postsecondary education persistence and graduation;
4. Rates of placement of students following high school graduation into non-credit and credit bearing developmental courses at the postsecondary level;
5. Rates of high school students enrolling in college who achieve minimum cut scores on Accuplacer exams in writing, reading and math;
6. Graduation rates by multiple demographic categories including race, ethnicity, and gender;
7. Rates of students participating in non-traditional Career and Technical Education (CTE) opportunities;
8. Rates of student participation in the workforce following separation from education;
9. Rates of pay for students entering and continuing in the workforce; and
10. Correlation of CTE training area and employment title.

By developing a comprehensive P-20W SLED system it will be clear to decision-makers as to which community based organizations, schools, teachers, postsecondary and workforce readiness programs are effective and which are less effective. The P-20W SLED data, dashboards and reports will be used by OSSE, District of Columbia Public Schools, District of Columbia public charter schools, District of Columbia Public Charter School Board, postsecondary partners and workforce training partners. This will support educational decision-making at multiple levels of the educational spectrum in the District of Columbia. This SLDS proposal would make this data available to all District of Columbia educational and workforce training agencies.

*The fifth goal* of this proposal based on the OSSE, postsecondary and workforce advisory input will be to address the need to use SLDS funding to support OSSE and the key postsecondary and workforce stakeholder institutions to partner and address the critical need to create P-12 feedback reports based on federal requirements and key stakeholder requests from the District wide P-20W OSSE State Longitudinal Education Database Warehouse. These feedback reports to the District of Columbia Public Schools and Public Charter Schools which will inform secondary institutions on the success of their former students in postsecondary education and workforce, are needed to promote a continuous improvement process that identifies best practices to better prepare current and future students for long term success.

The fifth goal will also include the development and implementation of the proposed P-20W data as well as re-assigning an SLDS funded Project Director. This position will be important in coordinating the process and governance as part of the creation of a systemic feedback that will support answering the six core questions developed by the OSSE led focus groups as well as new questions that arise as a result of new issues as identified by the American Institute for Research (AIR) the grant funded external evaluator.

*The sixth goal* of this proposal based on the OSSE, postsecondary and workforce advisory input will be the need to develop a process to support continuous improvement of P-20W educational systems. This will include the need to provide consumer information feedback on past and

current performance of postsecondary institutions to assist current and future students and their parents in making informed choices about enrolling in postsecondary institutions.

All of this information needs to be made available through the OSSE website. The website needs to generate a set of potential paths to the future providing information such as likely colleges, majors, expenditures, probability of success, likely workforce placement and rewards, through our DC OneApp system. Another data display is also envisioned that will profile successive waves of high school graduates and early leavers in terms of their success in college, workforce, military, pay rates.

*The seventh goal* of this proposal based on the OSSE, postsecondary and workforce advisory input will be the need for the P-20W SLED system to provide postsecondary and workforce outcomes based feedback reports which will help address the OSSE, postsecondary and workforce focus group identification of the need for:

1.   System transfer and completion reports on students who leave their institutions before graduating to transfer to another institution or enter the workforce;
2.   Postsecondary feedback reports on students who transfer and the performance of transfer students in their new institutions;
3.   Job placement reports to provide information on graduates entry into the workforce as well as on related and unrelated fields in which graduates are employed and their earnings;
4.   Provide useful information to High Schools and Local Education Agencies (LEA) to inform curriculum aligned with postsecondary entrance requirements;
5.   Provide reports to high schools and LEAs regarding student progress in postsecondary;
6.   Inform the State Board of Education as they increase graduation requirements and curriculum standards; and
7.   Inform and shape our P-20W SLED governance, policy and implementation.

The high school postsecondary and career readiness feedback reports need to be available to all key institutional stakeholders invested in increasing student achievement to prepare students for college and career success.

*The eighth goal* based on the OSSE, postsecondary and workforce advisory input will be to address the need to focus on the protection of the privacy and confidentiality of individual student and teacher information consistent with the requirements of the Family Education Rights and Privacy Act (FERPA) and other privacy rules.  OSSE has the authority to collect postsecondary data through a signed release form from every student and parent. The District of Columbia OSSE, postsecondary, workforce partnership proposal will utilize a unique student identifier that will be generated by OSSE. Data, reports and associated analytics which are shared will adhere to the governance and management of data outlined in this proposal consistent with FERPA.

*The ninth goal* based on the OSSE, postsecondary and workforce advisory input will be to address the need to develop an OSSE, postsecondary and workforce partnership SLED

governance structure that clearly articulates what data will be accessible to whom and for what purpose. This governance structure will also define the process for sharing data and determining analytic needs of key stakeholder institutions (See Governance Structure Logic Model Figure 6 - 10 in Appendix A). By making clear to all stakeholders what data will be accessible to each respective stakeholder there will be no confusion as to process and requirements in the development of this P-20W system. Through this proposal there will be no confusion in the District as to how the data can and will be used to address the need for data accessibility.

By addressing the above nine goals based on the identified key institutional stakeholder needs for data and data analytics will be addressed through nine deliverables and tasks to support each deliverable. Implementing this vision for data with integrity, security, and consensus analytics will allow for answers to the six critical need questions generated by the key stakeholder institutions. The system as designed will also allow for the flexibility to address other student and institution performance questions that are identified by the external evaluator or the key stakeholders as part of this three year effort. With this process in place the postsecondary and workforce linkage to the P-12 educational system student data will benefit from this expansion of the District of Columbia SLED system implementation to allow for better assessment of the strategies that lead to positive student outcomes.

