# epic in the NEWS

**TSA** Aimed to Put Body Scanners in Public Places
MSNBC | 3.14.2011

Steer Clear of **CARS THAT SPY**
USA TODAY | 8.18.2011

Homeland Security Moves Forward with **'PRE-CRIME'** Detection
CNET | 10.7.2011

EPIC Uncovers: **MOBILE SCANNERS** Not 'Certified People Scanners'
SLASHDOT | 9.1.2011

Senate **CYBER-SECURITY** Hearing: Todays Laws Are 'Not Adequate'
CONSUMER REPORTS | 6.21.2011

EPIC Challenges Verizon **WIRELESS**'s New Privacy Policy
MEDIAPOST | 11.2.2011

Facebook Privacy: Groups Say Site **TRACKS USERS** After They've Logged Off
ABC NEWS | 10.6.2011

Privacy Group Asks **FTC** for **FACEBOOK** Inquiry
LOS ANGELES TIMES | 9.29.2011

Report: Acquitted Stay on FBI **WATCH LIST**
POLITICO | 9.28.2011

Court Tells TSA To Allow Public Comment On **BODY SCAN** Screening
LEGAL TIMES | 7.15.2011

EPIC Continues **TSA PRESSURE**
HUFFINGTON POST | 9.11.2011

Update Urged on **CHILDREN'S ONLINE PRIVACY**
THE NEW YORK TIMES | 9.15.2011

**FACIAL RECOGNITION** Software Putting Your ID at Risk?
FOX NEWS | 8.3.2011

Airport **BODY SCANNERS** Were Improperly Adopted by U.S., Appeals Court Rules
BLOOMBERG | 7.15.2011

EPIC Urges Congress to Reject **DATA RETENTION** Plan
JD SUPRA | 7.13.2011

New **FACEBOOK** Feature: **COOL OR CREEPY**?
ABC NIGHTLINE | 6.10.2011

Privacy Groups Gets One Up on **GOOGLE**
REUTERS | 6.1.2011

**APPLE** to Alter **iPHONE DATA** Collection
THE NEW YORK TIMES | 4.27.2011

Google Agrees to Audits Under **FTC** Settlement Over Buzz
THE NATIONAL JOURNAL | 3.30.2011

EPIC says **BODY SCANNERS** an 'Unreasonable Search'
WASHINGTON POST | 3.10.2011

Libertarians, Privacy Advocates **UNITE TO FIGHT** Body Scanners
NATIONAL JOURNAL | 1.6.2011

EPIC, Coalition Urge Congress to Pursue **FOIA OVERSIGHT**
JD SUPRA | 2.17.2011

EPIC Warns of Facebook **BIOMETRIC** Data Collection
INTERNATIONAL BUSINESS TIMES | 6.14.2011

---

ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue NW
Suite 200
Washington DC 20009 USA

T: +1-202-483-1140
F: +1-202-483-1248
epic.org
privacy.org

EPIC is on Facebook
EPIC is on Twitter
@privacy140
#privacy
#globalprivacy
#kwtk

**EPIC is on the front lines of the most important civil liberties issues of our age.** —BRUCE SCHNEIER



ELECTRONIC PRIVACY INFORMATION CENTER

EXHIBIT 1

Patriot Act · body scanners · EPIC v. DHS · FOIA · epic · social network privacy · cybersecurity · OVERSIGHT · open government · 2012 · personal information · Constitution · privacy · FBI WATCH LIST *Know What They Know* · Spy-fi · ads · surveillance · Public Voice · VOTE PRIVACY · free speech

**THE ELECTRONIC PRIVACY INFORMATION CENTER** is a public interest research center in Washington, D.C. EPIC was established in 1994 to focus public attention on emerging civil liberties issues and to protect privacy, freedom of expression, and constitutional values in the information age. EPIC pursues a wide range of activities, including policy research, public education, conferences, litigation, publications, and advocacy. EPIC maintains two of the most popular privacy sites in the world — EPIC.ORG and PRIVACY.ORG.

## support epic

EPIC receives support from individual contributors, private foundations, the sale of publications, and legal awards. Contributions to EPIC are tax-deductible.

Defend privacy.
Support EPIC at EPIC.ORG/DONATE

## EPIC Advisory Board

EPIC works closely with a distinguished advisory board drawn from the information law, computer science, civil liberties and privacy communities.

Prof. Alessandro Acquisti
Steve Aftergood
Prof. Phil Agre
Prof. Anita Allen-Castellitto
Hon. John Anderson
Prof. Ross Anderson
Prof. Jack M. Balkin
James Bamford
David Banisar
Grayson Barber
Prof. Ann Bartow
Prof. Francesca Bignami
Prof. Christine Borgman
*Board Member*
danah boyd
Stefan Brands
David Burnham
Vinton G. Cerf
David Chaum
Prof. Julie E. Cohen
Bill Coleman
Prof. Susan Crawford
Simon Davies
Whitfield Diffie
*Board Member*
Prof. David Farber
Charles M. Firestone
*Board Member*
Addison Fischer
*Board Member*
Hon. David Flaherty
Philip Friedman
*Board Treasurer*
Prof. Urs Gasser
Pamela Jones Harbour
Austin Hill
Prof. Aziz Huq
Deborah Hurley
*Board Chair*
Prof. Kristina Irion
Joi Ito
Jeff Jonas
Brewster Kahle
Prof. Jerry Kang
Prof. Pamela S. Karlan
Prof. Ian Kerr
Dean Pradeep K. Khosla
Hon. Michael Kirby
Chris Larsen
Rebecca Mackinnon
Prof. Gary Marx
Mary Minow
*Board Member*
Pablo G. Molina
*Board Secretary*
Peter G. Neumann
*Board Member*
Craig Newmark
Prof. Helen Nissenbaum
Eli Noam
Ray Ozzie
Harriet Pearson
Dr. Deborah Peel
*Board Member*
Stephanie Perrin
Chip Pitts
Prof. Anita Ramasastry
Prof. Ronald L. Rivest
Prof. Jeffrey Rosen
Prof. Pamela Samuelson
*Board Member*
Bruce Schneier
*Board Member*
Barbara Simons
Paul M. Smith
*Board Member*
Robert Ellis Smith
Prof. Latanya Sweeney
Prof. Frank Tuerkheimer
Edward G. Viltz
Willis Ware
Christopher Wolf
Paul Wolfson

## EPIC Staff

**Marc Rotenberg**
EPIC President and Executive Director

**Lillie Coney**
EPIC Associate Director and Coordinator, Privacy Coalition

**John Verdi**
EPIC Senior Counsel and Director, Open Government Project

**Ginger McCall**
EPIC Open Government Counsel and Director, IPIOP Clerk Program

**Amie Stepanovich**
EPIC National Security Counsel

**Gerald Tan**
EPIC Administrative Director

**Khaliah Barnes**
EPIC Open Government Fellow

**Alan Butler**
EPIC Appellate Advocacy Fellow

**David Jacobs**
EPIC Consumer Protection Fellow

**Caitriona Fitzgerald**
EPIC Technology Fellow

**Beth Rosenberg**
EPIC Technology Fellow

**Marc Friedman**
Accountant

**Joanne Zamore**
Graphic Designer

## affiliated projects

Civil Society Information Society Advisory Council
CSISAC.ORG

The Privacy Coalition
PRIVACYCOALITION.ORG

The Privacy Page
PRIVACY.ORG

The Public Voice
THEPUBLICVOICE.ORG

Know What They Know
#kwtk