[June 2012]

# GRAYSON BARBER
68 Locust Lane
Princeton, New Jersey 08540
(609) 921-0391
gb@graysonbarber.com

**EXPERIENCE**

**Grayson Barber, L.L.C.** - 1999 to present

    **Privacy Rights Advocacy**:
    Electronic Privacy Information Center, Board of Directors, Advisory Board
    American Civil Liberties Union, National Board 2002-2008
    Individual Rights Section, New Jersey State Bar Association, Chair 2008-2012
    Supreme Court Special Committee on Public Access to Court Records 2006-2007
    New Jersey Privacy Study Commission 2002-2004

    **Privacy and First Amendment Litigation**:
    *Burnett v. County of Bergen* – SSNs in Public Records
    *State v. Reid* – Anonymous Internet Use
    *Dwyer v. Oceanport* – Case of the Eighth Grade Webmaster
    *Felten v. RIAA* - Digital Millennium Copyright Act
    *Rutgers 1000 v. Rutgers University* - State University Magazine as Public Forum
    *Martinez v. City of Trenton* - City Hall Atrium as Public Forum

    **Legislative Work:**
    Analyses of proposed legislation and testimony before the state legislature on:
        Financial privacy, open public records, Internet filtering in public libraries,
        genetic privacy, national identification cards
    Distinguished Legislative Service Award 2001, New Jersey State Bar Association

**Lecturer, Princeton University,** 2003 - 2009
    Preceptor for Politics 317, "Discrimination and the Law"
    Preceptor for Politics 319, "Law, Politics and Violence"
    Preceptor for Politics 334, "Politics of Education"

**Fellow, Center for Information Technology Policy, Princeton University**
    September 2008 – August 2009

**Smith, Stratton, Wise, Heher & Brennan**, Princeton, New Jersey - Associate 1992-1999
    General litigation

**Judicial Clerkship**, 1991-1992
    The Honorable Robert E. Cowen, United States Court of Appeals for the Third Circuit


EXHIBIT K

[June 2012]

**New Jersey Department of the Treasury**,
    Office of Telecommunications & Information Systems
    Data Processing Analyst, 1985-1991
    Information policy analysis and technical writing

**Mathematica Policy Research, Inc**., Research Associate, 1980-1985
    Economic policy research and computer programming

## BAR ADMISSIONS
    United States Supreme Court, 2009
    United States Court of Appeals for the Third Circuit, 1992
    United States District Court, District of New Jersey, 1992
    United States District Court, Eastern District of Pennsylvania, 1997
    State of New Jersey, 1992
    Commonwealth of Pennsylvania, 1992

## EDUCATION

**Rutgers Law School**, Newark, New Jersey
    J.D. 1991 with Honors, Order of the Coif
    RUTGERS LAW REVIEW, Senior Editor for New Jersey Developments
    Instructor: Legal research and writing for first year law students

**Princeton University,** Princeton, New Jersey
    M.A. 1980 in Psychology and Neuroscience

**Pomona College,** Claremont, California
    B.A. 1978 in Psychology, Cum Laude, Phi Beta Kappa

## PUBLICATIONS (partial list)

    *The Legacy:* Kreimer v. Bureau of Police*, Twenty Years Later,*
        LIBRARY & ARCHIVAL SECURITY, 25:1, 89-94 (2012)

    *How Transparency Protects Privacy in Government Records,*
        by Grayson Barber and Frank L. Corrado, May 23, 2011,
        SSRN: http://ssrn.com/abstract=1850786

    *Personal Information in Government Records: Protecting the Public Interest in*
        *Privacy*, 25 ST. LOUIS UNIVERSITY PUBLIC LAW REVIEW 63 (2006)

    *Ban the "Tiny Constable" from Our Cell Phones,*
        NEW JERSEY LAW JOURNAL, April 2012

[June 2012]

*Negligence Should Be a Cause of Action for Identity Theft*
    NEW JERSEY LAW JOURNAL, May 2012

*Public Access to Government Records*
    NEW JERSEY LAWYER MAGAZINE, October 2011

*Should DNA from Your Coffee Cup End Up in a Databank?*
    NEW JERSEY LAW JOURNAL, February 18, 2008

*Greater Data Security, and Cures for Abuse, Are Way Overdue*
    NEW JERSEY LAW JOURNAL, December 31, 2007

*E-Mail Users Expect Privacy, and Deserve It*, NEW JERSEY LAW JOURNAL,
    December 3, 2007

Special Editor, *Privacy in New Jersey*, NEW JERSEY LAWYER MAGAZINE, February 2002

*Public Video Surveillance Erodes Our Integrity*, NEW JERSEY LAW JOURNAL
    July 30, 2001

*Courthouse Records on the Internet,* NEW JERSEY LAW JOURNAL, March 3, 2001

"Financial Privacy: Uneasy Access," 2000 Consumer Financial Services Law Forum

*Note, The News Media and Access to Information*, 43 RUTGERS L. REV. 133 (1990)