

### Deborah C. Peel, MD

Founder and Chair at Patient Privacy Rights Foundation

Austin, Texas Area | Public Policy

**Join LinkedIn and access Deborah C. Peel, MD's full profile.**

As a LinkedIn member, you'll join 175 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Deborah C. Peel, MD** know in common
- Get introduced to **Deborah C. Peel, MD**
- Contact **Deborah C. Peel, MD** directly

**View Full Profile**

### Deborah C. Peel, MD's Overview

| | |
|---|---|
| Current | **"Is There an American Health Privacy Crisis?" 2nd Intnl Summit on the Future of Health Privacy** at created by Patient Privacy Rights <br> **Board Member** at **Electronic Privacy Information Center** <br> **Founder and Chair** at **Patient Privacy Rights Foundation** <br> see all |
| Education | Dallas Psychoanalytic Institute <br> The University of Texas Medical Branch at Galveston <br> The University of Texas Medical Branch at Galveston <br> see all |
| Connections | **500+** connections |
| Websites | Personal Website <br> Blog |

### Deborah C. Peel, MD's Summary

In 2004, I founded Patient Privacy Rights. PPR is the nation's leading consumer advocacy organization working to restore the right to health privacy. PPR's mission is to ensure our rights to control who can see our sensitive health information, to protect our jobs and opportunities.

Recently I was voted the winner of a WSJ debate. I opposed the use of Unique Patient Identifiers: http://tiny.cc/fae58

See my WSJ op-ed: "Your Medical Records Aren't Secure": http://tiny.cc/yhsoo

I have been voted one of ModernHealthcare's "100 Most Influential in Healthcare" for 4 of the past 5 years.



EXHIBIT L

Case 1:12-cv-00327-ABJ   Document 18-13   Filed 11/30/12   Page 2 of 4

PPR educates the public about the major threats technology poses to the right to privacy and about solutions, such as realistic and effective privacy-enhancing technologies and privacy-by-design to ensure personal control of access to health information, strong privacy principles and standards, and cultural awareness and change. 'Smart' technology', 'smart' legislation, and a 'smart' educated public will create innovative electronic health systems and data exchanges that patients trust and are willing to use.

In 2006, I formed the bipartisan Coalition for Patient Privacy now representing 10.3 million Americans.

Coalition members include: the Family Research Council, the Electronic Privacy Information Center, the ACLU, Consumer Action, Gun Owners of America, and the American Chiropractic Association. In 2007, Microsoft joined the Coalition.

In 2009, the Coalition proposed historic new privacy protections that were included in the stimulus bill: a ban on the sale of protected health information, the right to segment sensitive records, audit trails of all disclosures of protected health information for 3 years, meaningful breach notice when health data security is violated, and data encryption.

In June 2011, Patient Privacy Rights and the UT LBJ School of Public Affairs held the first ever international summit on the future of health privacy in DC. See: www.healthprivacysummit.org

Specialties
Health Information Privacy, Health Privacy Summit, Electronic Privacy Rights, Health Information Technology, Medical Privacy, Privacy-Innovative Technologies, Consumer-led Certification of Health Technology Systems and Products

## Deborah C. Peel, MD's Experience

### "Is There an American Health Privacy Crisis?" 2nd Intnl Summit on the Future of Health Privacy
**created by Patient Privacy Rights**

June 2011– Present (1 year 6 months) | Georgetown Law Center Washington, D.C.

Dates June 6-7, 2012. Location: Georgetown Law Center, Washington, DC
See: www.healthprivacysummit.org for agenda and to register to attend or watch live-streaming video.

Farzad Mostashari MD, Natl Coordinator for HIT is the opening keynote and Ross Anderson PhD of Cambridge University is also keynoting. Latanya Sweeney PhD is presenting the PPR/Harvard Health Data map wiki.

### Board Member
**Electronic Privacy Information Center**

June 2009– Present (3 years 6 months)

See: www.epic.org

### Founder and Chair
**Patient Privacy Rights Foundation**

2004– Present (8 years)

### Solo private practice as a psychoanalyst and physician
**Deborah C. Peel, MD, Associated**

1977– Present (35 years)

## Deborah C. Peel, MD's Skills & Expertise

Case 1:12-cv-00327-ABJ   Document 18-13   Filed 11/30/12   Page 3 of 4

EHR    Healthcare    Health Policy    Healthcare Information Technology    Public Health

## Deborah C. Peel, MD's Education

**Dallas Psychoanalytic Institute**
Graduate
1983 – 1999

**The University of Texas Medical Branch at Galveston**
Residency in General Adult Psychaitry
1974 – 1977

**The University of Texas Medical Branch at Galveston**
M.D.
1970 – 1974

**The University of Texas at Austin**
none, pre-med
1968 – 1970

## Deborah C. Peel, MD's Additional Information

| | |
|---|---|
| Websites: | • Personal Website<br>• Blog |
| Interests: | Health Privacy Rights, Health Privacy Summit Health Information Technology, Consumer-led Certification of Privacy in Health IT Systems and Products (Patient Privacy Certified), Consumer Control of Protected Health Information, Electronic Consent, Health Banking and Health Trusts, Privacy Policies, Privacy Law, Digital/Electronic Privacy Rights |
| Groups and Associations: | American Psychoanalytic Association, Texas Medical Association, Past President Texas Society of Psychiatric Physicians |

 AAPS - Association of American Physicians & Surgeons

 CEO/CTO/CFO/CXO/CIO/VP/Director/Manager/President/Head/Entrepreneurs-Leaders Network

 New York eHealth Collaborative

 Ponemon Institute Distinguished Fellows

 University of Texas School of Information

| | |
|---|---|
| Honors and Awards: | Voted one of the "100 Most Powerful in Healthcare" by readers of ModernHealthcare magazine, 2007, 2008, and 2009. Voted one ModernHealthcare's "100 Most Influential in Healthcare" in 2011. |

**Contact Deborah for:**

- consulting offers
- expertise requests
- new ventures
- getting back in touch

## View Deborah C. Peel, MD's full profile to...

- See who you and **Deborah C. Peel, MD** know in common
- Get introduced to **Deborah C. Peel, MD**
- Contact **Deborah C. Peel, MD** directly

**View Full Profile**

LinkedIn member directory - Browse members by country ab cd ef gh ij kl mn op qr st uv wx yz more

LinkedIn Corporation © 2011