Case 1:12-cv-00327-ABJ   Document 18-14   Filed 11/30/12   Page 1 of 5

# Pablo G. Molina Resume

home | resume | recent publications | presentations and service | awards and media appearances |

**Related Links**

Georgetown University

Georgetown University Law Center

CIO Blog

home / resume /

## Resume

WORK EXPERIENCE

2000-Now ASSOCIATE VP OF IT AND CHIEF INFORMATION OFFICER. Georgetown University

- Successfully prepared two strategic plans and implemented a campus expansion, a state-of-the-art communications infrastructure, groundbreaking educational technology innovations, distance learning initiatives, web sites with security and e-commerce serving over one million annual visitors, and new administrative services, with a leading role in the selection and deployment of new University-wide ERP information systems for studen records, finance, payroll, and human resources.
- Served on many campus and University committees as chair, co-chair, advisor, and member: the Technology Users Committee, the Teaching Committee, Web Group, Student Information System Replacement Project Committee, Data Warehouse, Emergency Preparedness and Response, Information Security Policy, Electronic Communications Policy, Acceptable Computer User Policy, and the joint librarian-CIO Information Systems Management Council of the University, the Master of Arts in Liberal Studies Review Committee, and numerous recruitment committees.
- Technology operations, and the award-winning redesigned data center, received very positive feedback on annual student surveys, accreditation body committee reports, and third-party reviews. The Institution was nominated one of the most wired law schools in the country by National Jurist magazine and some technology initiatives were profiled on NBC affiliates, Bloomberg News, Information Age, University Business, EDUCAUSE Review, ED Tech, Computer World, Hispanic Engineer, NBC affiliates, and TeleMadrid.
- Planned the opening of a new Center for Transnational Legal Studies in London, UK, leading a consortium of 10 world-class institutions.
- Adjunct faculty member teaching Ethics and Technology Management, Managing Information Security, and other graduate courses.

1998-2000 DIRECTOR OF INFORMATION TECHNOLOGY. University of Pennsylvania Law School

- Pioneered video streaming, deployed dynamic web sites, revamped network infrastructure and services, reengineered administrative services, and retrofitted 150-year old building for information technology and multimedia purposes.

1995-1998 LECTURER/DIRECTOR OF INFORMATION SERVICES. Washington Univ. School of Law

- Developed and implemented the first strategic plan for technology at this institution.
- Designed the technology of new building with a dual fiber optics/Fast Ethernet network.
- Revamped multimedia services and administrative systems.



EXHIBIT M

- Senior MIS lecturer in the School of Business, both undergraduate and graduate programs, at the University of Missouri in Saint Louis.

1993-97   MIS DIRECTOR. Saint Louis Zoological Park.

- Implemented a strategic plan, cost/benefit analyses, vendor consolidation, and project management methodologies.
- Deployed a Wide Area Network, Internet services, and Client/Server Systems.

1988-92   IT DIRECTOR. Technical External Training.

- Conducted and performed computing and organizational training and support, custom software development, and consulting for international corporations and government agencies throughout Europe.
- Advised government agencies and corporations on the fields of information systems design and upgrading, project management, application analysis, and communications.
- Computer Science Professor at Escuela de Hacienda Publica.

1986-88   INFORMATION SYSTEMS MANAGER. King's Documentation Centre.

- Managed the information systems of this British multinational company.
- Designed and implemented pioneer systems of automated document translation.

1983-91   JOURNALIST, ANALYST AND EDITOR-IN-CHIEF. INGELEK Technical Books.

- Wrote ten technical books, from Introduction to Computers to Programming.
- Technical Editor and writer of the Spanish Edition of PC Magazine.
- Editor-in-Chief of Informatica Personal, a national computing magazine.
- Journalist and programmer for three computer magazines and one newspaper.

EDUCATION

- Georgetown University, Washington, DC. Doctorate Coursework. Expected Graduation: 2011.
- Wharton-University of Pennsylvania Business School, Philadelphia, Pennsylvania. Postgraduate work in Technology Management. December 1999.
- Washington University, Saint Louis, Missouri. Postgraduate work in Technology Management. July 1998.
- Saint Louis University, Saint Louis, Missouri. Master in Business Administration. Concentration in Management Information Systems and Finance. December 1994. GPA: 4.0.
- Saint Louis University, Saint Louis, Missouri. Bachelor of Science in Business Administration. Majors in Decision Sciences and Management. December 1992. Summa Cum Laude.
- Universidad Complutense de Madrid, Madrid, Spain. Coursework in Journalism. June 1986.

