

# Pablo Molina

Executive Director at International Applied Ethics and Technology Association

Washington D.C. Metro Area | Nonprofit Organization Management

### Join LinkedIn and access Pablo Molina's full profile.

As a LinkedIn member, you'll join 175 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Pablo Molina** know in common
- Get introduced to **Pablo Molina**
- Contact **Pablo Molina** directly

**View Full Profile**

## Pablo Molina's Overview

| | |
|---|---|
| Current | **Executive Director** at **International Applied Ethics and Technology Association**  <br>**Adjunct Professor** at **Georgetown University** |
| Past | Associate VP of IT at Georgetown University  <br>CIO at Georgetown University Law Center  <br>Director of Information Technology at University of Pennsylvania |
| Education | Georgetown University  <br>Georgetown University Law Center |
| Connections | **500+** connections |
| Websites | Personal Website  <br>Blog  <br>Company Website |

## Pablo Molina's Summary

Pablo G. Molina is Associate VicePresident for Information Technologies since 2007 and campus CIO since 2000 at Georgetown University. Prior to that, he worked as director of information technology for the University of Pennsylvania Law School, lecturer/director of information systems for Washington University in Saint Louis School of Law, and senior lecturer for the University of Missouri in Saint Louis Business School. Before his career in academia, he was MIS manager at the Saint Louis Zoo. Prior to that, he created and managed a technology company in Madrid, where he also served as Editor in Chief of computer magazines, authored several books on technology, and taught information technology at the Escuela de Hacienda Pública.

Pablo has Bachelor's and Master's degrees from Saint Louis University, has done graduate coursework at the University of Pennsylvania and Washington University in Saint Louis, and is pursuing a Doctorate degree at Georgetown University. He is a Microsoft Certified Systems Engineer, a Certified Novell Engineer, and a Certified Information Systems Security Professional.

**EXHIBIT N**

Case 1:12-cv-00327-ABJ   Document 18-15   Filed 11/30/12   Page 2 of 5

He is the recipient of the 2001 Excellence in Service CALI Award. Pablo serves on national higher education committees such as the Facilities Committee of the ABA's Legal Education and Admissions to the Bar Section and served recently as chair of the EDUCAUSE's Evolving Technologies Committee. In 2001, Pablo Molina created the Law CIO Group, a group of information officers from the top law schools in the United States and the United Kingdom. He was the recipient of the 2006 CIO Magazine Ones to Watch Award and the Standout Achievement Award as Innovator and was recognized in 2007 as one of the Top 40 Under 40 IT Innovators by ComputerWorld. He was nominated for the Mid-Atlantic Information Security Executive of the Year and the National Information Security Executive of the Year awards in 2007.

Specialties
Technology Leadership

## Pablo Molina's Experience

### Executive Director
**International Applied Ethics and Technology Association**
May 2012– Present (7 months) | Washington, DC

I am starting the International Applied Ethics and Technology Association, raising awareness about ethical issues in technology.

### Adjunct Professor
**Georgetown University**
Educational Institution; 5001-10,000 employees; Higher Education industry
September 2008– Present (4 years 3 months) | Washington, DC

### Associate VP of IT
**Georgetown University**
Educational Institution; 5001-10,000 employees; Higher Education industry
July 2007– June 2012 (5 years) | Washington, DC

### CIO
**Georgetown University Law Center**
Educational Institution; 1001-5000 employees; Higher Education industry
October 2000– June 2012 (11 years 9 months) | Washington, DC

### Director of Information Technology
**University of Pennsylvania**
Educational Institution; 10,001+ employees; Higher Education industry
August 1998– August 2000 (2 years 1 month)

## Pablo Molina's Languages

- Spanish
- French
- Italian
- Portuguese

## Pablo Molina's Skills & Expertise

| | | | | | |
|---|---|---|---|---|---|
| Higher Education | Information Technology | Information Security | Project Management | Strategic Planning | Program Management |
| Business Analysis | Security | Leadership | Team Leadership | IT Strategy | Team Building | Change Management | Budget |
| Social Media | | | | | |

## Pablo Molina's Education

**Georgetown University**
DLS,Technology in Higher Education
2006 – 2012

**Georgetown University Law Center**
Seminars
2000 – 2008

## Pablo Molina's Additional Information

Websites:
- Personal Website
- Blog
- Company Website

Interests: Science fiction which is science that has not happened yet.

Groups and Associations:

HITEC Global

 AJCU-CITM

 Association for Information Systems (AIS)

 CIO Executive Series Group– Research and Advisory Group

 CIO Forum

 Center for Higher Education Chief Information Officer Studies, Inc.

 Chief Information Officer (CIO) Network - The Group for CIOs

 Diversity Recruiting - Minorities in IT

 EDUCAUSE

 EduConsult, LLC

 Educause 2012 Community

 Georgetown SCS Leadership Academy

 Georgetown Technology Management/SCS

 Georgetown University

 Georgetown University School of Continuing Studies

 Gilfus Education Group

 HITEC (Hispanic IT Executive Council)

 IT Executive Roundtable

 InSide Job

International Applied Ethics and Technology Association

Master of Professional Studies in Technology Management

 SC Magazine U.S.

 Social Innovation Group

Technology ViPs

Honors and Awards:
2011 Hispanic Technology Council 100 Award.
2011 Georgetown University Dean's Service Award.
2011 Hispanic Engineer & Information Technology's Top 200 Most Influential Hispanic in Technology.
2010 Georgetown University Dean's Service Award.
2010 Hispanic Business Magazine's 100 Most Influential Hispanics.
2008 Hispanic Engineer and Information Technology's Tech Leaders You Need to Know Profile.
2008 Hispanic Technology Council 100 Award.
2007 ComputerWorld's 40 Under 40 IT Innovators.

Case 1:12-cv-00327-ABJ   Document 18-15   Filed 11/30/12   Page 5 of 5

2007 Information Security Executive of the Year National Award Nominee.
2007 Information Security Executive of the Year Mid-Atlantic Award Nominee.
2006 CIO Magazine Standout Achievement Award as Innovator.
2006 CIO Magazine Ones to Watch Honoree.
2001 CALI Excellence in Service Award.
1993 Member of Alpha Sigma Nu.
1993 Member of Beta Gamma Sigma.
1992 Saint Louis University's Presidential Honor Scholarship Recipient.
1992 Who's Who among American College Students.

Contact Pablo for:

- job inquiries
- business deals
- getting back in touch
- expertise requests
- reference requests

View Pablo Molina's full profile to...

- See who you and **Pablo Molina** know in common
- Get introduced to **Pablo Molina**
- Contact **Pablo Molina** directly

**View Full Profile**

Not the Pablo Molina you were looking for?View more »

LinkedIn member directory - Browse members by country ab cd ef gh ij kl mn op qr st uv wx yz more

LinkedIn Corporation © 2011