UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-00327 (ABJ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, for

Summary Judgment, and there being good cause shown, it is hereby

ORDERED that Defendant's Motion is GRANTED, and further

ORDERED that Plaintiffs' Complaint is DISMISSED for lack of subject matter

jurisdiction.

_____
UNITED STATES DISTRICT JUDGE