UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, </br></br>　　　　Plaintiffs, </br></br>　　v. </br></br> THE UNITED STATES DEPARTMENT OF EDUCATION, </br></br>　　　　Defendant. | ) ) ) ) ) ) )  Civil Action No. 1:12-cv-00327 (ABJ) ) ) ) ) ) ) |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND CROSS MOTION

Plaintiffs the Electronic Privacy Information Center, Grayson Barber, Pablo Garcia Molina, Peter Neumann, and Deborah Peel respectfully request an extension of time until January 18, 2013, to file their Opposition and Cross Motion to the Defendant Education Department's Motion to Dismiss or, in the Alternative, for Summary Judgment. In support of this request, plaintiffs state as follows:

1. Defendant challenges Plaintiffs' Article III standing to bring claims before the Court in the above-captioned matter. Def.'s Mot. to Dismiss at 13-19.

2. All of the Plaintiffs must provide declarations to establish their standing claims. *See Sierra Club v. Envt'l Prot. Agency*, 292 F.3d 895, 898-99 (D.C.Cir.2002) ("On a motion for summary judgment, however, the plaintiff can no longer rest on such mere allegations, but must set forth by affidavit or other evidence specific facts, which for purposes of the summary judgment motion will be taken to be true." (internal quotation marks and alterations omitted)); *Am. Petroleum Inst. v. Johnson*, 541 F.

Supp. 2d 165, 175 (D.D.C. 2008) ("Plaintiffs need only set forth, by affidavit, declaration or other permissible means, 'specific facts' (which for purposes of summary judgment will be taken as true) demonstrating that a genuine issue of material fact exists as to whether they have been injured in a way that supports standing." (quoting Fed.R.Civ.P. 56(e)(2)).

3. Plaintiffs need two additional weeks to coordinate their declarations.

4. Accordingly, Plaintiffs request a modest extension of time from January 4, 2013 until January 18, 2013 to respond to Defendant's motion.

5. Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for Defendant on December 19, 2012, whereby Defendant's counsel consents to amending the current briefing schedule to reflect the following deadlines:

| | |
|---|---|
| Plaintiffs' Opposition, and any Cross-Motion | January 18, 2013 |
| Defendant's Reply, and Opposition to any Cross-Motion | February 1, 2013 |
| Plaintiffs' Reply in support of any Cross-Motion | February 15, 2013 |

For the above stated reasons and good cause shown, this Court should grant Plaintiffs' motion to extend the time for Plaintiffs to respond to Defendant's motion.

\
\
\
\
\
\
\

3

Dated:  December 19, 2012                             Respectfully submitted,

By:   /s/_____
Marc Rotenberg (DC Bar # 422825)
Khaliah Barnes*
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

*Attorneys for Plaintiffs*

*Ms. Barnes is a member in good standing of the Maryland Bar. Her admission to the D.C. Bar is pending.

3