**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-00327 (ABJ) |

**[PROPOSED] ORDER**

Plaintiffs' Motion for Extension of Time to File Opposition and Cross Motion is hereby

GRANTED, and it is hereby

ORDERED that the proposed schedule is adopted for the above-captioned matter:

| | |
|---|---|
| Plaintiffs' Opposition, and any Cross-Motion | January 18, 2013 |
| Defendant's Reply, and Opposition to any Cross-Motion | February 1, 2013 |
| Plaintiffs' Reply in support of any Cross-Motion | February 15, 2013 |

So ordered on this ___ day of December, 2012

_____
AMY BERMAN JACKSON
United States District Judge