**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:12-cv-00327 (ABJ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, ) ) ) ) | |
| Defendant. ) ) | |

**Index of Exhibits in Support of Plaintiffs'**
**Cross-Motion for Summary Judgment and**
**Opposition to Defendant's Motion to Dismiss**

Declaration of Grayson Barber (Jan. 14, 2013) ........................................................... A

Declaration of Pablo Garcia Molina (Jan. 14, 2013) ................................................. B

Declaration of Peter G. Neumann (Jan. 16, 2013) ..................................................... C

Declaration of Deborah Peel (Jan. 16, 2013) .............................................................. D

Declaration of Marc Rotenberg (Jan. 18, 2013) ......................................................... E

Declaration of Khaliah Barnes (Jan. 18, 2013) .......................................................... F

Examples of Login Screens Requiring Student ID Numbers
(Jan. 18, 2013) ................................................................................................. G