Civil Action No. 1:12-cv-00327 (ABJ)

EXHIBIT G



**STATE UNIVERSITY OF NEW YORK**
**EMPIRE STATE COLLEGE**

Home | MyESC | Site Index



My Records    Register    Academics    Learning Support    Student Services and Information

Search the college site    Search
Site Map

Need help? Find out who to contact for what

# Student Identification Number, Card and Login

**Your College Identification (ID) Number**
When your application is approved by Empire State College, you will be assigned an Empire State College ID number which will be used to identify your records at the college. This number is assigned so that you do NOT have to use your social security number when, for example, you contact a college office about your records. Check with your mentor or a student service person at your location if you don't know your Empire State College ID. Your ID number is included on your student ID card (see "Request a Student ID Card", below).

**Your College Login**
Your college login provides you with access to MyESC, an important student communications portal at our web site. You will be able to check the status of your financial aid and billing, make payments, register online, access the online library resources and the DP Planner software tool, as well as other college web sites. To activate your login access to MyESC, just go to "My Records" on MyESC and choose the link "Activate My Login". For more information about your login and other college accounts, visit the knowledge base at our online helpdesk.

**Request a Student ID Card**
You can request a student ID card by contacting your location or program. The primary contacts at centers/programs for ID card requests are listed below:

| Central New York Center | Khimberle Guy |
|---|---|
| Harry Van Arsdale Jr. Center for Labor Studies | Leetoya Young |
| Metropolitan Center | Rhett Dugstad |
| Niagara Frontier Center | Sheree Martinelli |
| Hudson Valley Center | Theresa Craigg (Hartsdale)<br>Ellen Savini (Newburgh)<br>Bess Walker (Nanuet) |
| Long Island Center | Stacy Karlis (Old Westbury)<br>Kathy Spear (Hauppauge)<br>Joan Hubbard (Riverhead) |
| Northeast Center | Jacque Svingala |
| Genesee Valley Center | Jacqueline Rogers |
| Graduate Studies | Liza Hathaway |
| *Center for Distance Learning | Michele Scutieri* |
| International Programs | Lisa Johnson |

*Center for Distance Learning students should send a digital or scanned 2" x 2" photograph as a .jpeg attachment to Michele.Scutieri@esc.edu or mail a photograph to the Center for Distance Learning office and an identification card will be mailed to you within two weeks. Please include the address where you would like the ID to be mailed. Be sure to write your name and Empire State College ID number on the back of the photograph.
Empire State College
Attention: Michele Everts
Center for Distance Learning
113 West Avenue
Saratoga Springs, NY 12866

Site Map

Copyright © 1999 - 2013 Empire State College.    Contact the webmaster



## Columbia University

Home    Apply Online    Your Awards    Your Documents    Messages    Your Loans    Your Loan History    Forms

### Online Financial Aid System

Columbia University's educational financing options consist of federal, state, institutional and private sources of funds that will help meet the diverse needs of the student population. Columbia recognizes the importance of choices in educational financing and hopes that the options provided will be useful in planning and managing educational expenses.

Before you explore these options, we ask that you read the disclosure below regarding the suggested lenders featured on this website.

Please note: If you receive financial aid, you are required to notify your school's Financial Aid Office upon receiving any funds that you did not report on the original financial aid application, such as University tuition exemption, scholarships, tuition reimbursement from your employer, or sponsorship.

**Are you new to this site?:** To sign in please enter your Student ID (starts with the letter C followed by 9 numbers) and your PIN is your date of birth(MMDDCCYY). If you haven't been assigned a Student ID yet, please contact your admissions office. After logging in; you will be asked to create a new PIN and create security questions.

**Are you returning to this site?:** Welcome back! To log in, simply put in your Student ID and the PIN you created for this site.

**Did you forget your PIN?:** If you are returning to the site but have forgotten the PIN you created when activating your account, please click on the **Forgot your PIN?** link in the login box.

