UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 1:12-cv-00327 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, Plaintiffs' Cross-Motion for Summary Judgment, and the parties' oppositions and replies, and there being good cause shown, it is hereby

ORDERED that Defendant's Motion is GRANTED, and further

ORDERED that Plaintiffs' Cross-Motion is DENIED, and further

ORDERED that Plaintiffs' Complaint is DISMISSED for lack of subject matter jurisdiction.

_____
UNITED STATES DISTRICT JUDGE