**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:12-cv-00327 (ABJ) |

**Index of Exhibits in Support of Plaintiffs' Reply in Support of Their Cross-Motion for Summary Judgment**

Supplemental Declaration of Grayson Barber (Feb. 14, 2013) .................................. A

Supplemental Declaration of Pablo Garcia Molina (Feb. 13, 2013) .......................... B

Supplemental Declaration of Peter G. Neumann (Feb. 13, 2013) ............................. C

Supplemental Declaration of Deborah Peel (Feb. 14, 2013) ..................................... D