Civil Action No. 1:12-cv-00327 (ABJ)

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:12-cv-00327 (ABJ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

### DECLARATION OF PLAINTIFF GRAYSON BARBER

I, GRAYSON BARBER, of full age, hereby declare to the best of my knowledge and belief:

1. My name is Grayson Barber. I reside in Princeton, New Jersey. I am a plaintiff in this case.

2. I make this declaration as a supplement to my first declaration, which I incorporate herein by reference, and to further support my claims that an educational institution that I attended still maintains my non-directory information.

3. From 1987 to 1991, I attended law school and received a J.D. from Rutgers, the State University, in Newark, NJ. In 2010, I matriculated again at Rutgers, the State University, where I attended the School of Communication and Information for two months.

4. Rutgers, the State University of New Jersey, maintains an online database where I can get my school records.

5. On February 5, 2013, I telephoned the Office of the Registrar at Rutgers. The person I spoke to, Angela Frost, referred me to the website https://transcripts.rutgers.edu. At this

website, I was able to enter my name and Social Security number to obtain a record of

my attendance at Rutgers University and order a transcript.

6. Rutgers still maintains my transcripts and Social Security number. .

I declare under penalty of perjury that the foregoing is true and correct and that this

declaration is executed in Princeton, New Jersey, on February 14, 2013.

GRAYSON BARBER
Member,
EPIC Advisory Board
EPIC Board of Directors