Civil Action No. 1:12-cv-00327 (ABJ)

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-00327 (ABJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF PLAINTIFF PABLO GARCIA MOLINA

I, PABLO GARCIA MOLINA, of full age, hereby declare to the best of my knowledge and belief:

1. My name is Pablo Garcia Molina. I reside in Washington, District of Columbia. I am a plaintiff in this case.

2. I make this declaration as a supplement to my first declaration, which I incorporate herein by reference, and to further support my claims that educational institutions that I attended still maintain my non-directory information.

3. I received my B.S. in 1993, and my M.B.A. in 1995, from Saint Louis University in Saint Louis, Missouri. I took graduate engineering courses in 1998 at Washington University in Saint Louis, Missouri. In 2013, I will graduate from Georgetown University in Washington, D.C. with a doctorate degree.

4. In 2012, I requested official academic transcripts from the Office of the University Registrar at Saint Louis University, using my Social Security number as an identifier. The University sent the transcripts to the intended recipient.

1

5. Saint Louis University has my bachelor and master degree academic transcripts as well as my Social Security number.

6. On February 11, 2013 at 12:40pm, I viewed a copy of my doctoral academic transcript by logging into the Georgetown University online records system.

7. Georgetown University has my doctoral academic transcript.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed in Washington, District of Columbia on February 13, 2013.

_____
PABLO GARCIA MOLINA
Member,
EPIC Advisory Board
EPIC Board of Directors