Civil Action No. 1:12-cv-00327 (ABJ)

EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-00327 (ABJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF PLAINTIFF PETER G. NEUMANN

I, PETER G. NEUMANN, of full age, hereby declare to the best of my knowledge and belief:

1. My name is Peter G. Neumann. I reside in Palo Alto, California. I am a plaintiff in this case.

2. I make this declaration as a supplement to my first declaration, which I incorporate herein by reference, and to further support my claims that an educational institution that I attended still maintains my non-directory information.

3. I received my A.B. in 1954, my S.M. in 1955, and my PhD in 1961 from Harvard University in Cambridge, Massachusetts.

4. On February 6, 2013, I visited the Harvard University website, which informed me that my transcripts are available through Harvard's association with the National Student Clearinghouse (http://www.registrar.fas.harvard.edu/certification-transcripts-student-records).

5. The National Student Clearinghouse lists Harvard University Faculty of Arts and Sciences as an institution from which the National Student Clearinghouse can process a transcript (https://www.studentclearinghouse.org/secure_area/Transcript/to_bridge.asp).

6. The National Student Clearinghouse website states that when confirming transcript order status, individuals should "contact [their] school" because "[their] school is the repository of [their] academic records and, therefore, is the only entity that can fulfill and send [their] transcript order(s). The Clearinghouse serves as the web order management agent . . . but does not process or send transcript orders." (http://www.mystudentcenter.org/i-am-an-alumnus.php#order-a-transcript)

7. Harvard maintains my academic transcript.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed in Palo Alto, California on February 13, 2013.

_____
Peter G. Neumann
Member,
EPIC Advisory Board
EPIC Board of Directors

2