# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:12-cv-00327 (ABJ) |
| | )<br>) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**JOINT APPENDIX OF PORTIONS OF ADMINISTRATIVE RECORD CITED OR RELIED UPON BY PLAINTIFFS AND/OR DEFENDANT**

Pursuant to LCvR 7(n), the Electronic Privacy Information Center, together with its co-plaintiffs Grayson Barber, Pablo Garcia Molina, Peter Neumann, and Deborah Peel, and in conjunction with Defendant the U.S. Department, hereby provides notice of the filing of the joint appendix of portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion.

Respectfully submitted,

By: /s/
Marc Rotenberg (DC Bar # 422825)
Khaliah Barnes*
David Jacobs**
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
*Attorneys for Plaintiffs*

Dated: March 1, 2013

*Ms. Barnes is a member in good standing of the Maryland Bar. Her admission to the D.C. Bar is pending.

** Mr. Jacobs is a member in good standing of the New York Bar.