Electronic Privacy Information Center, *et al*. v. U.S. Department of Education
Joint Appendix of Administrative Record Material
Case No. 1:12-cv-00327-ABJ (D.D.C.)

| Title | Date | Document Page Range | Portions Cited by Parties | Party Citing Document |
|---|---|---|---|---|
| Notice of Proposed Rulemaking | April 8, 2011 | AR 0001-0014 | Passim | Pls., Def. |
| Comment by Fordham Center on Law and Information Policy | May 23, 2011 | AR 0246-0258 | AR 0249 | Def. |
| Comment by American Association of Collegiate Registrars and Admissions Officers | May 23, 2011 | AR 0383-0394 | AR 0386 | Def. |
| Comment by Electronic Privacy Information Center | May 23, 2011 | AR 0515-0534 | Passim | Pls., Def. |
| Final Rule | December 2, 2011 | AR 0696-0752 | AR 0696-0723, AR 0733-0745 | Pls., Def. |
| 2008 Final Rule | December 9, 2008 | AR 0753-0802 | AR 0755, 0775, 0793, 0801 | Pls., Def. |
| William D. Hansen, Deputy Secretary of Education, *Additional Guidance on the Application of the Family Educational Rights and Privacy Act (FERPA) to Reporting under the Carl D. Perkins Vocational and Technical Education Act and the Adult Education and Family Literacy Act* ("Hansen Memorandum") | January 30, 2003 | AR 0832-0835 | Passim | Pls., Def. |
| Judith A. Winston, Under Secretary of Education, *Memorandum on Application of FERPA to Reporting for Eligible Training Providers under Title I of WIA* ("Winston Memorandum") | January 19, 2001 | AR 0837-0840 | Passim | Def. |
| Patricia W. McNeil, Assistant Secretary for Vocational and Adult Education, *The Family Educational Rights and Privacy Act and the Use of State Unemployment Insurance Wage Records to Report on Performance under the Carl D. Perkins Vocational and Technical Education Act and the Adult Education and Family Literacy Act* ("McNeil Memorandum") | January 18, 2001 | AR 0841-0848 | Passim | Def. |
| Memorandum of Agreement between the U.S. Department of Education and Centers for Disease Control and Prevention | December 11, 2000 | AR 0849-0851 | Passim | Def. |
| Senate Floor Debate on FERPA Amendment, including Joint Statement by Senators Buckley and Pell, 120 Cong. Rec. 39860-66 | December 13, 1974 | AR 0852-0858 | Passim | Pls., Def. |
| U.S. Gov't Accountability Office, GAO-10-927, *Many States Collect Graduates' Employment Information, but Clearer Guidance on Student Privacy Requirements is Needed* | September 27, 2010 | AR 0923-0972 | AR 0942-0943 | Def. |
| Fordham Center on Law and Information Policy, *Children's Educational Records and Privacy: A Study of Elementary and Secondary School State Reporting Systems* | October 28, 2009 | AR 0973-1059 | AR 0975 | Pls., Def. |
| Email from William Modzeleski, Associate Assistant Deputy Secretary, Office of Safe and Drug Free Schools, attaching compilation of responses from School Security Chiefs Listserv | February 11, 2009 | Docket No. 16, pp. 1-8 | Passim | Def. |
| Complaint File Regarding Green Bay Area Public School District, Wisconsin | July 23, 2010 | Docket No. 16, pp. 9-32 | p. 17 | Def. |