AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Electronic Privacy Information Center et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-cv-00327 |
| U.S. Department of Education | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Privacy Information Center et al.                                                                                                            .

Date:      06/28/2013

/s/ Khaliah Barnes
*Attorney's signature*

Khaliah Barnes 1013978
*Printed name and bar number*

Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, D.C. 20009
*Address*

barnes@epic.org
*E-mail address*

(202) 483-1140
*Telephone number*

(202) 483-1248
*FAX number*