## II.     Project Deliverables Related to System Requirements and Implementation:

As stated in the "Need for the Project" section above the proposed District of Columbia SLDS application will answer these six critical questions stated earlier:

1. What length of time does it take for graduation and completion by program?
2. What percentage of high school graduates end up in developmental classes?
3. What is the transfer rate out of postsecondary to other postsecondary institutions?
4. What is the transition rate of students who leave postsecondary for the workforce?
5. What is the persistence rate for postsecondary and workforce students?
6. What are the postsecondary and workforce training program graduation and completion rates?

The OSSE, postsecondary and workforce system partnership have developed nine deliverables to address the nine goals. These deliverables are designed with action items (tasks) and connects to specific budget items to meet end-user and key stakeholder needs such as reporting and analytic tools.  Deliverables are proposed to include, but not be limited to, the following:

**Deliverable 1:**          **The need to integrate the current P-12 SLED system to the postsecondary and workforce legacy student database systems to create a P-20W SLED**

*The first deliverable* proposes to use SLDS grant funds to complete tasks designed to link the existing P-12 SLED system to the postsecondary and workforce legacy databases creating a P-20W SLED system. This will create a seamless system anchored on common unique student and

teacher identifiers (See Appendix A Figure 3 Enterprise Wide Architecture Logic-Model). Periodic reports based on data from Banner and Workforce AspirePath, OSSE Literacy Adult Community Education System (LACES), unemployment insurance data from Department of Employment Services and Francis-Jacob Institute, and Postsecondary online financial aid data system (DC OneApp) will be developed.

The system will use the Integrated Postsecondary Education Data System (IPEDS) which utilizes a collection of postsecondary-related terms.  This interoperability will allow for seamless dissemination of IPEDS data with the proposed P-20W SLED system and vice versa.

The OSSE postsecondary workforce proposal will seamlessly link all P-12 legacy systems and postsecondary systems to the proposed P-20W SLED system.  Under the existing SLDS grant OSSE currently has included data from DC STARS (DC Public Schools Student Information Management System), EasyIEP (OSSEs source system for special education data), and ProActive (DC Public Charter School Board student information system for all DC charter schools) solutions and DC OneApp to get enrollment, demographics, and special education information on all publicly funded P-12 students. The following is a summary of existing secondary, postsecondary and workforce legacy systems and data initiatives in place across the District of Columbia that will seamlessly link to the new proposed P-20W SLED system with its built in reporting and analytics capabilities:

1.  DC STARS student information system for District of Columbia Public Schools contains demographic and personal information on  students with course enrollment, and attendance data;

2.  EasyIEP the system of record for all publicly funded P-12 special education records in the District;

3.  Proactive is the student information system for the Public Charter Schools, to report attendance and enrollment;

4.  DC OneApp is an online postsecondary grant aid data system that manages student mobility and disperses funding support District students entering postsecondary education;

5.  The State Office of Career and Technical Education (CTE)  working in partnership with the postsecondary CTE administrator at the University of the District of Columbia Community College and the Francis Jacob Institute in Baltimore, Maryland has implemented and executed an MOU that allows for a Secure Form Transfer Protocol (sFTP) to access Unemployment Insurance Wage Data and FEDES Wage Data  electronic follow-up system consistent with FERPA regulations, much like those of Florida and Texas. This workforce tracking system covers five states (Virginia, Maryland, Delaware, West Virginia, Pennsylvania and the  District of Columbia and allows for tracking the movement of District of Columbia students into and through postsecondary and workforce education and  into the labor market;

6.  AspirePath is the student database used to collect and report on adult literacy students at the University of the District of Columbia Community College. AspirePath features include the production of all special reports required by the federal government and a tie in to the data from the Unemployment Insurance Wage and FEDES Wage data; and

6. The Banner student database used by the University of the District of Columbia, the University of the District of Columbia Community College and many of the Institutions of Higher Education .

The OSSE District of Columbia P-20W SLDS data system will ensure the integrity, security, and quality of data.  The planning and training of stakeholders in procedures for monitoring the accuracy of the information will be developed in partnership with the University of the District of Columbia (UDC), the University of the District of Columbia Community College (UDCCC) and the Workforce Development Program Division (UDCCCWDP).  Other partners will include community based workforce organizations, Department of employment services, other District of Columbia agencies, and other entities that contribute data to the system.

The tasks necessary to implement this first deliverable will be as follows:

1. Project kickoff with stakeholders about the SLED system;
2. Requirements gathering on all data elements which will be entered from each respective institutional database into SLED. Maintain quality standards for each data element transmitted to SLED;
3. Organization change management, communication, training, professional development plan implementation meetings to be scheduled;
4. Policy development of procedures and protocols on sending data from key institutional stakeholders to the SLED daily;
5. Integration Memorandum of Understanding (MOU) with all participating postsecondary and workforce proposed P-20W SLED key stakeholders;
6. Develop the P-20W SLED system with enterprise wide architecture (See Appendix A Figure 4 & 5) integrating the existing P-12 SLED with system interoperability;
7. Testing  the P-20W SLED system for enterprise wide application and interoperability;
8. User acceptance testing to observe key stakeholder interoperability, data integrity and quality to insure that every institution has all relevant data fields complete in the proposed P-20W SLED;
9. Production implementation of the proposed P-20W SLED system to be coordinated by the OSSE Project Manager; and
10. Train all key stakeholders on the use of the proposed P-20W SLED system data tools and products.

The America COMPETES Act required common data elements are listed in Appendix A Figure 1 and were developed through extensive focus groups of key stakeholder institutions by OSSE. This development of agreed upon data standards allow for the interoperability and comparability of data among key stakeholder institutions consistent with the Common Education Data Standards, which were referenced in developing the PROPOSED P-20W SLED system data elements and standards. The postsecondary and workforce data collected will be linked to the existing OSSE P-12 SLED system with a mechanism established for ongoing data exchange.