VOCATIONAL EDUCATION

- CIPP: Certified Information Privacy Professional, Washington, DC, March 2009.
- Georgetown University Professional Manager Certificate, Washington, DC, May 2005.

- CISSP: Certified Information Systems Security Professional, Washington, DC, August 2004.
- MCSE: Microsoft Certified Systems Engineer, Saint Louis, Missouri, July 1998.
- MPS: Microsoft Product Specialist, Saint Louis, Missouri, December 1996.
- CNE: Certified Novell Engineer, Saint Louis, Missouri. December 1993.
- ICADE Business School, Madrid, Spain. Certificate in Entrepreneurship. January 1989.
- ESADE Business School, Madrid, Spain. Certificate in Management. May 1988.
- TAI, Madrid, Spain. Certificate in Photography and Graphic Design. May 1987.

AWARDS AND HONORS

- 2010 Hispanic Business 100 Influential
- 2008 Hispanic Engineer and Information Technology's Tech Leaders You Need to Know Profile
- 2008 Hispanic Technology Council 100 Award
- 2007 Information Security Executive of the Year National Award Nominee
- 2007 ComputerWorld's 40 Under 40 Technology Innovator
- 2007 Information Security Executive of the Year Mid-Atlantic Award Nominee
- 2006 CIO Magazine Standout Achievement Award as Innovator
- 2006 CIO Magazine Ones to Watch Honoree
- 2006 EDUCAUSE Leadership Award
- 2006 EDUCAUSE Service Award
- 2003 American Bar Association Service Award
- 2001 CALI Excellence in Service Award
- 1993 Member of Alpha Sigma Nu
- 1993 Member of Beta Gamma Sigma
- 1992 Saint Louis University's Presidential Honor Scholarship Recipient
- 1992 Who's Who among American College Students

BOARD, COMMITTEE AND LEADERSHIP SERVICE

- Secretary of the Electronic Privacy Information Center since 2010.
- Board Member of the Hispanic Technology Council since 2006.
- Board Member of the Electronic Privacy Information Center since 2009.
- Advisory Board Member of the Electronic Privacy Information Center from 2006 to 2009.
- Member of the 2009 EDUCAUSE Professional Development Committee.
- Member of the 2009 Electronic Services Conference Committee.
- Steering Committee and Panel Member at the 2009 Mid-Atlantic Information Security Forum.
- Collaboration in EPIC's Friend of the Court Brief in US Supreme Court Case Flores-Figueroa v. US.
- Collaboration in EPIC's Friend of the Court Brief in US Supreme Court Case Herring v. US,
- Chair of 2006 EDUCAUSE Evolving Technologies Committee.
- Member of the 2003-2006 EDUCAUSE Evolving Technologies Committee.
- Founded the Law Information Officers group in 2001.
- Member of the 2000-2006 Facilities Committees of the American Bar Association.

SELECT PRESENTATIONS AND PUBLICATIONS

- Organizer of the 2011 Internet Governance Forum USA and the 2011 Computers, Freedom and Privacy conferences.