### Disclosure on Lender Information

Columbia makes no representations, warranties or guarantees that the financing options presented here are the most attractive terms available to any particular student. In addition, please note that Columbia University is not a lender and is not engaged in rendering legal, accounting, financial planning, or other professional services. Any agreements entered into with the providers whose products are included in this site will exist solely between the provider and the student, and Columbia assumes no obligation or liability in connection with any such agreements. We recommend that you consult with your own expert advisors before making educational financing decisions. In addition, please read the lender disclosure for AY 2012-2013 in relation to the lenders presented in this site. Students and parents have the right and ability to select the education loan provider of their choice, are not required to use any of the University's suggested lenders and will suffer no penalty for choosing a lender that is not included as a suggested lender. Your school's financial aid office must process an awarded federal loan through any eligible lender that the student selects.



**LOG IN**

Student ID: _____
PIN: _____

Submit

Forgot your PIN?
First Time User

**Useful Links**

School of Architecture, click here
School of the Arts, click here
Graduate School of Arts & Sciences, click here
Graduate School of Business, click here
Columbia College, click here
School of Continuing Education, click here
College of Dental Medicine, click here
Graduate Engineering & Applied Science, click here
Undergraduate Engineering & Applied Sciences, click here
School of General Studies, click here
School of International & Public Affairs, click here
Institute of Human Nutrition, click here
Graduate School of Journalism, click here
School of Law, click here
School of Nursing, click here
School of Occupational Therapy, click here
School of Physical Therapy, click here
School of Physicians & Surgeons, click here
School of Public Health, click here
School of Social Work, click here

The College Board. PowerFAIDS® Net Partner Version 18.0

 **Montclair State University**  **WESS** Web Enrollment Services for Students

## Student Login

Please enter your 8 digit Montclair State University ID (MSUID), also known as your Campus Wide ID (CWID), and your Personal Identification Number (PIN) and select **Login**.

**Students with existing PINs:**
Please note that all personal identification numbers (PIN) have been changed from four to six digits. If you previously established a four digit PIN, please enter that number followed by two zeroes. For example, if your existing PIN is 0711, your new six digit PIN would be 071100.

**New Students and Students who have yet to establish a PIN:**
A six digit PIN has been initially assigned to you. Initially assigned PINs will be the date of birth which is on file for you. For example if the date of birth which is on file for you is July 12, 1975, you assigned PIN would be 071275.

MSUID (CWID): [       ]   * If you do not know your MSUID you may enter your Social Security Number.
PIN: [       ]

[Login]   Remember to select buttons and menu links only **once**.

I Forgot My PIN


(http://www.uncw.edu/career)   (http://www.uncw.edu/career)   
(http://www.uncw.edu/career)

**Student Login**

Welcome to your UNCW Career Center System.

- **UNCW Students & Alumni:** Enter your username and password below and click LOGIN. Your User Name is your UNCW student ID number. Your password is the portion of your UNCW email address before the "@". Your password is case sensitive.
- **Don't know your ID number?** Please click here (https://appserv02.uncw.edu/dasapps/getid/) to access your UNCW student ID number.
- **New UNCW Student?** New students are uploaded into SeaWork within two weeks following attendance at Orientation.

*Important:*

- Using a PC? We recommend Internet Explorer version 8.0 or higher. If you need to upgrade or install your browser, click here (http://www.microsoft.com/windows/ie/default.asp).
- Using a Mac? We recommend Firefox version 1.5 or higher. If you need to upgrade or install your browser, click here (http://www.mozilla.com/firefox/).
- You should disable any popup blocker when using this site.

For further assistance, please contact our office at (910) 962-3174.

User Name :

Password :

[Login]

# PASADENA CITY COLLEGE

## Student Computing Accounts, Access & Sign On

### Identity and Account Info

- What is my LancerCard ID?
- What is my Network ID?
- What is my PIN?
- How do I get a PIN?
- How can I change my PIN?
- What if I forget my PIN?
- What is my PCC email account?

### Log In and Access Steps

- How do I access and sign in to computer lab stations?
- How do I log in to Online Courses (Canvas)?
- How do I sign on to LancerLink?
- How do I login to Turnitin.com (plagiarism checking)
- Reporting electronic abuse, electronic security or computer crime incidents

© 2013 Pasadena City College, 1570 E. Colorado Blvd., Pasadena, CA 91106, 626-585-7123
Revised June 13, 2012 by webservices@pasadena.edu