PR/Award # R372A120032

Page e22

The Common Data Set (CDS) represents a collaborative effort among higher education institutions and publishers of higher education material such as The College Board, Peterson's, U.S. News, and Wintergreen/Orchard House. The goal of this effort is to establish a standard set of well-defined questions to facilitate the gathering of comparable information across different colleges and universities. Collection of program information about institutions of higher education will use the common data set standard as appropriate.

The OSSE postsecondary and workforce partnership proposes to use a rich array of methods to tap their use reactions. This may include brief popup surveys nested within the proposed P-20W SLED system web page email follow-ups, virtual focus groups at off-peak times, etc. The OSSE, postsecondary and workforce partnership believe it would be useful to have something to compare District of Columbia's findings to.

**Deliverable 2:**        **Development of a student Early Warning Indicator System**

*The second deliverable* proposes to use SLDS grant funds to complete tasks, to implement an Early Warning Indicator System to support better student outcomes:

Early warning indicators will be developed to identify students at risk of failure at any point along the P-20W spectrum.  The development will be accomplished by focusing on the following tasks:

1. Procure resources necessary to implement the Early Warning Indicator system;
2. Project kickoff for stakeholders on introducing them to the Early Warning Indicator system;
3. Requirements gathering on all data elements from respective institutional database necessary to implement the SLED Early Warning System;
4. Organization Change Management/Communication/Training/Prof. Development Plan for the implementation of the Early Warning System Indicator system;
5. Policy development of procedures and protocols on using the SLED Early Warning Indicator system;
6. Develop the P-20W SLED Early Warning Indicator system consistent with the enterprise wide architecture (See Appendix A Figure 4 & 5);
7. Testing  the P-20W SLED Early Warning Indicator system for enterprise wide application and interoperability;
8. User acceptance testing to observe key stakeholder interoperability, data integrity and quality to insure that every institution can use the Early Warning Indicator system;
9. Production implementation of the proposed P-20W SLED Early Warning Indicator system to be coordinated by the OSSE Project Manager; and
10. Train all key stakeholders on the use of the proposed P-20W SLED Early Warning Indicator system data tools and products.

As a result, the OSSE, postsecondary and workforce key stakeholder partnership will be able to provide policymakers, administrators, teachers, parents, community based organizations, or advocates with critical information about the value-added contribution to student achievement of

specific teachers, schools or programs. The OSSE,  postsecondary and workforce key stakeholder partnership plans to implement policies designed to target interventions and resources specific to supporting student learning and service delivery. The impact on student achievement will be incalculable.

There is great capacity and potential with the convening of the P-20W key stakeholders led by the SEA to develop a well-designed, comprehensive P-20W statewide longitudinal data system that can follow individual students' performance over time, transmit student information both within the District and between states (using the National Student Clearinghouse and UI Wage and FEDES Wage Data MOU's in place). This process will provide educators and education researchers with the data needed to improve outcomes for students. By using a data warehouse to standardize, cleanse and extract the needed information to a central repository for reporting and analysis, existing legacy systems will be integrated, or in some cases, eliminated under this proposal. With the Office of the Chief Technology Officer's (OCTO) technical capacity, the national environment highlighting the importance of statewide longitudinal data systems, the transformative changes underway within District Government, and the manageable size, but high profile of the District of Columbia's public and public charter school system, we have a significant opportunity to streamline the management and planning of public education in the District and to improve outcomes through the use of excellent information. Research supports these assertions and our ability to implement and sustain a statewide longitudinal data system.

**Deliverable 3:          Develop a quality P-20W error reporting system to ensure data integrity**

*The third deliverable* will be to expand the P-12 SLED data quality error reporting for the P-20W SLED to ensure data integrity (See Appendix A Figure 3 Governance Structure Process with regard to Data). A system of data review consistent with the data governance process will be implemented by the Project Director. The SLDS grant funded staff will support staff representing each significant key stakeholder postsecondary and workforce institution. This effort will support the need for data quality error reports which will be sent to key institutional stakeholders for correction (i.e. missing demographic or other America COMPETES Act data elements).

Tasks to achieve this third proposed SLDS deliverable will include but not be limited to:

1. Requirements gathering on all data elements from respective institutional database necessary to implement the SLED Early Warning System;
2. Organization Change Management/Communication/Training/Prof. Development Plan for the implementation of the Early Warning System Indicator system;
3. Design
4. Develop the P-20W SLED Early Warning Indicator system consistent with the enterprise wide architecture (See Appendix A Figure 4 & 5)
5. Testing the P-20W SLED Early Warning Indicator system for enterprise wide application and interoperability;
6. Production implementation of the proposed P-20W SLED Early Warning Indicator system to be coordinated by the OSSE Project Manager; and
7. Train all key stakeholders on the use of the proposed P-20W SLED Early Warning Indicator system data tools and products.

The tasks for the completion of the third deliverable are critical to the execution of this grant proposal. Only accurate complete data will ensure accurate and substantive analytics as the project looks to see what educational practices are working and which are not based on the six basic questions being asked and whatever new questions are identified.