- Presentations at the 2010 United Nations Internet Governance Forum, "Cloud Computing," "Network Neutrality," and "IGF USA Report," Vilnius, Lithuania.
- Online Visibility Committee Member and moderator at the 2010 International Conference of Data Protection and Privacy, Jerusalem, Israel.
- Organizer, plenary speaker, and "Users Reign Scenario" moderator at the 2010 Internet Governance Forum USA, Washington, DC.
- Presentation at the 2010 Spanish Agency for Data Protection Summit, "Data Retention," Madrid, Spain..
- Moderator at the 2010 Electronic Services Conference, "All hands on deck: Information Security and Privacy ," Las Vegas , Nevada.
- Annual presentations at the Centro de Estudios Garrigues, 2007-2010, "Technology in the Study and Practice of Law ," Madrid, Spain.
- Presentation at the 2009 United Nations Internet Governance Forum, "The Future of the Internet for Colleges and Universities," Sharm El Sheikh, Egypt.
- Online Visibility Committee Member of the 2009 International Conference of Data Protection and Privacy, Madrid, Spain.
- Co-presentation at the 2009 Electronic Services Conference, "Roadmap to the Project Management Methodology," New Orleans, Louisiana.
- Publication in *EDUCAUSE Review,* "On DiversITy," Vol. 44 No. 2 2009.
- Steering Committee and Panel Member at the 2009 Mid-Atlantic Information Security Forum.
- Co-presentation at the 2009 CIO.NET event on "Educating the CIO," Madrid, Spain.
- Co-presentation at the 2009 Electronic Services Conference, "Roadmap to the Project Management Methodology," New Orleans, LA.
- Co-presentation at the 2008 CALI Conference, "What You Don't See is What you Get," Baltimore, MD.
- Presentation at the ICADE Law School, "Technology in Legal Education and Practice," Madrid, Spain
- Presentation at the Consejo Superior de Investigaciones Científicas, "Globalization, Technology, and Education," Madrid, Spain.
- Presentation at the 2007 ABA Development Conference, "Using Technology to Reach, Engage, and Understand," Broomfield, CO.
- Presentation at the 2007 SEAALL Institute, "Librarians and Technologists Working Together," Baton Rouge, LA.
- Presentation at the 2006 EDUCAUSE Conference, "Pioneering New Territory and Technologies," Dallas, TX.
- Presentation at the 2006 CALI Conference, "IT Leadership Skills," For Lauderdale, FL.
- Presentation in 2006 at Universidad Ramon Llul, "Technology in the Study and Practice of Law ," Barcelona, Spain.
- Publication in *EDUCAUSE Review,* "Tomorrowland: When New Technologies Get Newer," Vol. 40 No. 6 2005, and co-presentation in EDUCAUSE 2005, Orlando, FL.
- Publication in *EDUCAUSE Review,* "IT Leadership Principles form Don Quixote," Vol. 40 No. 3 2005.
- Publication in *EDUCAUSE Review,* "Surveying the Digital Landscape: Evolving Technologies 2004," Vol. 39 No. 6 2004, and co-presentation in EDUCAUSE 2004, Denver, CO.
- Presentation at the 2004 ABA Technology Committee Conference, "Technology Infrastructure and Support," Newark, NJ.
- Presentation at the 2003 CALI Conference, "Budgeting and other Current Issues for IT Officers," Durham, NC.
- Co-presentations at the Bricks and Bytes 2003 Conference, "Classroom Design, Courtroom Design, Wired vs. Wireless, and Distance Learning," Boston, MA.

- Co-presentation at the American Association of Law Schools 2003 Conference, "Using the web to market your institution," Washington, DC.
- Co-presentation to Law Library Directors at the 2002 CALI Conference, "Course Support Technologies," Chicago, IL.
- Publication in *Trends in Law Library Management and Technology*, "On the Same Side: Interactions between Law Libraries and Technology Departments," Vol. 13 No. 2, 2002.
- Co-presentations at the 2001 CALI Conference, "How to Think Like a CIO" and "Big Fish, Small Pond, Dealing with Main Campus," Boston, MA.
- Co-presentations at the 2000 Bricks & Bytes Conference, "Classroom design including technology considerations" and "Technology elements in courtroom design", Washington, DC.
- Publication in the *Journal of Law School Computing*, "Strategic Technology Planning," special issue and presentation at the 1999 ABA Law Deans Conference, San Francisco, CA.
- Co-presentations at the 1999 AALL Conference, "How to hire the right computer people and keep them from crossing the road," Washington, DC.
- Co-presentations at the 1999 CALI Conference, "Technology in new buildings and renovations," Eugene, OR.
- Presentation and related paper publication at the 1998 AALL Conference, "Create a Technology Plan in Two Hours, More or Less," Anaheim, CA.
- Co-presentations at the 1998 CALI Conference, "Keeping Information Technology Staff in these Economic Times" and "Designing an Electronic Courtroom," Chicago, IL.
- Presentation at the 1997 CALI Conference, "Advanced Audio Visual/Computer Applications at Washington University School of Law," Chicago, IL.
- Co-Presentation at the 1997 Bricks and Bytes Conference, "Technical Infrastructure in New Law School Buildings for Student Services," Saint Louis, MO.
- Presentation at the 1996 CALI Conference, "Preparation of a Strategic Plan for Technology in an Academic Environment," Chicago, IL.

**Contact molina@georgetown.edu or +1 (202) 6629004**