**Deliverable 4:**      **Develop a system of effective research to support continuous improvement by answering questions to support student outcomes**

*The fourth deliverable* will involve linking P-20W SLED data generated by this proposal in deliverable one and having this data reviewed and analyzed monthly to determine if this deliverable is answering the six questions and whether there needs to be additional questions asked by the OSSE and the external evaluator (AIR) to support continuous improvement in policy making through a rigorous analytic process.  Consistent with the America Competes Act (Appendix A Figure 1), analysis of data sent to the P-20W SLED will support analytics with the goal of better understanding what educational practices are effective and which are ineffective. This important analytic work will yield information to effect changes in institutional and legislative policy regarding the following issues:

1.    What data elements correlate with high graduation rates?
2.    What data elements correlate with the rate of enrollment into a two year, four year, adult career and technical education or literacy workforce postsecondary program?
3.    What data elements correlate with higher rates of postsecondary education persistence and graduation?
4.    What data elements correlate with lower rates of placement of students following high school graduation into non-credit and credit bearing developmental courses at the postsecondary level?
5.    What data elements correlate with students achieving minimum cut scores on Accuplacer exams in writing, reading and math?
6.    What data elements correlate with higher graduation rates by multiple demographic categories including race, ethnicity and gender?
7.    What data elements correlate to the rate at which students participate in non-traditional career and technical education (CTE) opportunities as mandated under Perkins IV?
8.    What data elements correlate with the rate of student participation in the workforce following separation from postsecondary education?
9.    What data elements correlate to the rate of pay received by students entering and continuing in the workforce?
10.   What data elements correlate to students obtaining employment consistent with CTE training area?

Tasks necessary to implement this fourth proposed SLDS grant deliverable will include but not be limited to:

PR/Award # R372A120032
Page e25

1. Procure resources by hiring research organizations, American Institutes for Research (AIR), Professional Management Consulting Services (PMCS) to promote a data analytics approach consistent with local concerns and national research trends;
2. Partnership development with the research community. The State in partnership with the University of the District of Columbia (UDC) have already established partnerships with the OSSE internal evaluator, AIR, PMCS to assist in answering questions that can inform policy practices such as:
   A. Relevance of data fields with respect to required federal reporting.
   B. Effectiveness of the feedback process on continuous improvement P-20W;
3. Governance coordination between the OSSE key institutional stakeholder led governance system and research partnerships / consortium developed;
4. Promote continuous student outcome improvement through the use of data analytics P-20W;
5. Professional development on the use of data analytics for key stakeholder institutions.

Since OSSE and the key institutional stakeholders have not yet produced a comprehensive statewide research agenda on educational issues for the state, this proposal brings together staff from postsecondary and workforce institutions to build such an agenda. There have been several efforts to create a research consortium focused on the District of Columbia; this proposal expects to move these efforts forward by taking advantage of the connections built in assembling the regional postsecondary institutions. As part of our Race to the Top efforts we will align our research efforts with this proposed P-20W SLED system. This will be done by leveraging data, data governance and our Race to the Top priority research agenda.  In addition, the District of Columbia is rich with analysts, researchers, and first-rank research institutions. As the P-20W SLED database is enriched, as reports are propagated, the new data resources created, OSSE and its key stakeholders expect to attract many of these experts. OSSE and its external evaluator (AIR) will seek to 'gel' these interests into an ongoing collaboration. AIR has institutional knowledge of OSSE through its work with District of Columbia's Race to the Top education reform initiatives, special education, statewide assessments and accountability systems. This will provide continuous alignment and seamless knowledge transfer as we work towards developing an effective P-20W SLED system.

The District of Columbia will actively disseminate research and analysis findings to the public while ensuring confidentiality of individual student data consistent with FERPA.  By developing a comprehensive P-20W SLED system it will be clear to decision-makers as to what education programs, schools and teachers are effective and ineffective. This data and the associated data use tools will be used by OSSE. The intent of the analytics is to provide dashboards and reports for the District of Columbia LEAs, postsecondary partners, workforce training partners and District of Columbia residents (consumers) to support education decision-making.

**Deliverable 5:       Create P-12 feedback reports**

*The fifth deliverable* will be to use SLDS funding to create P-12 feedback reports (See Appendix A Figure 2 Governance Structure Data Logic Model) based on federal requirements and key stakeholder requests from the P-20W SLED system. The intent of the feedback reports are to inform P-12 decision-makers of student outcomes in postsecondary and workforce, with the intent of promoting continuous improvement of services to better prepare current and future students for long term success.

Tasks necessary to implement the fifth proposed SLDS deliverable will include, but not limited to:

1.   Project kickoff with stakeholders about the SLED P-12 feedback report system;
2.   Requirements gathering on all data elements from respective institutional database necessary to implement P-12 feedback reports with associated data analytics;
3.   Design the necessary P-12 feedback reports to answer the key six questions outlined in the need for the project section;
4.   Create an organization change management/communication/training/professional development plan for the implementation of the to be created P-12 feedback reports;
5.   Develop the P-20W SLED P-12 SLED system feedback reports consistent with the enterprise wide architecture design (See Appendix A Figure 4 & 5)
6.   Ensure user acceptance of all P-12 SLED system feedback reports through active professional development;
7.   Production implementation of the proposed P-20W SLED P-12 feedback reports to be coordinated by the OSSE Project Manager; and
8.   Train all key stakeholder end users on the use of the proposed P-20W SLED system P-12 feedback report tools and products.

The process outlined in the fifth deliverable will be important in creating a systemic feedback process that will support answering the six core questions developed by the OSSE led focus groups as well as any new questions that arise as a result of new issues.

**Deliverable 6:       Create consumer information feedback reports**

*The sixth deliverable* will be to provide consumer information feedback on past and current performance data of postsecondary institutions to assist current and future students and their parents in making informed choices about enrolling in postsecondary institutions. Consumer information will include but not be limited to the following information at the instructional program and institutional level on college costs such as:

1.   Tuition and Fees;
2.   Financial Aid access; and
3.   Student Education Debt.

OSSE generated consumer information reports from the P-20W SLED system will also address student success to include, but not limited to:

1. Persistence;
2. Transfer rate;
3. Completion time to graduation;
4. Credits-to-degree; and
5. Workforce outcomes (i.e. job placement, earnings)

Tasks necessary to implement the sixth proposed SLDS deliverable will include, but not limited to:

1. Project kickoff with stakeholders about the SLED system consumer feedback reports;
2. Requirements gathering on all data elements from respective institutional database necessary to implement consumer feedback reports with associated data analytics;
3. Design the necessary consumer feedback reports to answer the key six questions outlined in the need for the project section;
4. Create an organization change management/communication/training/professional development plan for the implementation of the to be created consumer feedback reports;
5. Develop the P-20W SLED system consumer feedback reports consistent with the enterprise wide architecture design (See Appendix A Figure 4 & 5)
6. Ensure user acceptance of all P-20W SLED system consumer feedback reports through active professional development to support students and parents;
7. Production implementation of the proposed P-20W SLED consumer feedback reports to be coordinated by the OSSE Project Manager; and
8. Train all key stakeholder end users on the use of the proposed P-20W SLED system consumer feedback report tools and products.

**Deliverable 7:        Create postsecondary and workforce feedback reports**

*The seventh deliverable* will be the P-20W SLED providing feedback reports to postsecondary and workforce institutions. The Postsecondary and Career Readiness division within the Office of the State Superintendent of Education seeks to secure a Commercial Off the Shelf (COTS) system to address the higher education and workforce readiness needs from Gold Bridge Partners, Inc.  OSSE's goal is to integrate the postsecondary, workforce readiness, career technical education, education licensure commission (ELC) and general education development (GED) programs into a new DC OneApp database system.   The new DC OneApp will support District of Columbia residents applying for postsecondary grants to secure access to higher education, enroll in Workforce Readiness & Career Technical Education programs and to apply for ELC licenses for postsecondary institutions in the District.  This OSSE led system data system will allow:

1. Interface with P-20W SLED system to ensure all District students are adequately prepared for college and the global workforce;
2. Link student grade point averages, length of enrollment and graduation dates;

PR/Award # R372A120032
Page e28

3.      Have the capability to assign tiers to various institutions; and
4.      Provide quantifiable data to assist OSSE with implementing knowledgeable higher education policies.

A P-20W SLED system that is interoperable with all existing systems including CDS and IPEDS data elements will be invaluable to meeting the deliverables proposed in this grant and answering the six key questions posed by this proposal.  This OSSE led system will be maintained and support by in-kind OSSE funding to provide the following:

1.      A data collection system with the ability to track a student's academic progress over time through the postsecondary years; and
2.      The ability to link student information systems that include student achievement data, including courses taken, grades, satisfactory academic progress, cost of attendance and schools attended, to other critical education inputs, such as teacher data, staff development, facilities, curricula, or specialized school programs from P-20W.

These reports will include, but not limited to:

1.      System transfer and completion reports on students who leave their institutions before graduating to transfer to another institution or enter the workforce;
2.      Postsecondary feedback reports on students who transfer and the performance of transfer students in their new institutions;
3.      Job placement reports on high school, postsecondary and workforce graduates entry into the workforce as well as on fields in which graduates are employed and their earnings;
4.      Provide useful information to high schools and LEAs to ensure curriculum are aligned with postsecondary entrance requirements;
5.      Provide reports to high schools and LEAs regarding student progress in postsecondary;
6.      Inform the State Board of Education as they enhance graduation requirements and curriculum standards; and
7.      Inform and shape the proposed P-20W SLED governance, policy and implementation.

Tasks necessary to implement the seventh proposed SLDS deliverable will include, but not limited to:

1.      Project kickoff with stakeholders about the SLED postsecondary and workforce feedback report system;
2.      Requirements gathering on all data elements from respective institutional database necessary to implement postsecondary and workforce feedback reports with associated data analytics;
3.      Design the necessary postsecondary and workforce feedback reports to answer the key six questions outlined in the need for the project section;

4. Create an organization change management/communication/training/professional development plan for the implementation of the to be created postsecondary and workforce feedback reports;

5. Develop the P-20W SLED system postsecondary and workforce feedback reports consistent with the enterprise wide architecture design (See Appendix A Figure 4 & 5)

6. Ensure user acceptance of all SLED system post secondary and workforce feedback reports through active professional development;

7. Production implementation of the proposed P-20W SLED postsecondary and workforce feedback reports to be coordinated by the OSSE Project Manager;

8. Train all key stakeholder end users on the use of the proposed P-20W SLED system post secondary and workforce feedback report tools and products;

9. Hire 1.5 FTE staffers for the University of the District of Columbia Community College to support postsecondary two year college data integration into SLED;

10. Hire 1.0 FTE community college Institutional Research staffer to address two college Banner student database issues not addressed by the University of the District of Columbia (i.e. Accuplacer testing, college readiness data, etc.);

11. Hire a data integration contractor for the University of the District of Columbia Community College Workforce Division to support workforce data integration into the P-20W SLED; and

12. Integrate LACES, DC OneApp and additional community based organization student data systems to the P-20W SLED.

The seventh deliverable funded through this grant will support continuous improvement of P-20W education systems. Consumer information feedback on past and current performance of postsecondary institutions will be provided to assist current and future students and their parents in making informed choices about enrolling in postsecondary institutions.

**Deliverable 8:** **Ensure confidentiality of all student data consistent with FERPA requirements**

*The eighth deliverable* will address the privacy and confidentiality of student data consistent with all FERPA requirements. The OSSE housed P-20W SLED system will generate unique identifiers for students and P-12 teachers using P-20W data from all key stakeholders. Assigning unique identifiers will allow OSSE to disseminate student outcome reports to key stakeholders and the federal government without providing FERPA access to protected student data elements.

Tasks necessary to implement the eighth proposed SLDS deliverable will include, but not limited to:

1. Ensure project governance and procedures are all FERPA compliant;
2. Review all Memorandums of Understanding to ensure FERPA compliance;
3. Ensure all data, reports, and associated analytics developed respect student confidentiality and are FERPA compliant; and
4. Continuously improve OSSE security policy and procedures in accordance with FERPA.

PR/Award # R372A120032
Page e30

**Deliverable 9:        Develop a clearly articulated project management and governance structure**

*The ninth deliverable* will address the need to develop a clearly articulated project management and governance structure with an associated set of procedures guiding implementation of this proposal (See Appendix A Figure 5).

Tasks necessary to implement the ninth proposed SLDS deliverable will include, but not limited to:

1. Project Management will be developed by the key institutional stakeholders led by OSSE administrative staff (Chief Information Officer, Superintendent, Assistant Superintendents, etc.); and
2. The Project Management Office (PMO) will review all governance structure, procedures, and data dissemination practices developed by the postsecondary and workforce advisory group to ensure that all are FERPA compliant.
3. The management and governance structure will plan continuously for sustainability of the proposed P-20W SLED system beyond the grant cycle.

The governance procedures and guidelines will be made available on the OSSE website. The data will then generate a set of potential paths into the future for virtual students providing among other information, colleges, majors, expenditures, and probability of success, likely workforce placement and rewards. A less individualized data display is also envisioned that profiles successive waves of District of Columbia high school graduates and early leavers in terms of their success in college, workforce, military, and pay rates.

The nine deliverables outlined above will be evaluated internally by the OSSE Project Management Office (PMO) in conjunction with the OSSE Office of Data Management (ODM) and externally by the American Institutes for Research (AIR).

Utilizing the P-12 SLED system linked with the P-20W student data systems, OSSE key stakeholder partnerships will develop governance guidelines that provide the flexibility to answer other student and institution performance questions that are identified by the external evaluator AIR, internal evaluators PMO, ODM and key institutional stakeholder partners. With this governance process in place the postsecondary education system will benefit from this expansion of the P-12 SLED system by better assessing what strategies are leading to positive student outcomes.

## III.    Timeline for Project Deliverables:

*The nine deliverables and their respective tasks / events timelines* and persons / titles responsible for below will address the OSSE postsecondary and workforce partnership timeline for the proposed P-20W SLED system implementation. The timeline proposed to implement this integrated P-20W system of data will be as follows:

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| **1** | **Postsecondary/Workforce SLED Grant Schedule of Events and Tasks** | **Tue 5/1/12** | **Thu 4/30/15** | |
| 1.1 | Procure Professional Management Consulting Services Resources for the Project Team | Tue 5/1/12 | Fri 6/29/12 | Project Director |
| **1.2** | **Deliverable 1: P12 to P20W SLED Data Integration** | **Mon 7/2/12** | **Mon 9/30/13** | |
| 1.2.1 | Project Kickoff with Stakeholders | Mon 7/2/12 | Tue 7/31/12 | Proj Dir, Proj Mgr |
| 1.2.2 | Requirements Gathering | Wed 8/1/12 | Fri 11/2/12 | Business Analyst |
| 1.2.3 | Organization Change Management/Communication/Training/Professional Development Plan | Mon 11/5/12 | Tue 8/6/13 | Org. Change Mgmt Lead |
| 1.2.4 | Policy Development | Mon 11/5/12 | Tue 7/30/13 | Project Director,Project Manager,Business Analyst,Org. Change Mgmt Lead |
| 1.2.5 | Integration/MOU Documentation | Mon 11/5/12 | Tue 12/4/12 | Business Analyst |
| 1.2.6 | Development | Mon 11/5/12 | Fri 3/29/13 | SharePoint Dev.,Database Admin.,Data Architect |
| 1.2.7 | Testing | Mon 4/1/13 | Tue 8/13/13 | Tester |
| 1.2.8 | User Acceptance Testing | Wed 8/14/13 | Thu 8/29/13 | Business Analyst,Project Director,Project Manager |
| 1.2.9 | Production Implementation | Fri 8/30/13 | Mon 9/16/13 | Project Manager |
| 1.2.10 | Training | Tue 9/17/13 | Mon 9/30/13 | Org. Change Mgmt Lead |
| **1.3** | **Deliverable 2: Early Warning Indicator System** | **Tue 10/1/13** | **Wed 9/17/14** | |
| 1.3.1 | Procure Resources | Tue | Tue | Project Director |

PR/Award # R372A120032

Page e32

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| | | 10/1/13 | 10/1/13 | |
| 1.3.2 | Project Kickoff with Stakeholders | Wed 10/2/13 | Thu 10/31/13 | Project Manager,Project Director |
| 1.3.3 | Requirements Gathering | Fri 11/1/13 | Tue 12/17/13 | Business Analyst,Data Architect,Database Admin.,Project Manager,Share Point Dev.,AIR |
| 1.3.4 | Organization Change Management/Communication/Training/Prof. Dev. Plan | Wed 12/18/13 | Tue 5/27/14 | Org. Change Mgmt Lead |
| 1.3.5 | Policy Development | Wed 12/18/13 | Wed 9/17/14 | Project Director,Project Manager,Business Analyst,Org. Change Mgmt Lead |
| 1.3.6 | Develop the P-20W SLED system | Wed 12/18/13 | Fri 2/14/14 | Data Architect,Database Admin.,SharePoint Dev.,AIR |
| 1.3.7 | Testing | Tue 2/18/14 | Mon 4/7/14 | Tester |
| 1.3.8 | User Acceptance Testing | Tue 4/8/14 | Wed 4/23/14 | Business Analyst,Project Director,Project Manager |
| 1.3.9 | Production Implementation | Thu 4/24/14 | Thu 5/8/14 | Project Manager |
| 1.3.10 | Training | Fri 5/9/14 | Thu 5/22/14 | Org. Change Mgmt Lead |
| **1.4** | **Deliverable 3: Data Quality Error Reporting** | **Wed 8/14/13** | **Fri 2/21/14** | |
| 1.4.1 | Requirements Gathering | Wed 8/14/13 | Wed 9/11/13 | Business Analyst,Project |

PR/Award # R372A120032

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| | | | | Manager |
| 1.4.2 | Organization Change Management/Communication/Training/Professional Development Plan | Thu 9/12/13 | Fri 2/21/14 | Org. Change Mgmt Lead |
| 1.4.3 | Design | Thu 9/5/13 | Mon 9/30/13 | Business Analyst,Data Architect,Database Admin.,Project Manager,SharePoint Dev. |
| 1.4.4 | Development | Tue 10/1/13 | Wed 11/27/13 | SharePoint Dev.,Database Admin.,Data Architect |
| 1.4.5 | Testing | Fri 11/29/13 | Mon 1/13/14 | Tester |
| 1.4.6 | Production Implementation | Tue 1/14/14 | Wed 1/29/14 | Project Manager |
| 1.4.7 | Training | Thu 1/30/14 | Wed 2/12/14 | Org. Change Mgmt Lead |
| **1.5** | **Deliverable 4: Continuous Improvement of Data Analytics & Research** | **Mon 6/4/12** | **Thu 4/30/15** | |
| 1.5.1 | Procure Resources | Mon 7/2/12 | Mon 7/30/12 | Project Director |
| 1.5.2 | Partnership Development | Wed 8/1/12 | Wed 7/31/13 | Project Director,Project Manager,AIR,Office of Data Mgmt Director |
| 1.5.3 | Governance Coordination | Mon 6/4/12 | Tue 4/21/15 | Office of Data Mgmt Director |
| 1.5.4 | Continuous Improvement/Analyze Data | Mon 6/18/12 | Thu 4/30/15 | AIR, Office of Data Mgmt Director,Project Director,Project Manager,CIO |
| 1.5.5 | Training & Professional Development | Mon 4/1/13 | Thu 4/30/15 | Org. Change Mgmt Lead, AIR |

PR/Award # R372A120032
Page e34

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| **1.6** | **Deliverable 5: P-12 Feedback Reports** | **Thu 9/12/13** | **Fri 8/22/14** | |
| 1.6.1 | Project Kickoff with Stakeholders | Mon 2/24/14 | Mon 3/24/14 | Project Manager,Project Director |
| 1.6.2 | Requirements Gathering | Tue 3/25/14 | Mon 5/12/14 | Business Analyst |
| 1.6.3 | Design | Tue 5/13/14 | Thu 6/26/14 | Business Analyst,Data Architect, Project Director,Project Manager,Share Point Dev. |
| 1.6.4 | Organization Change Management/Communication/Training/Professional Development Plan | Thu 9/12/13 | Fri 2/21/14 | Org. Change Mgmt Lead |
| 1.6.5 | Development | Fri 6/27/14 | Fri 8/22/14 | Data Architect,Database Admin.,SharePoint Dev. |
| 1.6.6 | User Acceptance Testing | Mon 2/24/14 | Tue 3/11/14 | Business Analyst,Project Director,Project Manager |
| 1.6.7 | Production Implementation | Wed 3/12/14 | Wed 3/26/14 | Project Manager |
| 1.6.8 | Training | Thu 3/27/14 | Wed 4/9/14 | Org. Change Mgmt Lead |
| **1.7** | **Deliverable 6: Consumer Feedback Reports** | **Thu 9/12/13** | **Tue 11/4/14** | |
| 1.7.1 | Project Kickoff with Stakeholders | Tue 5/13/14 | Wed 6/11/14 | Project Manager,Project Director |
| 1.7.2 | Requirements Gathering | Thu 6/12/14 | Thu 7/17/14 | Business Analyst |
| 1.7.3 | Design | Fri 7/18/14 | Mon 9/8/14 | Business Analyst,Data |

PR/Award # R372A120032
Page e35

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| | | | | Architect, Project Director,Project Manager,Share Point Dev. |
| 1.7.4 | Organization Change Management/Communication/Training/Professional Development Plan | Thu 9/12/13 | Fri 2/21/14 | Org. Change Mgmt Lead |
| 1.7.5 | Development | Tue 9/9/14 | Tue 11/4/14 | Data Architect,Database Admin.,SharePoint Dev. |
| 1.7.6 | User Acceptance Testing | Mon 2/24/14 | Tue 3/11/14 | Business Analyst,Project Director,Project Manager |
| 1.7.7 | Production Implementation | Wed 3/12/14 | Wed 3/26/14 | Project Manager |
| 1.7.8 | Training | Thu 3/27/14 | Wed 4/9/14 | Org. Change Mgmt Lead |
| **1.8** | **Deliverable 7: Postsecondary/Workforce Feedback Reports** | **Thu 9/12/13** | **Wed 1/28/15** | |
| 1.8.1 | Project Kickoff with Stakeholders | Fri 7/18/14 | Fri 8/15/14 | Project Manager,Project Director |
| 1.8.2 | Requirements Gathering | Mon 8/18/14 | Fri 10/10/14 | Business Analyst,Project Director,Project Manager |
| 1.8.3 | Design | Tue 10/14/14 | Fri 11/28/14 | Business Analyst,Data Architect, Project Director,Project Manager,Share Point Dev.,Project Director,Project |

PR/Award # R372A120032
Page e36

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| | | | | Manager |
| 1.8.4 | Organization Change Management/Communication/Training/Professional Development Plan | Thu 9/12/13 | Fri 2/21/14 | Org. Change Mgmt Lead |
| 1.8.5 | User Acceptance Testing | Mon 2/24/14 | Tue 3/11/14 | Business Analyst,Project Director,Project Manager |
| 1.8.6 | Development | Mon 12/1/14 | Wed 1/28/15 | Data Architect,Database Admin.,SharePoint Dev. |
| 1.8.7 | Production Implementation | Wed 3/12/14 | Wed 3/26/14 | Project Manager |
| 1.8.8 | Training | Thu 3/27/14 | Wed 4/9/14 | Org. Change Mgmt Lead |
| **1.9** | **Deliverable 8: Protecting Student Confidentiality (FERPA)** | **Tue 5/1/12** | **Wed 3/18/15** | |
| 1.9.1 | Ensure project governance and procedures are all FERPA compliant | Tue 5/1/12 | Wed 3/18/15 | Office of Data Mgmt Director,OSSE Legal,Project Director,Project Manager |
| 1.9.2 | MOU Reviews for FERPA Compliance | Tue 5/1/12 | Wed 3/18/15 | Office of Data Mgmt Director,OSSE Legal,Project Director,Project Manager |
| 1.9.3 | Ensure data, reports, analytics are FERPA compliant | Tue 5/1/12 | Wed 3/18/15 | Office of Data Mgmt Director, OSSE Legal, Project Director,Project Manager |

PR/Award # R372A120032
Page e37

| Task (WBS) | Deliverable and Event / Task Name | Initiation Date | Completion Date | Resource Name |
|---|---|---|---|---|
| 1.9.4 | Continuously improve OSSE security policy and use in accordance w/ FERPA | Tue 5/1/12 | Wed 3/18/15 | Office of Data Mgmt Director, OSSE Legal, Project Director,Project Manager |
| **1.1** | **Deliverable 9: Project Management & Governance Plan** | **Mon 5/7/12** | **Tue 4/21/15** | |
| 1.10.1 | Project Management | Mon 5/7/12 | Tue 4/21/15 | PMO Director |
| 1.10.2 | Project Management Office (PMO) Review | Mon 6/25/12 | Tue 4/14/15 | CIO, Office of Data Mgmt Director,Project Director |

## IV.    Project Management and Governance:

**Governance Overview:**

The overall SLDS project will be placed within OSSE.  OSSE has newly established an Office of Data Management that oversees the cross-cutting efforts around data collection, storage and analysis.  The Office of Data Management is convening a cross-governmental data governance structure that includes participation of elementary schools, secondary schools, the public higher education system, workforce programs, community based and school based early childhood programs, research organizations, human service agencies, and workforce-oriented agencies. Additionally, the legislative and executive leadership in District of Columbia are represented in the policy leadership portion of data governance. This group includes all agencies that are providing data to the SLED system and representatives from all groups that will be consuming data from the proposed P-20W SLED system. Figure 1 briefly depicts the proposed governance structure, including committees and subcommittees. Each of these components is described in detail below.

PR/Award # R372A120032

Page e38

| Acronym | Definition |
|---------|------------|
| AIR | The American Institutes for Research - a large nonprofit research firm |
| CBO | Community Based Organization |
| CDS | Common Data Set |
| CIO | The chief information officer - in charge of technology and technical aspects of data systems at the Office of the State Superintendent for Education |
| CTE | Career and Technical Education |
| DC | District of Columbia |
| DC OneApp | Postsecondary online DC Tuition Assistance Grant program data system |
| DCPS | District of Columbia Public Schools |
| DCPCS | District of Columbia Public Charter Schools |
| DC STARS | Student Tracking and Reporting System (DC Public Schools Student Information Management System) |
| DME | The deputy mayor for education - oversees P-20 workforce agencies |
| ELL | English Language Learner |
| FEDES | Federal Employment Data Exchange System |
| FERPA | Family Education Rights and Privacy Act |
| IPEDS | Integrated Postsecondary Education Data System |
| IT | Information Technology |
| LACES | Literacy Adult Community Education System |
| LEA | Local Education Agency |
| MOU | Memorandum of Understanding |
| OCTO | Office of the Chief Technology Officer, District of Columbia Government |
| OCM | Organizational Change Management - a discipline that supports training, outreach, and professional development |
| ODM | OSSEs Office of Data Management |
| OSSE | The District of Columbia Office of the State Superintendent of Education - the state education agency for the District of Columbia |
| P-12 | Pre-school through twelfth grade |
| P-20W | Pre-school through postsecondary education including workforce education programs |
| Pathways | A District of Columbia council of schools, colleges, universities, community based organizations, policymakers, and other stakeholders from across the P-20W spectrum |
| PCS | Public Charter School |
| PMCS | Professional Management Consulting Services |
| PMO | Project management office that oversees technology projects |
| RTTT | Race to the Top - a education reform program run by the Office of the State Superintendent of Education |

| | |
|---|---|
| SEA | State Education Agency |
| SEDS | Special Education Data System |
| SLDS | Statewide Longitudinal Data System - the United States Department of education program that supports states in developing longitudinal data systems |
| SLED | Statewide Longitudinal Education Data System - the District of Columbia longitudinal data system |
| UDC | University of the District of Columbia - the public university for the District of Columbia |
| UDCCC | University of the District of Columbia Community College |
| UDCCCWDP | University of the District of Columbia Community College Workforce Development Program Division |
| USI | Unique Student Identifier |
| WBS | Work Breakdown Structure |